AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

SAMUEL HOUSTON

V.

ARMY FLEET SUPPORT SERVICES, L.L.C.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06cv243-MEF

TO: (Name and address of defendant)

Army Fleet Support Services, L.L.C.
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmy Jacobs, LLC
Attorney at Law
143 Eastern Boulevard
Montgomery, Alabama 36117

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                         3/16/06

CLERK                                                       DATE

(BY) DEPUTY CLERK

◎AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                       Date                          *Signature of Server*

                                         _____
                                         *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.