**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| SAMUEL HOUSTON )<br> )<br>   Plaintiffs, )<br> )<br>v. )<br> )<br>ARMY FLEET SERVICES, L.L.C. )<br> )<br>   Defendants. ) | CIVIL ACTION NO.<br>1:06cv243-MEF |

**RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW Defendant Army Fleet Support, LLC ("AFS") and files this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

A.   <u>Parent Corporations:</u> AFS is a limited liability company.  The following members have a 10% or greater ownership interest in AFS:  L-3 Communications Integrated Systems, LP ("L-3/IS"), L-3 Communications Vertex Aerospace, LLC ("L-3 Vertex"), Tri-S Security, Inc., and Helicopter Support Company, Inc.

B.   <u>Publicly held corporations that own 10% or more of the party's stock:</u>  Tri-S Security, Inc. is publicly held.  In addition, L-3 Communications Holdings, Inc., the ultimate parent corporation of L-3/IS and L-3 Vertex, is publicly held.

                                                     /s/ M. Jefferson Starling, III
                                                     One of the Attorneys for Defendant,
                                                     Army Fleet Services, L.L.C.

**OF COUNSEL:**

M. Jefferson Starling, III (STA062)
Brentley T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

826638.1A

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 21st day of April 2006.

Jimmy Jacobs  
143 Eastern Boulevard  
Montgomery, Alabama 36117

                                    /s/ M. Jefferson Starling, III  
                                    Of Counsel