IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL HOUSTON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **1:06cv243-MEF** |
| **ARMY FLEET SERVICES, LLC.**, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Monica G. Graveline (GRA100), Balch & Bingham, LLP, Post Office Box 306, Birmingham, Alabama 35201, as an additional counsel of record for Army Fleet Services, LLC. The Court and opposing party are requested to include Mrs. Graveline in service and distribution of all pleadings, motions and orders filed or entered hereafter.

Respectfully submitted this 29th day of August, 2006.


/s/ Monica G. Graveline
OF COUNSEL

**OF COUNSEL:**
M. Jefferson Starling (STA062)
Brent T. Cobb (COB020)
Monica G. Graveline (GRA100)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5700
E-mail: mgraveli@balch.com

857873.1

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the <u>29th</u> day of <u>August</u>, 2006:

Jimmy Jacobs<br>
143 Eastern Boulevard<br>
Montgomery, Alabama 36117

                              <u>/s/ Monica G. Graveline</u>
                              OF COUNSEL