IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SAMUEL HOUSTON,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. |
| v. ) | CV 06-243-MEF |
| ) | |
| **ARMY FLEET SERVICES, LLC.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

The Plaintiff and Defendant, having conferred in good faith, jointly move this Honorable Court to enter the attached Protective Order so as to protect the legitimate privacy interests of the parties and non-parties involved in this action.

Respectfully submitted this the 9th day of January, 2007.

/s/ Jimmy Jacobs (w/ consent)
Attorney for Plaintiff
Jimmy Jacobs
143 Eastern Boulevard
Montgomery, Alabama 36117

/s/ Monica G. Graveline
One of the Attorneys for Defendants
M. Jefferson Starling, III
Monica G. Graveline
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, Alabama 35201