## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **SAMUEL HOUSTON,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| **v.** | ) | **CV 06-243-MEF** |
| | ) | |
| **ARMY FLEET SERVICES, LLC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION FOR ENTRY OF QUALIFIED
## HIPAA PROTECTIVE ORDER

Plaintiff Samuel Houston and Defendant Army Fleet Services, LLC. move this Honorable Court to enter the attached order to govern the production and protection of certain Protected Health Information ("PHI") so that the parties, and any third party receiving any subpoena, may comply with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").   As grounds for this motion, the parties state:

1.  In this action, the plaintiff is seeking relief pursuant to, *inter alia*, The Family and Medical Leave Act and the American With Disabilities Act.  Certain healthcare records relevant to the plaintiff's claims are maintained by third parties and subject to HIPAA.  These records may be relevant and responsive to many

discovery requests and the parties wish to comply with HIPAA while conducting efficient and economical litigation.

2.  The proposed HIPAA order is attached hereto.  Both parties believe that this order will provide for the efficient production of documents and compliance with HIPAA.

WHEREFORE, PREMISES CONSIDERED the parties request this Court to enter the attached order.

Respectfully submitted this 9th day of January, 2007.

/s/ Jimmy Jacobs (with consent)
Attorney for Plaintiff
Jimmy Jacobs
143 Eastern Boulevard
Montgomery, Alabama  36117

/s/ Monica Graveline
One of the Attorneys for Defendant
M. Jefferson Starling, III
Monica G. Graveline
Balch & Bingham, LLP
1710 6th Avenue North
Birmingham, Alabama  35203