IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Defendant's Unopposed Motion to Extend Dispositive Motions Deadline (Doc. #15) filed on February 8, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The dispositive motion deadline is continued to and including April 2, 2007.

DONE this the 2nd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE