IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SAMUEL HOUSTON,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) CV 06-243-MEF |
| | ) |
| **ARMY FLEET SERVICES, LLC.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ARMY FLEET SUPPORT, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Army Fleet Support, LLC. respectfully moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the entry of summary judgment in its favor on the claims asserted against it by plaintiff, Samuel Houston. As grounds for its motion, defendant shows that there is no genuine issue as to any material fact, and that it is entitled to judgment in its favor as a matter of law. This motion is based upon the pleadings, the evidentiary materials submitted herewith, and defendant's contemporaneously filed Brief in Support of its Motion for Summary Judgment.

Respectfully submitted this 2nd day of April, 2007.

/s/ Monica G. Graveline
One of the Attorneys for Defendant
Army Fleet Support, LLC

**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)

Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

## CERTIFICATE OF SERVICE

I hereby certify that on April 2nd, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jimmy Jacobs(JAC051)
4137 Carmichael Road, Suite 100
Montgomery, Alabama 36106

This the  2nd day of  April , 2007.

/s/ Monica G. Gravleine
 Of Counsel