IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) CV 06-243-MEF |
| | ) |
| ARMY FLEET SERVICES, LLC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ARMY FLEET SUPPORT, LLC'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Army Fleet Support, LLC hereby submits this evidentiary submission in support of its contemporaneously filed Motion for Summary Judgment:

### INDEX

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit A: | Affidavit of Darlene Whelan with attached exhibits |
| Exhibit B: | Deposition of Samuel Houston with attached exhibits |
| Exhibit C: | Complaint |
| Exhibit D: | Affidavit of Robert A. Whitney with attached exhibits |
| Exhibit E: | Deposition of Robert A. Whitney with attached exhibits |
| Exhibit F: | Affidavit of Catherine Jeffers |
| Exhibit G: | Affidavit of JoAnn Camarata |
| Exhibit H: | Affidavit of Lisa Beasley |
| Exhibit I: | Affidavit of Elizabeth Legieza |
| Exhibit J: | Affidavit of Edwin B. Brown with attached exhibits |

899393.1

Exhibit K:     Excerpts of Certified Records of Social Security Administration

Exhibit L:     Certified Records of Equal Employment Opportunity Comission

Respectfully submitted this 2nd day of April, 2007.

                                  s/ Monica G. Graveline
                                  One of the Attorneys for Defendant
                                  Army Fleet Support, LLC

**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs(JAC051)
4137 Carmichael Road, Suite 100
Montgomery, Alabama 36106

s/ Monica G. Graveline
OF COUNSEL