IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL HOUSTON** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | CASE NUMBER 1:06-cv-243-MEF |
| | ) | |
| **ARMY FLEET SERVICES, L.L.C.,** | ) | (JURY DEMAND) |
| | ) | |
| **Defendant** | ) | |

### Report of Parties' Settlement Conference

Comes now the Plaintiff, by and through undersigned counsel, and submits this Report of the Parties' Settlement Conference conducted on April 9, 2007, pursuant to the Court's Scheduling Order in this matter. The Parties have concluded that they are unable to reach a resolution of their differences at this time, but agree to continue their efforts pending further discovery in the matter.

Respectfully submitted this 9th day of April 2007.

                /S/ **JIMMY JACOBS**
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 9th day of April, 2007.

                /s/JIMMY JACOBS
                Jimmy Jacobs (JAC051)
                4137 Carmichael Road, Ste 100
                Montgomery, Alabama 36106
                (334)215-1788

COUNSEL OF RECORD:

M. Jefferson Starling (STA062)
Brent T. Cobb (COB020)
Monica G. Graveline (GRA100)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5700