IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON,  )  )  Plaintiff,  )  v.  )  )  ARMY FLEET SERVICES, LLC,  )  )  Defendant.  ) | CASE NO. 1:06-cv-243-MEF |

## **O R D E R**

Upon consideration of the Plaintiff's Unopposed Motion to Continue Summary Judgment Response Scheduling Order (Doc. #22) filed on April 9, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part.  The plaintiff shall file a response to the motion for summary judgment which shall include a brief and any evidentiary materials on or before May 1, 2007.  The defendant may file a reply brief on or before May 7, 2007.

DONE this the 12th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE