IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the Plaintiff's Motions to Strike (Doc. #23 and #24) filed on

April 10, 2007, it is hereby ORDERED:

1. The defendant shall file a response to the motions which shall include a brief and

any evidentiary materials on or before April 26, 2007.

2. The plaintiff may file a reply brief on or before May 3, 2007.

DONE this the 12th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE