# EXHIBIT 3

# B&B

## BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

Attorneys and Counselors
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, AL  35203-2015
(205) 251-8100
(205) 226-8798 Fax
www.balch.com

April 11, 2007

BY U.S. MAIL

Jimmy Jacobs
4137 Carmichael Road
Suite 100
Montgomery, Alabama 36106

Re: *Samuel Houston v. Army Fleet Services, LLC*

Dear Jimmy:

Please find enclosed AFS's supplemental discovery responses and additional documents responsive to the plaintiff's request for production bates labeled *Sam Houston v. L-3 Communications 2017 to 2771.*

Also, after our discussion yesterday, I followed up with Dr. Wise's office regarding the outstanding documents she owes in response to AFS's subpoena. I was advised that she is on sabbatical and the office staff is not authorized to release any documents in her absence. The staff member I spoke with agreed to try to contact Dr. Wise for authorization. If I do not have the documents by next week, I will file a motion to compel.

Finally, I have asked my client to gather the Notice of Claim forms for the individuals that have filed for unemployment compensation since December 1, 2003. I will forward these documents to you as soon as possible.

Very truly yours,

Monica G. Graveline

MGG:bcw
Enclosures

cc:     M. Jefferson Starling, III

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

|                              |   |                      |
|------------------------------|---|----------------------|
| SAMUEL HOUSTON,              | ) |                      |
|                              | ) |                      |
|                              | ) |                      |
| Plaintiff,                   | ) | Civil Action No.     |
| v.                           | ) | CV 06-243-MEF        |
|                              | ) |                      |
| ARMY FLEET SERVICES, LLC.,   | ) |                      |
|                              | ) |                      |
| Defendants.                  | ) |                      |

## DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES

Defendant Army Fleet Support, LLC provides the following supplemental response to

Plaintiff's Interrogatories as follows:

**Interrogatory 20.** Identify all the employees who have been accommodated from December 1, 2003 to the present and for each employee state their name, gender, job title, dates of employment, their pay rate or salary, the total wages and bonus they received each year, and whether they were entitled to receive overtime.

**RESPONSE:** Object. This interrogatory is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, AFS states that the following individuals holding the Aircraft Mechanic position have had medical restrictions accommodated:

| Name | Termination Date | Reason |
|------|------------------|--------|
| Adams, Marshall E. | | |
| Allen, Bobby J. | 09/28/2006 | Admin. Term. |
| Ambrose, Thomas E. | | |
| Anderson, Marion R. | 08/30/2005 | Deceased |
| Armstrong, Wilburn | | |
| Arnett, John | | |

| **Name** | **Termination Date** | **Reason** |
|---|---|---|
| Atkinson, Beau | | |
| Aylesworth, David G. | | |
| Barr, Denis | | |
| Barranco, Rick | | |
| Bass, Gregory G. | | |
| Baxter, Caleb C. | | |
| Beck, Cecil K. | 03/07/2005 | Deceased |
| Behary, Robert | | |
| Blair, Deborah | | |
| Bowden, Jeffery | | |
| Bowden, Jeffery W. | | |
| Bowers, Gene M. | | |
| Boykins, Jimmy P. | | |
| Brackin, James D. | | |
| Brady, Rachael | | |
| Brady, William | | |
| Brady, William H. | | |
| Brannon Jr., James S. | | |
| Brooks, Jerry D. | 05/19/2006 | Discharged |
| Brown, James C. | | |
| Brown, Michael | | |
| Brown, William E. | | |
| Brownfield, Roger | 03/18/2007 | Admin. Term. |
| Burt, Jeffrey T. | | |

| **Name** | **Termination Date** | **Reason** |
|---|---|---|
| Byrnside, Joseph O. | | |
| Caddell, Carol | | |
| Cain, Robert | | |
| Campbell, Dale | | |
| Cardy, Mary | | |
| Carpenter, Henry H. | | |
| Carrington, Charles W. | | |
| Carswell, Michael K. | | |
| Carter, Buddy R. | | |
| Cheatwood, Roy | 04/28/2006 | Retired |
| Chisham, Melissa | 09/15/2006 | Voluntary |
| Cole, Patrick | | |
| Cole, Derek | 02/05/2007 | Military Leave |
| Coon, Jarman D. | | |
| Davis, Jason | | |
| Davis, John K. | | |
| Davis, Kevin | | |
| Davis, Melterick | | |
| Davis, Shelley | | |
| DeFrank, Paula | 10/12/2006 | Admin. Term |
| Detora, Anthony | | |
| Deville, Dennis | | |
| Dubose, Gregory | | |
| Dubose-Hagen, Carol A. | | |

| Name | Termination Date | Reason |
|------|------------------|--------|
| Dusel, Rudolf G. | | |
| Edwards, Kirby G. | 11/30/2004 | Retired |
| Elmore, David | | |
| Fell, Darrell | 12/28/2005 | Retired |
| Ferguson, David | | |
| Flowers, Jerrell | | |
| Ford, Alvin | | |
| Fritch, Michael | 06/15/2006 | Deceased |
| Gay, Lisa A | | |
| Gillam, Lewis | | |
| Gillespie, John | | |
| Gillum, Matthew | | |
| Golover, Michael | | |
| Gowan, Kevin R. | | |
| Grantham, WIlliam H. | | |
| Gray, Melanie | | |
| Greathouse, James | | |
| Griffin, Huey K. | | |
| Hall, Kenneth R. | | |
| Harbert, Gary | | |
| Harper, Leon W. | | |
| Hathaway, Jimmy | | |
| Heffner, Michael | | |
| Helms, Jon D. | | |

| Name | Termination Date | Reason |
|------|------------------|--------|
| Henderson, Jeffrey | | |
| Higgins, Norman | | |
| Hile, Kevin S. | | |
| Holland, Rickey E. | | |
| Holton, Anthony | | |
| Horton, Kenneth | | |
| Howell, Tracy | | |
| Hughes, Perry | | |
| Jackson, Thomas | | |
| Jester, Shannon | | |
| Johannes, Richard | | |
| Johnson, Justin K. | | |
| Jones, Steven W. | | |
| Kaminski, Chester | | |
| Kelley, Christopher | | |
| Kelley, Kenneth | | |
| Kennedy, Patrick | | |
| Key, Tammy | | |
| Kilpatrick, Donald E. | | |
| Langham, Brent | | |
| Larkin, Sean K. | | |
| Lassiter, William | 09/18/2006 | Voluntary (quit in lieu of discharge) |
| Lee, Harry | 10/10/2005 | Admin. Term |

| Name | Termination Date | Reason |
|------|------------------|--------|
| Lee, Roger G. | | |
| Legieza, Vincent | | |
| Lewis, Kennedy W. | | |
| Libby, William | | |
| Lindgren, Larry H. | | |
| Lindsey, Edward | | |
| Lindsey, James | | |
| LIndsey, Wayne L. | | |
| Lolley, Jackie | | |
| Marsh, Shirvon | | |
| Martin, Harold | | |
| Massey, John A. | | |
| McCollough, Sherry | | |
| McCoy, Scott F. | | |
| Meadows, John B. | | |
| Meiers, Jeffrey C. | | |
| Melton, Charles | | |
| Merritt, Gary | | |
| Mitchell, Brian M. | | |
| Munn, Brad | 05/09/2005 | Discharged |
| Murray, William | | |
| Nelson, Richard | | |
| Odell, Jacqueline W. | 10/26/2006 | Discharged |
| Otto, David | | |

| **Name** | **Termination Date** | **Reason** |
| --- | --- | --- |
| Owens-Cobb, Shirley J. | | |
| Pate, Lloyd | | |
| Peterson, Clair D. | | |
| Phillips, Jacob R. | 05/11/2005 | Military Leave |
| Pippens, Mark | | |
| Poole, Raymond | | |
| Powell, Michael C. | | |
| Quattlebaum, Edward | | |
| Ray, Gary L. | | |
| Reed, Robin | | |
| Rhode, Gary | | |
| Rigby, Jimmy L. | | |
| Risden, Clarence | | |
| Rizzo, Jeffrey | | |
| Roberson, James | | |
| Robinson, Howard | | |
| Roessel, Ryan M. | | |
| Rogers, Robert | | |
| Rorie, Michael | | |
| Schultz, Donald | | |
| Self, Robert G. | | |
| Sexton, Bobby | | |
| Shirley, Harry | | |
| Sinquefield, Christopher J. | | |

| **Name** | **Termination Date** | **Reason** |
|---|---|---|
| Skipper, Don C. | | |
| Smith, Andrew D. | | |
| Smith, John R. | | |
| Smith, Jonathan | | |
| Smith, Solomon | | |
| Strickland, Walter | | |
| Swearingen, James | | |
| Taylor, Michael G. | | |
| Thomas, Lytle | | |
| Thompson, Arthur | | |
| Thompson, Solomon | | |
| Tice, Bobby, J. | | |
| Tice, Bobby, J. Jr. | | |
| Turner, Willie | | |
| Vernon, James F. | | |
| Vieira, Joseph | | |
| Walker, Barry | | |
| Walters, Arther H. | | |
| Ward, James | | |
| Watson, Glenis | | |
| Wentworth, Donald | | |
| White, Isaac J. | | |
| Williams, Sabrina | | |
| Wilson, Colby J. | | |

| **Name** | **Termination Date** | **Reason** |
|---|---|---|
| Winterrowd, Karl H. | | |
| Wood, Gregory | | |
| Wood, Jason D. | | |
| Wyse, Thomas H. | | |
| Yelverton, Kenneth | | |
| York, Michael H. | | |

**Interrogatory 21.** Identify all employees that Defendant has refused to accommodate from December 1, 2003 to the present and for each employee state their name, gender, job title, dates of employment, their pay rate or salary, the total wages and bonus they received each year, and whether they were entitled to receive overtime.

**RESPONSE:** Object. This interrogatory is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing general objections, AFS states that the following individuals holding the Aircraft Mechanic position have had medical restrictions that could not be accommodated:

| **Name** | **Termination Date** | **Reason** |
|---|---|---|
| Adams, Marshall | | |
| Allmon, Michael | 06/07/2005 | Discharged |
| Arenal-Mullin, Erika | | |
| Bragg, Wesley | | |
| Brownfield, Roger | 03/18/2007 | Admin. Term. |
| Burkett, Denny | | |
| Collazo, Ivan | 11/21/2005 | Quit in Lieu of Discharge |
| Crutcher, Jeremy | | |
| Deats John | 10/15/2006 | Voluntary |
| DeFrank, Paula | 10/12/2006 | Admin. Term. |

| Name | Termination Date | Reason |
|------|------------------|--------|
| Detora, Anthony | | |
| Deville, Dennis | | |
| Dozier, Byron | 02/18/2004 | Admin. Term. |
| Espinoza, Lorenzo | | |
| Evans, Allen | | |
| Ford, Alvin | | |
| Freer, Bonnie | | |
| Gonzalez, Juan | | |
| Graves, James | | |
| Greathouse, James | | |
| Grosberg, David | | |
| Harris, Phillip | | |
| Holland, Ricky | | |
| Holton, Anthony | | |
| Houston, Samuel | 03/14/2005 | Admin. Term. |
| Hudson, Joseph | 03/22/2006 | Admin. Term. |
| Hurlbert, Jason | | |
| Jennings, Jeffery | | |
| Johnson, Gregory | | |
| Johnson, Joseph | 09/18/2004 | Admin. Term. |
| Kelley, Larry | | |
| Larkin, Sean | | |
| Lewis, Kennedy | | |
| Lineback, Joshua | | |

| **Name** | **Termination Date** | **Reason** |
|---|---|---|
| Long, Bill | | |
| Music, Larry | | |
| Odom, Ennis | 10/05/2006 | Discharge |
| Parris, Curtis | | |
| Poole, Raymond | | |
| Rankin, Steven | | |
| Rich, Marcus | | |
| Rogers, Robert | | |
| Schafer, David | | |
| Scott, Wilson | | |
| Sellers, Larry | | |
| Sinquefield, Christopher | | |
| Swanson, Kimberly | | |
| Thompson, Arthur | | |
| Thorn, Ronald | | |
| Vieira, Joseph | | |
| Wentworth, Donald | | |
| Wright, Tracy | | |
| Wyatt, James | | |

**Interrogatory 22.** If any of the above listed employees are no longer employed with the defendant, please state the reason their employment ended, and if terminated or forced to resign state in detail the reason why that employee was terminated or forced to resign and identify all persons involved.

**RESPONSE:** Object. This interrogatory is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of

admissible evidence. Subject to and without waiving the foregoing general and specific objections, AFS refers the plaintiff to the termination information provided in response to Interrogatory No. 4 and Interrogatory No. 5 herein.

**Interrogatory 7.**    Identify by name and job title and every employee who has every complained that he or she was being discriminated against on the basis of illness or disability.

**RESPONSE:** Object. This interrogatory is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, AFS states that the following individuals have filed formal charges of disability-based discrimination since December 1, 2003: Samuel Houston (EEOC; OFCCP; NLRB); Christine Bennett (EEOC); Paul Gordon (OFCCP); Jason Hussey (OFCCP); Billy Russell, Jr. (EEOC); and Mitchell Brannon (OFCCP

**Interrogatory 20.**    Identify each employee at AFS who was placed on short-term disability and/or medical leave from December 1, 2003 to the present.

**RESPONSE:** Object. This interrogatory is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, AFS states that the following employees have been placed on short-term disability since December 1, 2003:

| | |
|---|---|
| McCracken, Frank L. | Bettencourt, Walter V. |
| Cohen, Bonnie J. | Dooley, Jennifer L. |
| Head, William F. | Flournoy, Randolph S. |
| Lum, Kimberly S. | Greenwell, Theresa M. |
| Brackin, Shirley T. | Madrid, Susan L. |
| Garner, Solomon | McAllister, Robert M. |
| Wise, Juanita | McKay, LaRonda Y. |
| Barr, Dennis J. | Parker, Terry |
| Boothe, Ronnie L. | Thorn, Ronald L. |
| Lindsey, Edward A. | Wood, Jay D. |
| McCoy, Scott F. | Zodrow, Ryan N. |
| Willoughby, Michael W. | Bottoms, Don M. |
| Murry, Deloise A. | Brown, Vicky D. |
| Turner, Kip E. | Benjamin, Towanna J. |
| Jones, Donald F. | Mills, Cassandra D. |
| Moore, Curtis H. | Rhodes, Ruth A. |
| Rodgers, Catrenia M. | Odell, Jacqueline W. |
| Tew, Greg S. | Meadows, John B. |
| Cardy, Mary L. | Hunter, Lorenzo |
| Friesen, Gregory F. | Taylor, Jane D. |
| Walters, Arther H. | Brooks, Jerry D. |
| Dixon, Wilburn J. | Roberts, David M. |
| Sherman, Robert W. | Capps, Clifton L. (Mgmt) |
| Cox, Bonnie M. | Larkin, Sean K. |

Pinyan, Allen L.
Roby, Jerl D.
Burkett, Denny
McLeod, Glennie M.
Montoya, Robert J.
Ezell, Danny
Wallace, Charles E.
Parker, Michael B.
Wright, Edward E.
Rhode, Gary J.
Grimsley, Larry
Owen, Lawrence E.
Riley, Michael D.
Wilson, Colby J.
Morris, Timothy C.
Ziglar, Charles C.
Garries, William H.
Lewis, James C.
Parnell, Edward W.
Price, Randall D.
Gillis, Andrew D.
Mills, Dwight M.
Abshire, Joel L.
Holland, Rickey E.
Lupkes, Stephen G.
Otto, Henry H.
Pryor, Ida M.
Pickard, Beverly S.
Davis, Jennifer L.
Owens-Cobb, Shirley J.
Brannon, James S.
Landry, Earl J.
Penuel, Edward N.
Potter, Keith B.
Reeves, Billy J.
Carlson, Gary E.
Jones, Willard R.
Addison, Jacquelyn Y.
Becker, Gerald L.
Hughes, Johnnie E.
Lindsay, Julian J.
Macon, Paul L.
Zeigler, Charles T.
Carpenter, Henry H.
Simpson, Victor C.
Adams, Felicia T.

Kirkman, David M.
Moore, William F.
Sanders, Amelia D.
Singletary-Minor, Sonja M.
Wells, Charles E.
Whittaker, Christopher W.
Thomas, Amanda A.
Bowden, Barbara T.
Helms, Jason D.
Helms, John D.
Simmons, Bobby K.
Thrash, Dorothy L.
Greene, Kenneth M.
Brooks, Jerry D.
Collazo, Ivan J.
Coon, Jarman D.
Aughtman, VJ
Brackin, Andrea M.
Cox, Gregory S.
Grantham, William H.
Jones, Steven W.
Parrish, Stephen K.
Dzuris, Kelly R.
Cummings, Marcus T.
Layton, Willie E.
Boothe, Ronnie L.
Lee, Harry B.
Smith, Johnny L.
Motley, Jerry W.
Curry, Rocky L.
Hogan, William T.
Johnson, Justin K.
Smith, Solomon T.
Storey, Tina L.
Stricklin, Jerry
Wright, Edward E.
Simon, Edward W.
Clark, Walter E.
Zeiglar, Charles T.
Tice, Roger D.
Westrick, Penny K.
DeFrank, Paula F.
Grooms, Lakisha M.
Lindgren, Larry H.
Bradley, Carl M.
Robinson, Joseph

Camarata, William G.
Drysdale, Lori A.
Griffin, Huey C.
Jackson, William M.
Massey, John A.
Parris, Curtis L.
Seaman, Ronald
Styler, Jon A.
Ella, Paul A.
Walters, Arther H.
Tew, Greg S.
Weed, George A.
Hughes, Emmett L.
Lane, Raymond J.
Scurlock, Gary D.
Talley, Pamela M.
Byrd, Clarence L.
Farish, Melody L.
Shanahan, Teresa E.
Sherman, Robert W.
Hobbs, Nicky C.
Holley, Susan R.
Walters, Jessica D.
Cheverez, Jesus M.
Cole, Peter S.
Minor, Kenneth L.
Collins, Richard D.
Lum, Kimberly S.
Goodwin, Randy S.
Calhoun, Elisa A.
Cox, Bonnie M.
Gibson, Wilbur D.
Hausfelder, Donald F.
Howell, Susan K.
Coleman, Willie
Sinquefield, Christopher J.
Bean, Arthur F.
Becker, Gerald L.
Edwards, Kirby G.
Willoughby, Bobby J.
Fiore, Rickey C.
Skipper, Charles R.
Fulford, Victor D.
Harbuck, Stacy L.
Jackson, James E.
Johnson, Delma G.

McKinnon, Tommy B.
Rich, Marcus K.
Rohr, Sabrina L.
Teal, James H.
Pickett, Willie P.
Avrett, Neal E.
Williams, Robert A.
King, Julie R.
Holdridge, Rachael A.
Rogers, Willie C.
Williams, Realious R.
McAda, John E.
Creswell, Elisabeth A.
Simmons, Mervin W.
Lum, Joseph M.
Smith, Solomon T.
Jones, Wallace O.
Rodgers, Betty J.
Bivins, Donna F.
Garries, William H.
Ashton, Chester
Ragan, Darrell H.
Johnson, Justin K.
Jones, Steven C.
Varney, Nina E.
Goodwin, Ronald S.
Henderson, David W.
Johnson, Joseph S.
Farley, Travis J.
Simmons, Bobby K.
Burns, Benjamin R.
Jones, Walter
Matthews, Holly M.
Flowers, Sherry F.
Hall, Kenneth R.
John, Albert A.
Jones, Joseph K.
Murphy, Wesley M.
Swanson, Kimberly S.
Adams, Marshall E.
Coon, Jarman D.
Enfinger, Wyndle
Smith, Brandi L.
Hepworth John K.
Davis, Chester L.
Johnson, Gregory S.

Presley, Michelle B.
Turner, Jackie G.
Jones, Tyrie J.
Vernon, James F.
Nixon, William
Gentry, Elbert C.
Standifer, Jerry W.
Krause, Richard J.
Motley, Jerry W.
Rich, Marcus K.
Summers, Tammy A.
Achman, Marti
Archer, Bruce A.
Blackmon, Janet M.
Burt, Joe L.
Childers, Ashley S.
Coro, Donna M.
Fuller, Natascha
Jones, Charles R.
McCord, Ira
Scurlock, Gary D.
Coots, Jack W.
Hartzog, Johnny H.
Rodgers, Raymond K.
Garrey, Charlotte A.
Baker, Patrick H.
Armstrong, Wilburn G.
Goldsmith, Stafford
Lewis, Kennedy W.
Nunn, Daniel G.
Skinner, Jeffery B.
Smith, John R.
Howell, John T.
McAllister, Andrew T.
McDaniel, Becky L.
Morales, Brenda L.
Owens-Cobb, Shirley J.
Parrish, Roy E.
Liptrot, Leethaniel
Long, Ronnie F.
Wood, Ronney H.
Bradley, Carl M.
Etheredge, Regina G.
San Inocenclo, Juanita
Williams, Brenda L.
Clark, Max R.

Cox, James L.
Luke, Larry C.
Nolin, Shasta S.
Matthews, Robert D.
Bass, Gregory G.
Blackmon, Timothy B.
Griffin, Huey C.
Johnson, Jesse A.
Johnson, Leon C.
Bowdoin, Bob H.
Carmichael, Tony E.
Harris, Aaron
Sullivan, Christopher J.
Fell, Darrell D.
Spivey, Branton E.
Stone, Jr., Frank
Wambles, Coley R.
Williams, Chad S.
Thomas, Amanda A.
Schwoebel, Ramsey L.
Hicks, Richard A.
Horne, Charles S.
Boykins, Jimmy P.
Jeffers, Catherine
Muhammad, Raushanah S.
Register, Tammy K.
Larkin, Sean K.
Stuckey, Phyllis A.
Beck, Cecil K.
Curry, Berry
Gillespie, John C.
Hurt, Harold W.
Lum, Kimberly S.
Pierce, Kenneth B.
Pierson, Georgell R.
Riley, Acie O.
Rohr, Sabrina L.
Sharp, Russell E.
Hudson, Joseph R.
Whatley, Johnny M.
Mullins, Verdell B.
Sigourney, Wayne C.
Adams, Felicia T.
Wright, Mary R.
Coggins, Joshua D.
Touchstone, Mary I.

Davis, John H.
Reid, Timothy W.
Martin, Clarence L.
McCoy, Scott F.
Rasmussen, Terry J.
Wentworth, Donald G.
Goodson, Hugh F.
Tatum, Eva L.
Holland, Rickey E.
Martin, Alice H.
Jackson, James E.
Teal, James H.
Botelho, Joseph A.
Deloney, William M.
Temple, Margaret B.
Ray, Jacqueline L.
Rogers, Donnie L.
Thornley, Thomas R.
Dye, Steven L.
Furlow, James R.
Smith, Bobby A.
Cruit, Jeremy R.
Lineback, Joshua S.
Styler, Jon A.
Barnes, William G.
Tharpe, Alice B.
Walters, Arther H.
Henderson, Robert L.
Mills, Dwight M.
Barker, Marvin K.
Dady, Shirley C.
Brown, Richard L.
Curry, Berry
DeFrank, Paula F.
Huggins, Tony A.
Johnson, Ronnie A.
Becker, Gerald L.
Carter, Buddy R.
Faulk, James M.
Gentner, Larry W.
Gunter, Charles G.
Niosi, Christopher J.
Snell, Kristen R.
Lee, Frankie L.
Madrid, Susan L.
Coots, Jack W.

Seaman, Ronald E.
Clemmons, James H.
Clark, Walter E.
Beck, Cecil K.
Fuller, Natascha
Glover, Michael
Matheny, William B.
Smith, Thomas A.
Woods, Dennis L.
Taylor, Daniel K.
Hammond, Valerie E.
Houston, Samuel P.
Lewis, James E.
Phillips, Jacob R.
Redline, Diane E.
Fayard, Tammy L.
Spann, Steve M.
Delaney, Martha A.
Ellison, Patti K.
Hughes, Johnnie E.
Macon, Paul L.
McDonald, Vincent W.
Meredith, Bobby L.
Peterson, Clair D.
Roberts, Cecil C.
Watford, Raymond S.
Grimsley, Larry
Long, Ronnie F.
Key, Tammy L.
Hausfelder, Mark A.
Summer, Johnny R.
Anderson, Marion R.
Danford, Ronnie J.
Varney, Nina E.
Rub, Matthew A.
Williams, Darryl C.
Lacross, Michael W.
Hines, Morris
McAda, John E.
Morris, Timothy C.
Barnes, William G.
Willoughby, Bobby G.
Bowers, Gene M.
Burgess, Johnny M.
Martin, Alice H.
Gentner, Larry W.

Daniels, Donnie Z.
Jerkins, Sylvia L.
Johnson, Kenneth E.
Thompson, Stephen J.
Reck, Timothy T.
Lane, Raymond J.
Skipper, Charles R.
Clemmons, Mark T.
Garner, Solomon
Meadows, Vickie L.
Moore, Jesse W.
Parnell, David L.
Davis, Sam W.
Chapman, Isaac
Bonds, Gerald W.
Davis, Shelly
Fritch, Michael H.
Grantham, William H.
McClendon, Wendy Y.
McGhee, Sarah M.
Walker, Stanley
Simmons, Michael D.
Garner, James E.
York, Michael H.
Blackmon, Janet M.
Boswell, Carthel E.
Layton, Jeffrey L.
Russell Jr., Billy F.
Sims, Dennis B.
Sullenberger, Daniel L.
Beasley, Timothy S.
Taylor, Don
Barden, Kelly R.
Waters, Thomas S.
Williams, Samantha N.
Howell, John T.
Jackson, James E.
Nichols, Pamela K.
Warren, Ivy Z
Finch, Benny F.
Howell, Susan K.
Schwoebel, Ramsey L.
Wos, Lisa R.
Adams, Marshall E.
Cowan, James D.
Anderson, Keith J.

Carpenter, Henry H.
Council, Rachelle M.
Greenwood, Sharon D.
Grubbs, Willard R.
Kather, Joseph M.
Rodgers, Betty J.
Phillips, Rusty S.
Burt, Jessica L.
Bonci, Janet A.
Krause, Richard J.
McKenzie, Jamie R.
Wray, Chase T.
McCoy, Scott F.
Smith, Larry G.
Wise, Damon D.
McCullough, Sherry A.
Anderson, Kelli L.
Legieza, Vincent P.
Smith, Coleen A.
Steely, Victoria R.
Turner, Luther G.
Griffin, Donna M.
Smith, Diane B.
Waters, Felicia D.
Johnson, Justin K.
Brown, Vicky D.
Hamilton, Wayne L.
Hicks, Danny R.
Barefield, Gene N.
Burt, Jeffrey T.
Goforth, Barry L.
Matheny, William B.
Rogers, Robert D.
Wright, Edward E.
Simmons, Michael D.
Allen, John E.
Lancaster, James E.
Smith, Curtis E.
Blackman, Robert H.
Bowers, Gene M.
Carmichael, Robert M.
Hinson, George W.
Layne, James E.
Nolin, Paul L.
Hammond, Valerie E.
Hinson, James T.

DeSandro, Michael A.
Ford, Thomas E.
Smith, Larry G.
Warren, Joel
Waters, Philip C.
Marchman, Ronnie E.
McKinnon, Tommy B.
Riley, Linda D.
Anderson, Michael S.
Echols, Marilyn D.
Long, Bill R.
Sherman, Robert W.
Sims, Dennis B.
Kennedy Jr., Daniel G.
Bruce, Janice M.
Caldwell, Bonnie J.
Lee, Carl S.
Baxter, Caleb C.
Grimsley, Larry
Higgins, Norman P.
Hudson, Jimmy E.
Casale, Cindy S.
Chamberlin, Victor W.
Reynolds, Jeffery K.
Peters, Santana M.
Rizzo, Jeffrey A.
Rodgers, Catrenia M.
Salter, Pamela R.
Ezell, Danny
Kelley-Ryan, Autumn C.
Bowden, Jeffrey W.
Spivey, Hubert J.
Varner, Randale
Holton, Anthony W.
Turner, Edward A.
Brownell, Billy R.
Dryden Stanley H
Hurlbert, Jason R.
Jennings, Jeffery C.
Norris, Wendy L.
Rohr, Sabrina L.
Weinrich, Patricia L.
Anderson, Marion R.
Waters, Richard O.
Niosi, Christopher J.
Skipper, Don C.

Adkison, Phillip W.
Brown, Vicky D.
Thomas, Latasha S.
Cook, Annie S.
High, William M.
Meredith, Bobby L.
Nunn, Cecil, D.
Pollard, Theresa D.
Matthews, Holly M.
Barrow, Jeanette
Green, Richard D.
Motley, Jerry W.
Wood, Jay D.
Zeigler, Charles T.
Coleman, Willie
Petty, Eric B.
Sullivan, Tommy M.
Aylesworth, David C.
Madrid, Susan L.
Wright, Edward E.
Creel, Jerry R.
Benjamin, Towanna J.
Cervo, Sheila D.
Harp, Billy G.
Harris, Aaron
Kervin, Frank J.
Lambert, William R.
Simmons, Mervin W.
Scott, Wilson
Layton, Jeffrey L.
McCloud, Paul A.
Howell, Jerome
Lee, Harry B.
Greenwood, Stephen D.
Adkinson, Timothy L.
Odell, Jacqueline W.
Ziemba, Daniel J.
Taylor, Jane D.
Haddan, Peggy L.
Blair, Deborah R.
Johnson, Jesse A.
Riffle, Aaron L.
Critten, Uretha
Bradley, Therrell J.
Carswell, Michael K.
Fairchild, George B.

Gonzales, Juan J.
Odom, Ennis T.
Butler, Kenneth L.
Arrington, Amy L.
Peterson, Clair D.
Foshe, William F.
Jennings, Jeffery C.
Smith, Larry G.
Atwell, Burton W.
Johnson, William D.
Nixon, William
Downing, Melinda K.
Kassler, Dieter H.
Brown, Ronald
Griffin, Donna M.
Lum, Joseph M.
McCoy, Scott F.
Massey, John A.
Bachtel, Brenda C.
Drysdale, Lori A.
Neagley, Daniel T.
Richardson, Johnnie L.
Morales, Brenda L.
Sellers, Gidget A.
Collazo, Ivan J.
Earnest, Randall W.
Fleming, Trina
Milstid, Steven F.
Jones, Brenda A.
Parris, Curtis L.
Achman, Marti L.
Johnson, Thomas L.
Matheny, William B.
Moore, Curtis H.
Keirn, Dean A.
Jenkins, Clementine M.
Smith, Shane G.
Berry, Henry W.
Harrell, Tommy J.
Brooks, Kathleen D.
Gay, Lisa A.
Hudson, William E.
Schaefer, David W.
Sullivan, Timothy S.
Williams, Debra S.
Wentworth, Donald G.

Marshall, Peter N.
Weinrich, John S.
Davis, John K.
Amthor, Manfred H.
Bradley, Kirby
Childree, Sam
Cole, Peter S.
Tyler, Robert C.
Jenkins, Clementine M.
Tice, Roger D.
Bishop, Anthony M.
Jefferson, Arnold J.
Lowery, Johnny P.
Brady, William H.
Behary, Robert P.
Newman, Sandra D.
Johnson, Jeffrey M.
Leingang, Shirley W.
Tubbs, Ozie B.
White, Isaac J.
Brown, James C.
Smith, Clarence D.
Becker, Gerald L.
Johnson, Justin
Etheredge, Regina G.
Aughtman, Marsha R.
Eleazer, Louie H.
Sherman, Robert W.
Willis, Leon G.
Anderson, Claudia F.
Walters, Arther H.
Gillespie, John C.
Moore, Cynthia W.
DeFrank, Paula F.
Foote, George M.
Sitz, Robert L.
Wright, Mary R.
McDermott, Kristina A.
Casale, Cindy S.
Cruit, Jeremy R.
Haynes, George R.
Turner, Edward A.
Windham, David G.
Hile, Kevin S.
Flowers, Jerrell D.
Brown, Ronald

Waters, Philip C.
Adkinson, Phillip W.
Murray, William
Etchberger, Thomas N.
Harrison, Charles
Legieza, Vincent P.
McCall, Craig M.
Michaud, Daniel
Russell, John K.
Cornell, Lawrence
Creswell, Elisabeth A.
Boyd, Arthur L.
Clover, James
Killings, Florence R.
Huster, Barry
Gonzalez, Juan
Kaminski, Chester
Bonci, Janet A.
Dye, Steven L.
Kelley-Ryan, Autumn C.
Austin, Matisha D.
Jeffers, Catherine
Stokes, James
Paramore, Noah
Phelps, Billy R.
Warren Jr., Bobby
Fowler, Jenna
Bowers, Gene M.
Bruner, Byron
Day, Jerry
Riffle, Rhonda
Rodgers, Lavera
Otto, David
White, Graylin S.
Johnson, Wanda
Senn, Andrew
Toney, Terreca
Garner, Jerry D.
Johnson, Ronnie A.
Williams, Robert A.
Krause, Richard J.
Tharpe, Alice
Capps, Paul M.
Parnell, David L.
Farish, Melody
Meredith, Bobby L.

Nance, Ronald
Roberts, Aaron
Caddell, Carol
Floyd, Candace
Windham, David G.
Ezell, Danny
Grantham, William H.
Lewis, Thomas
Martin, Harold
Gonzalez, Juan
Hudson, Joseph R.
Gentner, Larry W.
Martin, James
Rich, Marcus K.
Roberson, Joseph
Sullenberger, Daniel L.
Grant, Kenny
Johnson, JC
Cox, Adrian
Goodman, Tina
Green, Johnny B.
Stanski, Joseph
Weeks, Ronald
Young, Reginald B.
Baxley, Linda R.
Garner, Solomon
Hathaway, Jimmy
Lewis, Kennedy W.
Weeks, Christopher
Newson, Pennie
Overton, Kenneth
Bey-Wrght, Regina
Long, James
Wilkinson, Mayo
Wood, Jay D.
Granke, Brandon
Jackson, Thomas
Washington, Earl
Rayborn, Charles
Tierney, Robert
Gibson, Damon
Matthews, Holly M.
Fayard, Tammy L.
Joiner, Gary
Lindsey, James
Rodgers, Betty

Flournoy, Randolph S.
Wambles, Coley R.
Davenport, David
Harris, Phillip
Hitt, Lance B.
Kroger, Donald
Spann, Stephen M.
Williams, Phillip
Willis, David
Crumb, George
Spivey, Hubert J.
Burt, Jeffrey T.
Andrews, Karla
Behary, Robert
Butler, Kenneth L.
Condra, Joan
Hicks, Danny R.
Jennings, Jeffery C.
Parris, Curtis L.
Edwards, Phyllis
Sasser, Deborah
Thames, Jerry
Addison, Roscoe
Davis, Jerry
Norris, Billy
Poole, Raymond
Sailors-Zierdt, Susan
Sherman, Robert W.
Tew, Jill
Owens, James
Beat, Jeffrey
Jones, Karen
Dawkins, Larry
Creel, Timothy
Day, Gregory
Rodgers, James
Hunko, Stephen
Kennedy, Daniel
Pickerel, Jeffrey
Rails, Ladon
Thompson, Arthur
Curry, Rocky L.
Hitt, Gregory
Bradley, Kirby
Robinson, Howard
Landry, Earl

Bedsole, Thomas
Bridges, Robert
Green, Jenia
Lane, Raymond
Moore, Verdarel
Watson, Glenis
Davis, Jennifer
Flowers, Jerrell
Rankin, Steven
Francis, Dalton
Lindsey, Edward
Krause, Richard J.
Motley, Deborah
Harbuck, Kimberly
Scott, Wilson
Tharpe, Jerry
Landrum, Rickey
Weed, Francis L.
Vick, Bobby
Blackmon, Janet M.
Brown, Clarissa
Russell, Carla
Lindgren, Larry H.
Simmons, Robert B.
Wambles, Coley R.
Johnson, Ronnie
Motley, Jerry W.
Allgood, Joshua
Day, Julian
Patti, John
Cotton, Rose
Lolley, Jackie
Sommers, James
Boswell, Carthel E.
Lester, Charles
Bragg, Jon Wesley
Hurlbert, Jason
Reed, Robin
Thomas, Cecil
Chancellor, Debra
Roberts, Cecil C.
Goldsmith, Stafford
Watson, Jesse
Arrington, Amy L.
Allgood, Kellie
Andress, Stephanie

Fuller, Natascha
Sellers, Larry
Thompson, Solomon
Walker, Stanley
McGhee, Sarah M.
McTarsney III, Richard
Music, Larry
Adams, Jerome
Floyd, David
Sinclair, Walter
Wendelstedt, Louis
Wilson, Thomas
Galimore, Gary
Cowan, Kevin
Helms, John
Yates, Samuel
Grooms, Lakisha
Tubbs, Ozie B.
McCoy, Scott F.
Gilbert, Christine
Hughes, Johnnie
Chambliss, Cassandra
Henderson, Jeffery
Holton, Anthony
Kurasz, Terrence
Morales, Brenda L.
Pierce, Kenneth
Roberts, David
Yelverton, Kenneth
Bachtel, Brenda C.
Hall, Jennifer
Greenwood, Greg
Cook, Annie S.
Kelley, Larry
McDaniel, Becky L.
Smith, Harry
Wood, Gregory
Wilkinson, Mayo
Haddan, Roger
Smith, Shane C.
Watkins, Marissa
Bowden, Jeffrey W.
Gray, Benjamin
Kelley, Larry
Meredith, Bobby L.
Pate, Lloyd

Pascual, Laurence
Smith, Solomon
Abram, Gloria
Grantham, William H.
Graves, James
Martin, Alice H.
Pierce, George
Steely, Matthew
Beech, Fredrick
Sheets, Albert
Brown, Clarissa
Brown, Vicky D.
Edberg, Bradley
Lassiter, William
Mowbray, Walter
Adams, Marshall E.
Lee, Frankie L.
Huster, Barry
Daughtry, Rory
Gillam, Lewis
Jacobs, Farrell
Martin, James
Parnell, Edward W.
Roberts, Jackie
Fleming, Trina
Allen, Bobby
McEachin, Alton
Bassett, Donald
Danner, Vela
Ford, Rachelle
Goforth, Barry L.
Martin, Steven
McInnish, Jesse
Smith, Larry
Talley, Pamela
Windham, David
Williams, Mary K.
Cook, Ralph
Garner, Jerry D.
Quattlebaum, Edward
Marler, Terry
Willis, Leon
Cardy, Mary
DeFrank, Paula F.
Rich, Marcus K.
Richardson, Johnnie L.

Benjamin, Towanna J.
Bowers, Gene M.
Childree, Sam
Fleming, Rodger
Pracon, Roman
Aughtman, Scott
Cavanaugh, Mary
Cox, Gregory
Williams, Trina
Andrews, Karla
Andrews, Theresa
Gilley, John
Houck, Edward
Jowers, Henry
Schlecht, Roland
Seagers, Larry
Aklan, Erica
Anderson, Michael
Johnson, Daniel
Norfleet, Edward
Grant, Kenny
Macon, Paul
Rizzo, Jeffrey
Barsoda, James
Godwin, Diana
Roberts, Aaron
Bowden, Jeffrey
Greenwood, Sharon D.
Meadows, Paul
Smith, Jonathan
Wilkes, Mallory
Grantham, Jeffrey
Blackman, Robert
King, Billy
O'Steen, Patrick
Coste, Johnny
Behary, Robert
Audiss, Jerald
Hall, Jennifer
Mills, Huey
Terry, Ernie
Zorn, Jonathan
Langford, James
Schultz, Donald
Jones, Joshua
Grant, Kenny

Amthor, Manfred  H.
Hobbs, Becky
Brown, Michael
Phillips, Donna
Vieira, Joseph
Wood, Jason
Wright, Tracy
Bailey, Daniel
Brascom Jr., Johnny
Moore, Alicia
Atkinson, Beau
Caldwell, Jack
Green, Johnny
Dozier, Debris
Campbell, Crystal
Sullivan, Tracy
Roberts, William
Archer, Bruce
Marler, Joyce
Madrid, Susan
Casey, Donald
Morris, John
Waters, Timothy
Mitchell, Micky
Zodrow, Clifford
McCullough, Sherry A.
Woolwine, Charles
McLaughlin, Charles
Strohl, Michael
Shorter, William
Rhode, Gary J.
Mills, Dwight
Ryan, Harley
Tate, Leonard
Skipper, Charles
Furnier, Lester
Smith, Regina
Olson, Elizabeth
Pickett, John
Deville, Dennis
Dubose-Hagen, Carol
Jones, Steven
Dust, Wayne
Gonzalez, Juan
Farish, Melody
Benjamin, Towanna J.

Hanner, Lisa
Smith, Eldrid
Freeze, Timothy
White, Isaac
Skinner, Donald
McDaniel, James
Simmons, Bobby
Hogan, Elizabeth
Grantham, Leonard
Day, William
Ward, James
Friesen, Greg
Skipper, Patsy
Vitito, James
Hobbs, Nicky
Knight, Richard
Haywood, Willie
Thompson, Solomon
Pernell, Jimmie
Motley, Deborah
Larkin, Sean
Weeks, Beverly
Fiumedreddo, Joseph
Crumb, George
Bodie, John
Sheets, Albert
Baxter, Caleb C.
Boykins, Jimmy
Skipper, Patsy
Garner, Kevin
McCarter, James
Davis, Jennifer
Meadows, John B.
Curry, Rocky L.
McCoy, Scott F.
Pascual, Laurence
Jennings, Jeffery C.
Smith, Solomon
Locklar, David
Penuel, Edward
Harbuck, Kimberly
Wambles, Coley R.
Williams, David
Lee, Carl
Windham, David
McCurdy, Michael

Fitzpatrick, Patrick
Daniels, Huey
Sitz, Robert L.
King, Steven
Layton, Jeffrey L.
Greathouse, James
Skipper, Charles
Crawley, Pamela
Custer, Christopher
Casale, Cindy S.
Etheredge, Regina G.
Robinson, Howard
Johnson, Andy
Thornley, Thomas R.
Murray, William
McEachin, Alton
Schaefer, David W.
Godwin, Diana
Butler, Kenneth L.
Brownfield, Roger
Ausley, Sandra
Wilson, Rex
Martin, Craig
Barnes, Roger
Poole, Raymond
Loftin, Joseph
Taylor, Daniel
Thompson, David
Meadows, Paul
Jackson, James E.
Cook, Annie S.
Adams, Marshall E.
Amthor, Manfred H.
Arrington, James
Bass, Gregory
Brady, Jr., William
Brascom, Deborah
Brown, Clarissa
Byrnside, Joseph
Campbell, Crystal
Cobb, Eugene
Cole-Harris, Tanya
Cook, Nicholas
Coste, Johnny
Cox, Adrian
Dickman, Robert

Douglas, Elvis
Espinoza, Lorenzo
Fayard, Tammy L.
Forrester, Michael
Gann, Melissa
Gentner, Larry W.
Goldsmith, Stafford
Griswold, Cynthia
Hogan, William
Hunter, Lorenzo
Jerkins, James R.
Jimmerson, Diane
Jones, Steven
Lancaster, James E.
Landry, Earl
Martin, Alice
Mock, Randy
Morales, Brenda L.
O'Steen, Patrick
Pracon, Roman
Price, Carl

Ray, Jacqueline L.
Rhode, Gary J.
Rich, Raushanah
Roberts, II, William
Rogers, Donnie
Schiavone, John
Senn, James
Shirley, Harry
Simmons, Tommy
Skipper, Don C.
Starks, Jr., James
Swafford, Bonnie
Talley, Pamela
Thomas, Robert
Thompson, Charles
Varner, Randle
Weed, Francis L.
Whitcomb, Charles
Wolf, Bobby

**Interrogatory 21.**    Identify each employee for whom AFS received noticed of an application for unemployment compensation benefits from December 1, 2003 to the present.

**RESPONSE:** Object. This interrogatory is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, AFS states that since December 1, 2003, it has received notice that the following individuals have filed for unemployment compensation:

Floyd, David, L.

Humble, Perry

Morales, Brenda, L.

Holley, David C.

Nixon, William Jr.

Cox, Bonnie, M.

Howell, Roy A.

Martin, William T., Jr.

Martin, James T.

Kirkman, David

Jones, Robert S.

Rhymes, Fredrick

Reynolds, Darrell E.

Covey, Jessica

Cervo, Shelia D.

Tinsley, Susan R.

Roberston, Scott M.

Kyle, Kosik E.

Kennedy, Daniel, Jr.

Mayo, Jeffrey

Walker, Ralph

Pruitt-Rodrigues, Lorenzo

Santiago, Elizabeth

McClendon, Wendy Y.

Warren, Bobby E.

Bonci, Janet A.

McDaniel, Dewey

Hudson, Shawn R.

Houston, Samuel P.

Lewis, James, C.

Stone, Scott

Stauffer, Sherry L.

Estes, Lee E.

Johnson, Wanda

Justice, Ronnie

Mears, Ralph

Cooper, James M.

Jackson, Ernest C.

Harris, Carolyn J.

Odom, Tracy, Jr.

Hughes, Oliver

Whittaker, Christopher

Tillis, Allie

Waller, Michael

Brackin, Andrea

Blocker, Brandon

Kirkman, David

Hammond, Valerie

Miller, Donald

Macklin, Lionel

Dunford, Christopher

Thomas, William

Cook, Clenton

Bizek, Donald R.

Byrd, Jeffery

Cyr, Michael

Reck, Timothy

Odell, Jacqui

**Interrogatory 22.** Identify each employee of AFS who was placed in, or assigned to, the "administrative termination" classification from December 1, 2003 to the present.

**RESPONSE:** Object. This interrogatory is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, AFS states that the following individuals have been placed on administrative termination (i.e. inactive employee on administrative leave) since December 1, 2003:

Allen, Bobby J.

Arrington, Amy L.

Ashton, Chester B.

Avrett, Neal E.

Barnes, Roger N.

Barsoda, James L.

Bean, Arthur F.

Botelho, Joseph A.

Boyd, Arthur L.

Brownfield, Roger L.

Caldwell, Bonnie J.

Capps, Paul M.

Childree, George W.

Clark, Walter E.

Clemmons, James H.

Coleman, Willie

Creel, Jerry R.

Critten, Uretha

Curry, Theodis E.

DeFrank, Paula F.

Dozier, Bryon D.

Edgar, Tommy R.

Elmore, Charles D.

Fayard, Tammy L.

Hancock, Mickey R.

Harbuck, Kimberly E.

Hartozg, Johnny H.

Henderson, David W.

Hinson, James T.

Houston, Samuel P.

Hudson, Joseph R.

Hughes, Johnnie E.

Jefferson, Arnold J.

Johnson, Joseph S.

Jones, Clarence A.

Jones, Joseph K.

Lee, Frankie L.

Lee, Harry B.

Lester, Charles B.

Lowery, Johnny P.

Matthews, Holly M.

Morales, Brenda L.

Morris, John D.

Motley, Jerry W.

Nixon, William

Odell, Jacqueline W.

Parnell, David L.

Payne, Grady E.

Pickett, Willie P.

Roberts, Cecil C.

Rodgers, Raymond K

Rub, Matthew

Shiver, Douglas C.

Simmons, Robert B.

Sommers, James P.

Stuckey, Tommy L.

Sullivan, Tommy M.

Tice, Roger D.

White, Graylin S.

Willoughby, Bobby J.

**All Objections Tendered by Counsel.**

One of the Attorneys for Defendant
Army Fleet Support, LLC

**OF COUNSEL:**

M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing on all counsel of record by facsimile and by placing a copy of the same in the U.S. Mail, postage prepaid and addressed as follows:

> Jimmy Jacobs(JAC051)
> 4137 Carmichael Road, Suite 100
> Montgomery, Alabama 36106

This the 11th day of April , 2007.

Of Counsel