IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMUEL HOUSTON,                    )
                                   )
        Plaintiff,                 )
v.                                 )        CASE NO. 1:06-cv-243-MEF
                                   )
ARMY FLEET SERVICES, LLC,          )
                                   )
        Defendant.                 )

# O R D E R

This matter is before the Court on Plaintiff's Motion to Continue Summary

Judgment Motion Deadline (Doc. # 30) filed on April 25, 2007. Upon consideration, it is

hereby ORDERED that

1.  Plaintiff's motion is GRANTED IN PART and DENIED IN PART.

2.  Plaintiff shall file his response to the summary judgment motion no later than

May 4, 2007.

4.  Plaintiff's motion is DENIED in all other respects.

4.  Defendant shall file a reply, if any, no later than May 11, 2007.

DONE this the 30th day of April, 2007.


                        _____
                              /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE