IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

It is hereby ORDERED that **SECTION 1** of the Uniform Scheduling Order (Doc. #7)

entered by the court on May 3, 2006 is amended to read as follows:

**SECTION 1.** A pretrial conference of this case is scheduled for June 15, 2007 in the

chambers of United States District Judge Mark E. Fuller, United States Courthouse, One

Church Street, A-300, Montgomery, Alabama, and this case is set for trial during the term

of court commencing on July 30, 2007 in **Dothan, Alabama**.

DONE this the 1st day of May, 2007.


                                         /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE