IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:06cv243-MEF |
| | ) | |
| ARMY FLEET SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is plaintiff's motion to compel (doc. # 27) filed on April 23, 2007.  Upon consideration of the motion, the defendant's response, and for good cause, it is

ORDERED that the motion to compel be and are hereby set for oral argument on May 14, 2007, at 11:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

ORDERED that on or before **noon on May 11, 2007**, the parties shall file a joint list of the interrogatories and requests for production of documents still at issue.

Done this 2nd day of May, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE