IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | CASE NUMBER 1:06-cv-243-MEF-CSC |
| | ) | |
| ARMY FLEET SERVICES, L.L.C., | ) | (JURY DEMAND) |
|     Defendant | ) | |

**NOTICE OF CONFLICT**

COMES NOW counsel for the Plaintiff and submits notice that counsel has a previously set trial in the case of *Hayden v. Alabama Department of Public Safety*, *et al.,* Case No. 03-CV-2006-900012, in the Circuit Court for Montgomery County, Alabama which conflicts with the Oral Argument on Plaintiff's Motion to Compel set for 11:00 a.m. on May 14, 2005, set by this Honorable Court, Magistrate Coody, in the above-captioned matter. Counsel will keep the Court and opposing counsel advised of any change in the status of this conflict.

Respectfully submitted this 2nd day of May, 2007.

                                                  /S/ **JIMMY JACOBS**
                                                JIMMY JACOBS (JAC051)
                                                Attorney for Plaintiff
                                                4137 Carmichael Rd, Ste 100
                                                Montgomery, Alabama 36106
                                                (334) 215-1788

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 2nd day of May, 2007.

                /s/JIMMY JACOBS
                Jimmy Jacobs (JAC051)
                4137 Carmichael Road, Ste 100
                Montgomery, Alabama 36106
                (334)215-1788

COUNSEL OF RECORD:

M. Jefferson Starling (STA062)
Brent T. Cobb (COB020)
Monica G. Graveline (GRA100)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306