**PLAINTIFF'S LIST OF SUMMARY JUDGMENT EXHIBITS**

1. Deposition of Samuel Houston

2. Rule 30(b)(6)Deposition of Army Fleet Support, L.L.C.

3. AFS letter to Houston; 10/15/04

4. Dr. Kosmatka letter To Whom It May Concern; 12/17/04

5. Dr. Manski letter To Whom It May Concern; 1/13/05

6. AFS letter to Houston; 2/8/05

7. Medical Clearance; 3/10/05

8. AFS Return To Work form; 3/14/05

9. DIR Hearing Transcript

10. AFS Return To Work form; 6/28/04

11. AFS Return To Work form; 2/22/05

12. AFS Personnel Status Change Request form

13. AFS Personnel Action form

14. Affidavit of Brigitte Houston

15. Eglin AFB EEO Record of Initial Contact

16. Affidavit of Samuel Houston

17. Houston letter dated April 4, 2005 with list of recipients

18. DIR New Claim Record; 3/16/05

19. DIR Notice of Claim and Request for Separation Information

20. DIR Fact Finding Record of Statements

21. DIR Notice of Determination; 3/28/05

22. DIR Decision of Unemployment Compensation Claim; 5/5/05

23. Brown letter to DIR; 5/23/05

24. Brown email to Whelan; 5/23/05

25. DIR Notices of Determination of Overpayment; 8/15/05

26. Manne letter to Houston; 5/27/05

27. Whelan letter to OFCCP; 6/21/05

28. Whelan letter to EEOC; 7/5/05

29. Whelan letter to OFCCP;7/26/05

30. Whelan letter to Veteran Administration; 9/6/05

31. OFCCP Notice of Right To Sue

32. Vinson Declaration and Vocational Report

33. Houston Memo to Phyllis Kennedy; 6/3/05

34. AFS Return To Work form; 1/21/04

35. AFS Termination Checklist

36. Nation Labor Relations Board Notice of Appearance; 5/21/05