PLAINTIFF'S EXHIBIT 7

**Thomas J. Manski, M.D., P.A.**
Board Certified Neurosurgeon
350 Racetrack Road
Fort Walton Beach, FL 32547

Tel: (850) 863-2300
Fax: (850) 863-2369

DEA # BM6436251

NAME: Houston, Samuel P

ADDRESS: _____   DATE: 3-10-05

℞ Patient may return to work as of MARCH 14, 2005. No lifting more than 25 pounds. No climbing, No standing more than 1½ hours, No prolonged sitting more than 1½ hours, No bending at the waist to lift, pull, twist, or push to prevent reinjury to lower back. These restrictions are permanent.

☐ LABEL
REFILL _____ TIMES

_____ M.D.

Sam Houston v. L3 Communications