# ARMY FLEET SUPPORT

## RETURN TO WORK SLIP

DATE: 03-14-05    TIME: _____    Last Day Worked: 09-02-04

☒ Short-Term Disability    ☒ FMLA    ☐ OTJ Injury (use only if no Medical Pass)    ☐ Other

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
| Houston, Samuel | 014332 | A/C Mech. | ATTC 2 |

☐ Authorized to return to work with **NO RESTRICTIONS** on _____

☐ Presently working and released from **RESTRICTED/LIGHT DUTY** on _____

☒ Authorized to return to work on 03-14-05 _____ with the following **RESTRICTION/LIGHT DUTY**: See attached

☐ Able to Accommodate Medical Restriction(s)?    ☐ Can    ☒ Cannot
- Per Field Representative (name/title): Don Doxley - ATTC
  Bill Parsons - Lowe
  Larry Larkin - Cairns
  Bob Chipman - Knox
- Date _____
- Comments _____

☐ Prescribed Medications
- Non Narcotics: Valium - Fl?
- Narcotics: Valium - Flexiril - Motrin 800mg

**Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift**
Employee Initials: _SH_

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

Manager, Personnel Services _____

Benefits / Worker's Comp Representative  Penny Westrick  015702

Original: Personnel File
Copies: Finance & Accounting
Department Head
Employee

Form 01-288
Rev. 1/30/04

**ield Notified**
Date: _____    Method: ☐ Email  ☐ Fax  ☐ Phone
POC: _____

Sam Houston v. L3 Communications 026