MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 1

1

2                    STATE OF ALABAMA

3        DEPARTMENT OF INDUSTRIAL RELATIONS

4

5                                      ORIGINAL

6

7            *  *  *  *  *  *  *  *  *

8                DOTHAN CIVIC CENTER

9              126 N. Andrews Street

10               Dothan, Alabama

11           Wednesday, July 13, 2005

12            *  *  *  *  *  *  *  *  *

13

14

15

16

17

18

19

20

21

22

23

Sam Houston v. L3
Communications
432

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 2

1          MR. BLEVINS:  Welcome to the

2     one o'clock docket for the Board of

3     Appeals hearings, Dothan, Alabama.

4     We're starting about an hour and ten

5     minutes late.  We'll try to get

6     everyone out of here at a decent time.

7          The board members are appointed by

8     the governor to review unemployment

9     claims at the last level before they go

10    into the court system.

11         Let me introduce some members of

12    the board.  To my left is Ms. Charlotte

13    Flowers.

14         MS. FLOWERS:  Good afternoon.

15         MR. BLEVINS:  Mr. Don Jones to

16    my right.

17         MR. JONES:  Good afternoon.

18         MR. BLEVINS:  Our court

19    reporter today is Bridgette Mitchell.

20         My name is Joe Blevins.

21         A decision will not be made on your

22    claim today.  In about four weeks, you

23    will receive the decision of the board

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
433

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

1    by certified mail, return receipt

2    requested.  If you disagree with that

3    decision, you can file an appeal with

4    the circuit court in the county in

5    which the claimant resides.  That

6    information will be forwarded to you

7    along with the decision.

8        We'll go by docket today.  It's a

9    list that's been prepared in Montgomery

10   for us to use.  When we call your name

11   or your employer's name, anyone that's

12   present for that case please come

13   forward, remain standing, the court

14   reporter will administer the oath, and

15   then you can be seated.  Board members

16   will ask questions they feel pertinent

17   to the case.  And we'll give anyone a

18   chance to say what they want to say as

19   long as it's relevant to the case at

20   hand.

21       If you would, either turn off or

22   put all cell phones on silent mode, or

23   beepers.  And no recording is allowed

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
434

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 4

1    by rule except for the court reporter

2    of these hearings.

3        Case No. 9, Samuel P. Houston, Army

4    Fleet Support, LLC.

5        ALL PARTIES, having first been duly

6    sworn or affirmed to speak the truth,

7    the whole truth, and nothing but the

8    truth, testified as follows:

9            MR. BLEVINS: Administrative

10   hearing officer scheduled a hearing for

11   May 5, 2005. The employer was not

12   present for that hearing. The hearing

13   officer affirmed the prior

14   determination allowing benefits and the

15   employer has appealed.

16       The procedure we'll follow here,

17   since we have counsel, will be board

18   members will ask direct questions, then

19   when we're finished, if counsel has any

20   relevant material he feels we've

21   missed, we'll give you a chance to put

22   that on the record.

23           MR. THARPE:  Thank you.

**1933 Richard Arrington Jr. Blvd. S * Birmington, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
435

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 5

1    MR. BLEVINS:  Mr. Houston, did

2  you quit your job with Army Fleet?

3    MR. HOUSTON:  No, sir.

4    MR. BLEVINS:  Okay.  Did

5  someone tell you you were discharged?

6    MR. HOUSTON:  I was given

7  paperwork saying, originally, I was

8  involuntarily terminated.  Then I was

9  given a second piece of paper saying

10  that I was administratively terminated.

11    MR. BLEVINS:  Who will speak

12  first for the employer?

13    MR. WHITNEY:  I will.

14    MR. BLEVINS:  He was terminated

15  from his job?

16    MR. WHITNEY:  He was not, sir.

17    MR. BLEVINS:  Was he given any

18  paperwork, as he has testified, that he

19  was involuntarily terminated?

20    MR. WHITNEY:  He was briefed on

21  procedures after being on short-term

22  disability.  Mr. Houston is a member of

23  the Army Fleet Support, which is a

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
436

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 6

1    unionized workforce which falls under

2    a collective bargaining agreement.

3    Mr. Houston has a copy of that

4    collective bargaining agreement, and

5    there are citations of this procedure

6    in there.

7         The articles that govern this

8    procedure begin with Article 1714, when

9    a person returns from short-term

10   disability and they're applying for

11   their position with restrictions.

12   Under 1714, it's referenced that if he

13   needs to return to work with

14   accommodations, he follows procedures

15   under 4.7.  And I've tabbed all these

16   actions for you.

17        Under 4.7 -- and it's actually

18   4.7(B)(4) -- Mr. Houston, just as all

19   the union employees, or represented

20   employees, can apply for an alternate

21   position if we cannot accommodate their

22   restrictions under current

23   classification.  Mr. Houston is an

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
437

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 7

1  aircraft mechanic.  His restrictions

2  were extensive.  And at the time of his

3  return, when he submitted his

4  return-to-work slip, it was suggested

5  that he seek an alternate position.

6  Mr. Houston has not availed himself of

7  the process which is outlined in the

8  CBA.  Now, as I stated, it's under

9  4.7(B)(4) that states a person who

10  cannot work in their current

11  classification can apply for an

12  alternate position; that falls under

13  Article 35.1.

14      Article 35.1 states that all you

15  have to do is submit paperwork

16  requesting classification.  And

17  depending on what's in your file, if

18  you're qualified for the position,

19  seniority permitting, you will be in

20  those positions.  This is not

21  happening.  Mr. Houston was briefed on

22  this.  And in the statement written by

23  him, he does state that he was briefed

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
438

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 8

1    by the HR manager.

2         MR. BLEVINS:  Let me ask you a

3    couple basic questions.  When did he

4    actually last work?

5         MR. WHITNEY:  Mr. Houston's

6    last day of work was September 2, '04.

7         MR. JONES:  Pardon me?

8         MR. WHITNEY:  September 2, '04.

9         MS. FLOWERS:  Last day worked?

10        MR. WHITNEY:  Last day worked.

11        MR. BLEVINS:  And he had been

12   there several years?

13        MR. WHITNEY:  He was first

14   hired on the contract on 2/25/02.  He

15   gained employment with Army Fleet

16   Support under the new collective

17   bargaining agreement, new contract,

18   12/1/03.

19        MR. BLEVINS:  So it's your

20   testimony he was not able to perform

21   his primary job and he failed to

22   attempt to obtain an alternate

23   position?

Sam Houston v. L3
Communications
439

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 9

1          MR. WHITNEY:  Yes, sir.

2          MR. BLEVINS:  Is that

3     basically -- that's what I gather from

4     your testimony.

5          MR. WHITNEY:  Yes, sir.

6          MR. BLEVINS:  Is that correct?

7     Is that what happened?

8          MR. HOUSTON:  No.

9          MR. BLEVINS:  You did not

10    attempt to secure a different position?

11         MR. HOUSTON:  I was there on

12    the morning and I asked very politely

13    to the HR representative if I could go

14    into my old career field for one day so

15    I may be allowed to reclassify, but

16    they would not allow me to go into my

17    old career field due to my physical

18    limitations.  They refused to

19    accommodate those limitations.

20         MR. BLEVINS:  Okay.  Now, if I

21    understand the statements in the file,

22    the doctor has stated, apparently, that

23    your limitations are permanent; right?

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
440

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 10

1          MR. HOUSTON:  Yes, sir, they

2     are.

3          MR. BLEVINS:  So is it your

4     testimony there was no alternative

5     position for you to seek?

6          MR. HOUSTON:  I wanted to be an

7     aircraft scheduler.  I was told prior

8     to this incident that I needed to type

9     thirty words a minute.  So being that I

10    am from Florida, I went to Jobs Plus,

11    and they have a computer program there

12    that allowed me to brush up on my

13    typing.  I brushed up on my typing to a

14    speed of thirty words a minute.  And I

15    thought I had fulfilled the obligation

16    of reclassifying into a clerical job

17    that required me to meet the thirty-

18    word-per-minute requirement, and then I

19    was told that they cannot accommodate

20    me.

21         MR. BLEVINS:  Is that correct,

22    he attempted to go into this clerical

23    field?

Sam Houston v. L3
Communications
441

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 11

1          MR. WHITNEY:  No, sir.

2          MR. HOUSTON:  Excuse me.  I

3   wanted to be an aircraft scheduler.

4          MR. BLEVINS:  And you formally

5   applied for that in some manner?

6          MR. HOUSTON:  I asked them on

7   the day I returned, on the 14th of

8   March, with my doctor's return-to-work

9   slip, if I could reclassify, and they

10  said no.

11         MR. BLEVINS:  Is that correct?

12         MR. WHITNEY:  This is a

13  statement written by Mr. Houston.

14  About halfway through the final

15  paragraph, Mr. Houston states that when

16  he returned, the HR manager suggested

17  that he seek an alternate position

18  because it was directed by his doctor

19  he could not be in a mechanic position

20  but should look for a clerical or

21  sedentary position.  The HR manager

22  suggested that he look at a position

23  like aircraft scheduler and that he

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 12

1    should go work on his typing.

2        Now, at this time, there is no

3    obligation that this person return --

4    that Mr. Houston return as an aircraft

5    mechanic -- not for one day, not for

6    one hour, not at all.  At that time, he

7    had full CBA rights to fill out

8    documentation.  He could have filled

9    out a request to be every

10   classification that he felt he was

11   qualified for.  It has not been done.

12   We have no request on file for him to

13   reclassify into a position that we can

14   consider.

15           MR. BLEVINS:  Let me go to

16   Ms. Flowers.

17           MS. FLOWERS:  You're a federal

18   employee?

19           MR. WHITNEY:  No, ma'am.

20           MS. FLOWERS:  You're a contract

21   employee.  Was he hurt on the job?

22           MR. WHITNEY:  No, ma'am.

23           MS. FLOWERS:  Not an on-the-job

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
443

Page 13

1    injury?

2            MR. WHITNEY:   No, ma'am.

3            MS. FLOWERS:   But he had been

4    out under doctor's care --

5            MR. WHITNEY:   Yes, ma'am.

6            MS. FLOWERS:   -- for a period

7    of time.   He came back with

8    restrictions that you would have to

9    accommodate?

10            MR. WHITNEY:   Yes, ma'am.

11            MS. FLOWERS:   And those

12    requirements, the way I see it here,

13    was just saying there's a requirement

14    that you'll undergo situations when you

15    come back.   There are certain steps you

16    have to take in order for being

17    considered in place to meet his

18    accommodations?

19            MR. WHITNEY:   Yes, ma'am.

20            MS. FLOWERS:   And you're

21    telling me that he did not follow those

22    procedures for placement --

23            MR. WHITNEY:   Yes, ma'am.

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
444

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 14

1          MS. FLOWERS:   -- under these

2    circumstances?

3          MR. WHITNEY:  Had there been a

4    termination, he had full grievance

5    rights under Article 7.  There was no

6    termination.  Mr. Houston is an

7    employee of Army Fleet Support for up

8    to five years or length of seniority,

9    which brings him up to March 2007.  He

10   can come in at any time and apply for a

11   position that he's qualified for.  This

12   has yet to be done.

13         MS. FLOWERS:  Did you do the

14   request per the contract when you came

15   back to work?

16         MR. HOUSTON:  I have one

17   statement to make.

18         MS. FLOWERS:  Well, first, when

19   you returned back to work, did you

20   follow the procedures in the negotiated

21   agreement between the bargaining

22   employees and AFS?

23         MR. HOUSTON:  I asked to be

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Sam Houston v. L3
Communications
445

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 15

1    reclassified.

2         MS. FLOWERS:  But did you

3    follow the steps that --

4         MR. HOUSTON:  Procedures that

5    are asked?  I mean --

6         MS. FLOWERS:  Did you file a

7    union grievance?

8         MR. HOUSTON:  No, I did not.

9         MS. FLOWERS:  So you didn't get

10   any assistance in the procedure on

11   requesting -- okay.

12        MR. HOUSTON:  I have one thing

13   to say, though.

14        MS. FLOWERS:  Yes.

15        MR. HOUSTON:  The manager of

16   the HR, human resource office, was

17   Mr. Ed Brown.  He was not there the day

18   that I got terminated.

19        MS. FLOWERS:  Didn't you state

20   he was not terminated?

21        MR. WHITNEY:  He was not

22   terminated.

23        MS. FLOWERS:  Okay.  If he

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
446

Page 16

1    wasn't terminated, why is he not

2    working?

3          MR. WHITNEY:  He has failed to

4    apply for a position which we can

5    accomodate him for.

6          MS. FLOWERS:  So he didn't

7    follow the procedures as outlined,

8    therefore, you haven't -- he can't work

9    the current position he held.

10          MR. WHITNEY:  Yes, ma'am.

11          MS. FLOWERS:  And, therefore,

12    he's not terminated, he's just -- is he

13    just hanging out there until he follows

14    the procedure or what?

15          MR. WHITNEY:  I would not know

16    what position to put him in and I can't

17    guess what position he would want.  He

18    must submit, by Article 35.1 --

19          MS. FLOWERS:  If he follows the

20    procedures in here and there is a

21    position vacant that meets his

22    restrictions, is he --

23          MR. WHITNEY:  He is eligible up

Sam Houston v. L3
Communications
447

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 17

1    to March of 2007.

2        MS. FLOWERS:  All right.  I

3    don't have anything else.

4        MR. BLEVINS:  Mr. Jones?

5        MR. JONES:  What's your

6    position with the company?

7        MR. WHITNEY:  I'm the HR

8    compliance officer, sir.

9        MR. JONES:  HR compliance

10    officer?

11        MR. WHITNEY:  Yes, sir.

12        MR. JONES:  Now, do I

13    understand that Army Fleet -- is this

14    the contractor for Rucker between

15    Rotary Wing Aircraft?

16        MR. WHITNEY:  Yes, sir.

17        MR. JONES:  Is he -- is the

18    claimant drawing long-term disability?

19        MR. WHITNEY:  No, sir.

20        MR. JONES:  Short-term

21    disability?

22        MR. WHITNEY:  He had run out

23    his short-term disability after six

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 18

1    months.

2         MR. JONES:  So the short-term

3    disability has been used up?

4         MR. WHITNEY:  Yes, sir.

5         MR. JONES:  After the

6    short-term disability, do you go on

7    long-term disability?  Do you have a

8    long-term disability provision?

9         MR. WHITNEY:  Not for

10   bargaining union employees?

11        MR. JONES:  Not for bargaining

12   union employees.

13        MR. WHITNEY:  However --

14        MR. JONES:  That -- that's all

15   right.  Wait just a minute.  Okay.  So

16   Mr. Houston, as Ms. Flowers has pointed

17   out, he is a representative of the unit

18   that is -- he's an employee of a unit

19   that is covered by labor management

20   agreement?

21        MR. WHITNEY:  Yes, sir.

22        MR. JONES:  Is that right?

23        MR. WHITNEY:  Yes, sir.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Sam Houston v. L3
Communications
449

Page 19

1        MR. JONES:  Okay.  Under that

2   labor management agreement, he has

3   certain rights?

4        MR. WHITNEY:  Yes, sir.

5        MR. JONES:  I heard him -- I

6   heard the claimant testify what he

7   wanted to be, and I believe it was

8   aircraft scheduler?

9        MR. WHITNEY:  Yes, sir.

10       MR. JONES:  What the

11  claimant -- see how I want to say this.

12  What the claimant wants to be and what

13  is available may not necessarily be the

14  same things?

15       MR. WHITNEY:  Very true, sir.

16       MR. JONES:  Is that right?

17       MR. WHITNEY:  Yes, sir.

18       MR. JONES:  So if --

19  Mr. Houston?

20       MR. HOUSTON:  Yes, sir.

21       MR. JONES:  Was the only thing

22  you wanted to be an aircraft scheduler?

23       MR. HOUSTON:  Yes, sir, because

Page 20

1    I was --

2           MR. JONES:  Was the only thing

3    you wanted to be an aircraft scheduler?

4           MR. HOUSTON:  Yes.  And I was

5    told --

6           MR. JONES:  You answered my

7    question.

8           MR. HOUSTON:  Yes.

9           MR. JONES:  So when an

10   employee, claimant, under the

11   circumstances says, I want to be this,

12   it's not available, then you don't have

13   anything else, what do you do with him?

14   Is he on leave of absence?

15          MR. WHITNEY:  He's an inactive

16   employee right now.

17          MR. JONES:  Inactive employee.

18   And under the terms of the agreement,

19   I'm sure there's a provision in there,

20   and you may already -- I think you said

21   '07.  He stays as an inactive employee,

22   and it's up to the claimant to initiate

23   the action and not for the company to

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Sam Houston v. L3
Communications
451

Page 21

1   go out and say, What do you want to do?

2   He's got to comply with the terms of

3   the bargaining agreement, does he not?

4         MR. WHITNEY:  That is correct,

5   sir.

6         MR. JONES:  That's all I have.

7         MS. FLOWERS:  I have a couple

8   questions for clarification.  You said,

9   now, he came back -- or the last day he

10   worked was September 2, '04?

11         MR. WHITNEY:  Yes, ma'am.

12         MS. FLOWERS:  What date did

13   he -- that's the last day he worked,

14   but did he come back after that date?

15         MR. WHITNEY:  Yes, ma'am.

16         MS. FLOWERS:  What was that

17   date?

18         MR. WHITNEY:  This is the day

19   he attempted to return to work.

20         MS. FLOWERS:  I just need the

21   date.  What date was that?

22         MR. WHITNEY:  March 14, '05.

23         MS. FLOWERS:  March 14, '05.

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
452

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 22

1    Okay.  Have y'all got a -- has your

2    contract been extended?

3              MR. WHITNEY:  It has actually

4    been changed.  The chapters and

5    provisions are the same.

6              MS. FLOWERS:  Okay.  My part is

7    this part right here.  It's still the

8    same?

9              MR. WHITNEY:  Yes, ma'am.

10             MS. FLOWERS:  What I'm

11   referring to is the recognition of

12   employee union and the management of

13   employees.  So nothing changed in this

14   particular article?

15             MR. WHITNEY:  Article 1, no,

16   ma'am.

17             MS. FLOWERS:  Nothing changed.

18   Even though today you've got a new

19   contract with a different date, that

20   particular article did not change?

21             MR. WHITNEY:  No, ma'am.

22             MS. FLOWERS:  And I'm talking

23   about the rights per the bargaining

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
453

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 23

1    agreement.

2         MR. BLEVINS:   Mr. Houston, I

3    just have one question before I go to

4    your attorney.   What experience do you

5    have other than aircraft mechanic?

6    Have you worked in another line of

7    work?

8         MR. HOUSTON:   Sir, I'm a

9    veteran of the Air Force.   I spent

10   twenty-four years in the Air Force.

11   I've done all facets of aircraft

12   maintenance including being a worker,

13   supervisor, and in management.

14        MR. BLEVINS:   What I'm

15   interested in, what type work do you

16   have prior experience in that could be

17   performed within the restrictions that

18   the doctor currently has on you?   Do

19   you have any type of clerical

20   experience or anything of that nature?

21        MR. HOUSTON:   Yes.   I was a

22   flight chief four times in my military

23   career.   That had a lot to do with

Sam Houston v. L3
Communications
454

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 24

1    clerical performance, writing reports

2    and such.

3            MR. BLEVINS:  Okay.  Counselor?

4            MR. THARPE:  First of all, the

5    contract that Mr. Whitney -- Bob and I

6    go back a long ways.  I used to be a

7    union business representative.  The

8    blue contract expired in May 2005.

9            MR. BLEVINS:  Okay.

10           MR. THARPE:  They have a new

11   contract.  As a continuing employee,

12   Mr. Houston now falls under the new

13   contract.

14           MR. BLEVINS:  Okay.  Everybody

15   agree?

16           MR. WHITNEY:  That is correct.

17           MR. THARPE:  I have, I believe,

18   six exhibits I would like to enter for

19   consideration on his behalf.  It's the

20   new contract, the new job descriptions.

21       Do you have any objection?

22           MR. WHITNEY:  No.

23           MR. THARPE:  Also, I'd like to

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 25

1    enter his doctor's statement and his

2    return-to-work slip.

3         MR. BLEVINS:  Do you have

4    copies of these?

5         MR. THARPE:  If you don't, I

6    have some.  You may not have this.

7    During negotiations -- if you look at

8    that, look on page 2 under, I believe

9    under physical requirements -- the

10   company attempted to negotiate it into

11   the job descriptions those

12   restrictions.  Okay?

13        MS. FLOWERS:  They attempted?

14   I want to be sure.  You said

15   "attempted," but they did not --

16        MR. THARPE:  They did not --

17        MS. FLOWERS:  But they didn't

18   end up --

19        MR. THARPE:  They did not --

20        MS. FLOWERS:  -- in the

21   contract.  Okay.

22        MR. THARPE:  -- get them.  This

23   is the union's counterproposal.  And if

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
456

Page 26

1    you'll look in the new job description

2    book, there are no restrictions in that

3    job description book.  The company

4    tried to negotiate this and they failed

5    to get it, and they can't use those

6    description -- those restrictions now.

7    If they unilaterally implement those

8    restrictions, it would be unfair labor

9    practice.  Mr. Houston should be back

10   to work because there are no

11   restrictions in the collective

12   bargaining agreement on the job

13   descriptions.

14        MR. BLEVINS:  Comment?

15        MR. WHITNEY:  One.  Under the

16   new job descriptions, which are

17   approved under physical requirements,

18   Must be physically able to perform

19   duties and responsibilities of

20   classifications.  Under -- on

21   Mr. Houston's return to work by his

22   doctor -- as an aircraft mechanic, a

23   person has to be able to climb on top

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Sam Houston v. L3
Communications
457

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 27

1  of aircraft, has to be able to work

2  mechanical parts -- his doctor wrote,

3  Patient may return to work as of

4  March 14, 2005, with no lifting more

5  than 25 pounds, no climbing, no

6  standing more than one and a half

7  hours, no prolonged sitting.  You have

8  a copy of this.

9       MR. BLEVINS:  We have a copy,

10  that's correct.

11       MR. WHITNEY:  These

12  restrictions are so extensive that the

13  person cannot perform the duties of an

14  aircraft mechanic.  We also have two

15  statements from two other physicians

16  which were submitted by Mr. Houston on

17  the same day that said -- that

18  specifically stated, Should not perform

19  heavy lifting, should not perform

20  mechanical work, should be -- should

21  consider sedentary work.  And I have

22  copies of those, if you'd like.

23       MR. THARPE:  The company lost

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
458

Page 28

1    their right to deny employment by using

2    restrictions when they failed to get it

3    in the new collective bargaining

4    agreement in the job descriptions.

5    They couldn't negotiate it, so they

6    don't have it.

7         MS. FLOWERS:  Let me clear

8    this.  He's not fired?

9         MR. THARPE:  No.

10        MS. FLOWERS:  He's not

11   terminated?

12        MR. WHITNEY:  Correct.  You're

13   correct.

14        MS. FLOWERS:  Okay.  So what

15   we're waiting on is for him to comply.

16   And then if there's a job that meets

17   that, he can have a job?

18        MR. WHITNEY:  Yes, ma'am.

19        MS. FLOWERS:  And you're saying

20   the job descriptions don't have any --

21        MR. THARPE:  Not anymore.

22        MS. FLOWERS:  Doesn't have that

23   in there, which -- okay.  But it does

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
459

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 29

1    say he has to be able to perform those

2    duties?

3              MR. THARPE:  Yes.

4              MS. FLOWERS:  And I think under

5    his own testimony today -- you said you

6    were not able to do aircraft mechanic

7    work anymore, but you could do this

8    other job.  Is that the only job that

9    you want to apply for?

10              MR. HOUSTON:  Well, ma'am, it's

11    one of the jobs that I have experience

12    at as --

13              MS. FLOWERS:  Yeah.

14              MR. HOUSTON:  -- the Air Force,

15    because I worked with our flight

16    schedule extensively.

17              MS. FLOWERS:  Well, I'm not as

18    familiar with this contract as I am

19    with some of the others.  I am familiar

20    with the other local and their contract

21    and some others.  But does it not say

22    anywhere in the contract -- let me --

23    is there any policy or procedure or

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
460

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 30

1    anything in the contract that has some

2    language that specifically tells how

3    you deal -- more specifically of how

4    you deal with employees that cannot

5    perform those duties?

6             MR. WHITNEY:  Yes, ma'am.  Once

7    again, article -- the articles that I

8    have mentioned before.  And this falls

9    into the ADA, which is Article 1714.

10            MS. FLOWERS:  Right.  I saw

11   that.

12            MR. WHITNEY:  He falls into

13   Article 4.7, which is a person who is

14   not physically able to do their job may

15   displace a less senior person in a job

16   that they're qualified for and that

17   they apply for.  That's the key.  They

18   have to apply for the position under --

19            MS. FLOWERS:  Okay.

20            MR. HOUSTON:  -- 35.1.

21            MS. FLOWERS:  You've answered

22   my question.  What I'm saying is, most

23   of them have language that they come

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**
Sam Houston v. L3
Communications
461

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 31

1   back, they have these restrictions,

2   they give it to you and let you look at

3   where there's a vacancy you can place

4   them.  But what you're saying, you have

5   no obligation to place him unless he

6   requests to be considered for those

7   positions.  Am I correct?

8        MR. WHITNEY:  Yes.  According

9   to the contract.

10        MS. FLOWERS:  According to

11   y'all's contract.  Okay.  I'm following

12   you.

13        MR. THARPE:  Mr. Houston could

14   be accommodated as an aircraft mechanic

15   because on aircraft daily crews on the

16   TH67, OH58-Ds, and OH58-Cs, there's a

17   guy doing the daily inspection on the

18   tail boom, the engine, and the cockpit

19   that never has to climb and the

20   heaviest thing he picks up is a

21   screwdriver.  Now, they usually have

22   two people on the daily crew and one

23   guy gets the high and the other guy

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Sam Houston v. L3
Communications
462

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 32

1    stays on the ground.  And  Mr. Whitney

2    knows that.

3         MS. FLOWERS:  Are you -- you're

4    an attorney?

5         MR. THARPE:  Yes, ma'am.

6         MS. FLOWERS:  Do you work

7    for the local or do you --

8         MR. THARPE:  I work -- I worked

9    on these contracts thirty-six years

10    and --

11         MS. FLOWERS:  Yeah.  But do you

12    work for the local?  Are you here

13    representing the local or just here --

14         MR. THARPE:  No.  I represent

15    Mr. Houston.

16         MS. FLOWERS:  -- as an attorney

17    representing him?

18         MR. THARPE:  Yes.

19         MR. JONES:  Mr. Whitney?

20         MR. WHITNEY:  Yes, sir.

21         MR. JONES:  Is there a form, a

22    specific form, that the claimant would

23    fill out?

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
463

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 33

1          MR. WHITNEY: Yes, sir, 226.

2          MR. JONES: You didn't have

3    a -- you don't have a copy of that?

4    You didn't bring a copy?

5          MR. WHITNEY: I didn't.

6          MR. JONES: But there is a

7    specific form?

8          MR. WHITNEY: We have them

9    in bulk in our office.

10          MR. JONES: And under the labor

11    agreement, he would have to ask for one

12    of those forms?

13          MR. WHITNEY: Yes, sir.

14          MR. JONES: And he would fill

15    it out?

16          MR. WHITNEY: Yes, sir.

17          MR. JONES: Now, Mr. Tharpe,

18    did I hear you say that there were no

19    restrictions on the claimant?

20          MR. THARPE: There are no

21    restrictions --

22          MR. JONES: Did I hear you

23    say --

**MERRILL LEGAL SOLUTIONS**
Court Reporting * Legal Videography * Trial Services

Page 34

1    MR. THARPE:  -- under the --

2    MR. JONES:  Did I hear you

3  say --

4    MR. THARPE:  -- collective

5  bargaining agreement.

6    MR. JONES:  Did I hear you say

7  that there were no restrictions on the

8  claimant?

9    MR. THARPE:  No.  No.  The

10  doctor --

11    MR. JONES:  I thought I heard

12  you say that he could be an aircraft

13  mechanic, could work as an aircraft

14  mechanic?

15    MR. THARPE:  Under the

16  Americans with Disabilities Act, which

17  is in the collective bargaining

18  agreement, he could be accommodated and

19  he could do those aircraft mechanic

20  jobs where he doesn't have to climb.

21  There's -- they have I don't know how

22  many --

23    MR. JONES:  I worked for a

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
465

Page 35

1    company that did -- I ran for a long

2    time, so I'm familiar with what an

3    aircraft mechanic does.  I know what he

4    or she is supposed to do.

5              MR. THARPE:  This contract is a

6    little different.

7              MR. JONES:  Well, I used to --

8              MS. FLOWERS:  Under ADHR --

9              MR. JONES:  -- work -- excuse

10   me.

11             MS. FLOWERS:  -- accommodating

12   to meet -- the job it meets?

13             MR. THARPE:  I'm sorry?

14             MS. FLOWERS:  To come back --

15   you're saying that the ADR says --

16             MR. THARPE:  ADA.

17             MS. FLOWERS:  Yeah.  Your

18   argument is they ought to take his

19   current job and restructure it --

20             MR. THARPE:  No, ma'am.

21             MS. FLOWERS:  -- to accommodate

22   his disability rather than him doing

23   this?

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 36

1          MR. THARPE:  Give him

2     reasonable accommodations.

3          MS. FLOWERS:  Okay.

4          MR. THARPE:  As required under

5     the ADA.  Mr. Houston wants to work.

6     He doesn't want to be drawing

7     unemployment or be unemployed.

8          MR. JONES:  That's all I have,

9     Mr. Chairman.

10          MS. FLOWERS:  I'm through.

11          MR. BLEVINS:  Hearing is

12     concluded.  Thank you very much.

13

14

15

16

17

18

19

20

21

22

23                                    Sam Houston v. L3
                                      Communications
                                      467

1           *  *  *  *  *  *  *  *  *  *  *

2                 REPORTER'S  CERTIFICATE

3           *  *  *  *  *  *  *  *  *  *  *

4    STATE OF ALABAMA

5    COUNTY OF MONTGOMERY

6           I hereby certify that the above and

7    foregoing proceeding was taken down by me by

8    stenographic means, and that the content

9    herein was produced in transcript form by

10   computer aid under my supervision, and that

11   the foregoing represents, to the best of my

12   ability, a true and correct transcript of

13   the proceedings occurring on said date at

14   said time.

15          I further certify that I am neither

16   of counsel nor of kin to the parties to the

17   action; nor am I in anywise interested in

18   the result of said case.

19

20

21

22          *Bridgette Mitchell*
            Bridgette Mitchell
23          Reporter and Notary Public
            State of Alabama at Large

Sam Houston v. L3
Communications
468

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 1

---

**A**
ability 37:12
able 8:20 26:18,23
  27:1 29:1,6 30:14
absence 20:14
accommodate 6:21
  9:19 10:19 13:9
  35:21
accommodated
  31:14 34:18
accommodating
  35:11
accommodations
  6:14 13:18 36:2
accomodate 16:5
Act 34:16
action 20:23 37:18
actions 6:16
ADA 30:9 35:16
  36:5
ADHR 35:8
administer 3:14
Administrative 4:9
administratively
  5:10
ADR 35:15
affirmed 4:6,13
AFS 14:22
afternoon 2:14,17
agree 24:15
agreement 6:2,4
  8:17 14:21 18:20
  19:2 20:18 21:3
  23:1 26:12 28:4
  33:11 34:5,18
aid 37:10
Air 23:9,10 29:14
aircraft 7:1 10:7
  11:3,23 12:4
  17:15 19:8,22
  20:3 23:5,11
  26:22 27:1,14
  29:6 31:14,15
  34:12,13,19 35:3
Alabama 1:2,10 2:3
  37:4
allow 9:16
allowed 3:23 9:15
  10:12
allowing 4:14
alternate 6:20 7:5
  7:12 8:22 11:17
alternative 10:4
Americans 34:16

**Andrews** 1:9
answered 20:6
  30:21
anymore 28:21
  29:7
anywise 37:19
apparently 9:22
appeal 3:3
appealed 4:15
Appeals 2:3
applied 11:5
apply 6:20 7:11
  14:10 16:4 29:9
  30:17,18
applying 6:10
appointed 2:7
approved 26:17
argument 35:18
Army 4:3 5:2,23
  8:15 14:7 17:13
article 6:8 7:13,14
  14:5 16:18 22:14
  22:15,20 30:7,9
  30:13
articles 6:7 30:7
asked 9:12 11:6
  14:23 15:5
assistance 15:10
attempt 8:22 9:10
attempted 10:22
  21:19 25:10,13,15
attorney 23:4 32:4
  32:16
available 19:13
  20:12
availed 7:6

**B**
back 13:7,15 14:15
  14:19 21:9,14
  24:6 26:9 31:1
  35:14
bargaining 6:2,4
  8:17 14:21 18:10
  18:11 21:3 22:23
  26:12 28:3 34:5
  34:17
basic 8:3
basically 9:3
beepers 3:23
behalf 24:19
believe 19:7 24:17
  25:8
benefits 4:14

**best** 37:12
Blevins 2:1,15,18
  2:20 4:9 5:1,4,11
  5:14,17 8:2,11,19
  9:2,6,9,20 10:3,21
  11:4,11 12:15
  17:4 23:2,14 24:3
  24:9,14 25:3
  26:14 27:9 36:11
blue 24:8
board 2:2,7,12,23
  3:15 4:17
Bob 24:5
book 26:2,3
boom 31:18
Bridgette 2:19
  37:22
briefed 5:20 7:21
  7:23
bring 33:4
brings 14:9
Brown 15:17
brush 10:12
brushed 10:13
bulk 33:9
business 24:7

**C**
call 3:10
care 13:4
career 9:14,17
  23:23
case 3:12,17,19 4:3
  37:20
CBA 7:8 12:7
cell 3:22
CENTER 1:8
certain 13:15 19:3
CERTIFICATE
  37:2
certified 5:16
certify 37:6,16
Chairman 36:9
chance 3:18 4:21
change 22:20
changed 22:4,13,17
chapters 22:4
Charlotte 2:12
chief 23:22
circuit 3:4
circumstances 14:2
  20:11
citations 6:5
CIVIC 1:8

**claim** 2:22
claimant 3:5 17:18
  19:6,11,12 20:10
  20:22 32:22 33:19
  34:8
claims 2:9
clarification 21:8
classification 6:23
  7:11,16 12:10
classifications
  26:20
clear 28:7
clerical 10:16,22
  11:20 23:19 24:1
climb 26:23 31:19
  34:20
climbing 27:5
cockpit 31:18
collective 6:2,4 8:16
  26:11 28:3 34:4
  34:17
come 3:12 13:15
  14:10 21:14 30:23
  35:14
Comment 26:14
company 17:6
  20:23 25:10 26:3
  27:23 35:1
compliance 17:8,9
comply 21:2 28:15
computer 10:11
  37:10
concluded 36:12
consider 12:14
  27:21
consideration 24:19
considered 13:17
  31:6
content 37:9
continuing 24:11
contract 8:14,17
  12:20 14:14 22:2
  22:19 24:5,8,11
  24:13,20 25:21
  29:18,20,22 30:1
  31:9,11 35:5
contractor 17:14
contracts 32:9
copies 25:4 27:22
copy 6:3 27:8,9
  33:3,4
correct 9:6 10:21
  11:11 21:4 24:16
  27:10 28:12,13

**31:**7 37:13
counsel 4:17,19
  37:17
Counselor 24:3
counterproposal
  25:23
county 3:4 37:5
couple 8:3 21:7
court 2:10,18 3:4
  3:13 4:1
covered 18:19
crew 31:22
crews 31:15
current 6:22 7:10
  16:9 35:19
currently 23:18

**D**
daily 31:15,17,22
date 21:12,14,17,21
  21:21 22:19 37:14
day 8:6,9,10 9:14
  11:7 12:5 15:17
  21:9,13,18 27:17
deal 30:3,4
decent 2:6
decision 2:21,23 3:3
  3:7
deny 28:1
DEPARTMENT
  1:3
depending 7:17
description 26:1,3,6
descriptions 24:20
  25:11 26:13,16
  28:4,20
determination 4:14
different 9:10 22:19
  35:6
direct 4:18
directed 11:18
Disabilities 34:16
disability 5:22 6:10
  17:18,21,23 18:3
  18:6,7,8 35:22
disagree 3:2
discharged 5:5
displace 30:15
docket 2:2 3:8
doctor 9:22 11:18
  23:18 26:22 27:2
  34:10
doctor's 11:8 13:4
  25:1

---

Sam Houston v. L3
Communications
469

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 2

**documentation**
12:8
**doing** 31:17 35:22
**Don** 2:15
**Dothan** 1:8,10 2:3
**drawing** 17:18 36:6
**due** 9:17
**duly** 4:5
**duties** 26:19 27:13
29:2 30:5

_____ E _____
**Ed** 15:17
**either** 3:21
**eligible** 16:23
**employee** 12:18,21
14:7 18:18 20:10
20:16,17,21 22:12
24:11
**employees** 6:19,20
14:22 18:10,12
22:13 30:4
**employer** 4:11,15
5:12
**employer's** 3:11
**employment** 8:15
28:1
**engine** 31:18
**enter** 24:18 25:1
**Everybody** 24:14
**excuse** 11:2 35:9
**exhibits** 24:18
**experience** 23:4,16
23:20 29:11
**expired** 24:8
**extended** 22:2
**extensive** 7:2 27:12
**extensively** 29:16

_____ F _____
**facets** 23:11
**failed** 8:21 16:3
26:4 28:2
**falls** 6:1 7:12 24:12
30:8,12
**familiar** 29:18,19
35:2
**federal** 12:17
**feel** 3:16
**feels** 4:20
**felt** 12:10
**field** 9:14,17 10:23
**file** 3:3 7:17 9:21
12:12 15:6

**fill** 12:7 32:23 33:14
**filled** 12:8
**final** 11:14
**finished** 4:19
**fired** 28:8
**first** 4:5 5:12 8:13
14:18 24:4
**five** 14:8
**Fleet** 4:4 5:2,23
8:15 14:7 17:13
**flight** 23:22 29:15
**Florida** 10:10
**Flowers** 2:13,14 8:9
12:16,17,20,23
13:3,6,11,20 14:1
14:13,18 15:2,6,9
15:14,19,23 16:6
16:11,19 17:2
18:16 21:7,12,16
21:20,23 22:6,10
22:17,22 25:13,17
25:20 28:7,10,14
28:19,22 29:4,13
29:17 30:10,19,21
31:10 32:3,6,11
32:16 35:8,11,14
35:17,21 36:3,10
**follow** 4:16 13:21
14:20 15:3 16:7
**following** 31:11
**follows** 4:8 6:14
16:13,19
**Force** 23:9,10 29:14
**foregoing** 37:7,11
**form** 32:21,22 33:7
37:10
**formally** 11:4
**forms** 33:12
**forward** 3:13
**forwarded** 3:6
**four** 2:22 23:22
**fulfilled** 10:15
**full** 12:7 14:4
**further** 37:16

_____ G _____
**gained** 8:15
**gather** 9:3
**give** 3:17 4:21 31:2
36:1
**given** 5:6,9,17
**go** 2:9 3:8 9:13,16
10:22 12:1,15
18:6 21:1 23:3

24:6
**Good** 2:14,17
**govern** 6:7
**governor** 2:8
**grievance** 14:4 15:7
**ground** 32:1
**guess** 16:17
**guy** 31:17,23,23

_____ H _____
**half** 27:6
**halfway** 11:14
**hand** 3:20
**hanging** 16:13
**happened** 9:7
**happening** 7:21
**hear** 33:18,22 34:2
34:6
**heard** 19:5,6 34:11
**hearing** 4:10,10,12
4:12 36:11
**hearings** 2:3 4:2
**heaviest** 31:20
**heavy** 27:19
**held** 16:9
**high** 31:23
**hired** 8:14
**hour** 2:4 12:6
**hours** 27:7
**Houston** 4:3 5:1,3,6
5:22 6:3,18,23 7:6
7:21 9:8,11 10:1,6
11:2,6,13,15 12:4
14:6,16,23 15:4,8
15:12,15 18:16
19:19,20,23 20:4
20:8 23:2,8,21
24:12 26:9 27:16
29:10,14 30:20
31:13 32:15 36:5
**Houston's** 8:5
26:21
**HR** 8:1 9:13 11:16
11:21 15:16 17:7
17:9
**human** 15:16
**hurt** 12:21

_____ I _____
**implement** 26:7
**inactive** 20:15,17
20:21
**incident** 10:8
**including** 23:12

**INDUSTRIAL** 1:3
**information** 3:6
**initiate** 20:22
**injury** 13:1
**inspection** 31:17
**interested** 23:15
37:19
**introduce** 2:11
**involuntarily** 5:8
5:19

_____ J _____
**job** 5:2,15 8:21
10:16 12:21 24:20
25:11 26:1,3,12
26:16 28:4,16,17
28:20 29:8,8
30:14,15 35:12,19
**jobs** 10:10 29:11
34:20
**Joe** 2:20
**Jones** 2:15,17 8:7
17:4,5,9,12,17,20
18:2,5,11,14,22
19:1,5,10,16,18
19:21 20:2,6,9,17
21:6 32:19,21
33:2,6,10,14,17
33:22 34:2,6,11
34:23 35:7,9 36:8
**July** 1:11

_____ K _____
**key** 30:17
**kin** 37:17
**know** 16:15 34:21
35:3
**knows** 32:2

_____ L _____
**labor** 18:19 19:2
26:8 33:10
**language** 30:2,23
**late** 2:5
**leave** 20:14
**left** 2:12
**length** 14:8
**level** 2:9
**lifting** 27:4,19
**limitations** 9:18,19
9:23
**line** 23:6
**list** 3:9
**little** 35:6

**LLC** 4:4
**local** 29:20 32:7,12
32:13
**long** 3:19 24:6 35:1
**long-term** 17:18
18:7,8
**look** 11:20,22 25:7
25:8 26:1 31:2
**lost** 27:23
**lot** 23:23

_____ M _____
**mail** 3:1
**maintenance** 23:12
**management** 18:19
19:2 22:12 23:13
**manager** 8:1 11:16
11:21 15:15
**manner** 11:5
**March** 11:8 14:9
17:1 21:22,23
27:4
**material** 4:20
**ma'am** 12:19,22
13:2,5,10,19,23
16:10 21:11,15
22:9,16,21 28:18
29:10 30:6 32:5
35:20
**mean** 15:5
**means** 37:8
**mechanic** 7:1 11:19
12:5 23:5 26:22
27:14 29:6 31:14
34:13,14,19 35:3
**mechanical** 27:2,20
**meet** 10:17 13:17
35:12
**meets** 16:21 28:16
35:12
**member** 5:22
**members** 2:7,11
3:15 4:18
**mentioned** 30:8
**military** 23:22
**minute** 10:9,14
18:15
**minutes** 2:5
**missed** 4:21
**Mitchell** 2:19 37:22
**mode** 3:22
**Montgomery** 3:9
37:5
**months** 18:1

Sam Houston v. L3
Communications
470

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 3

morning 9:12

**N**

N 1:9
name 2:20 3:10,11
nature 23:20
necessarily 19:13
need 21:20
needed 10:8
needs 6:13
negotiate 25:10
    26:4 28:5
negotiated 14:20
negotiations 25:7
neither 37:17
never 31:19
new 8:16,17 22:18
    24:10,12,20,20
    26:1,16 28:3
Notary 37:23

**O**

oath 3:14
objection 24:21
obligation 10:15
    12:3 31:5
obtain 8:22
occurring 37:14
office 15:16 33:9
officer 4:10,13 17:8
    17:10
OH58-Cs 31:16
OH58-Ds 31:16
okay 5:4 9:20 15:11
    15:23 18:15 19:1
    22:1,6 24:3,9,14
    25:12,21 28:14,23
    30:19 31:11 36:3
old 9:14,17
Once 30:6
on-the-job 12:23
order 13:16
originally 5:7
ought 35:18
outlined 7:7 16:7
o'clock 2:2

**P**

P 4:3
page 25:8
paper 5:9
paperwork 5:7,18
    7:15
paragraph 11:15

Pardon 8:7
part 22:6,7
particular 22:14,20
parties 4:5 37:18
parts 27:2
Patient 27:3
people 31:22
perform 8:20 26:18
    27:13,18,19 29:1
    30:5
performance 24:1
performed 23:17
period 13:6
permanent 9:23
permitting 7:19
person 6:9 7:9 12:3
    26:23 27:13 30:13
    30:15
pertinent 3:16
phones 3:22
physical 9:17 25:9
    26:17
physically 26:18
    30:14
physicians 27:15
picks 31:20
piece 5:9
place 13:17 31:3,5
placement 13:22
please 3:12
Plus 10:10
pointed 18:16
policy 29:23
politely 9:12
position 6:11,21 7:5
    7:12,18 8:23 9:10
    10:5 11:17,19,21
    11:22 12:13 14:11
    16:4,9,16,17,21
    17:6 30:18
positions 7:20 31:7
pounds 17:23
practice 26:9
prepared 3:9
present 3:12 4:12
primary 8:21
prior 4:13 10:7
    23:16
procedure 4:16 6:5
    6:8 15:10 16:14
    29:23
procedures 5:21
    6:14 13:22 14:20
    15:4 16:7,20

proceeding 37:7
proceedings 37:14
process 7:7
produced 37:9
program 10:11
prolonged 27:7
provision 18:8
    20:19
provisions 22:5
Public 37:23
put 3:22 4:21 16:16

**Q**

qualified 7:18
    12:11 14:11 30:16
question 20:7 23:3
    30:22
questions 3:16 4:18
    8:3 21:8
quit 5:2

**R**

ran 35:1
reasonable 36:2
receipt 3:1
receive 2:23
reclassified 15:1
reclassify 9:15 11:9
    12:13
reclassifying 10:16
recognition 22:11
record 4:22
recording 3:23
referenced 6:12
referring 22:11
refused 9:18
RELATIONS 1:3
relevant 3:19 4:20
remain 3:13
reporter 2:19 3:14
    4:1 37:23
REPORTER'S
    37:2
reports 24:1
represent 32:14
representative 9:13
    18:17 24:7
represented 6:19
representing 32:13
    32:17
represents 37:12
request 12:9,12
    14:14
requested 3:2

requesting 7:16
    15:11
requests 31:6
required 10:17 36:4
requirement 10:18
    13:13
requirements 13:12
    25:9 26:17
resides 3:5
resource 15:16
responsibilities
    26:19
restrictions 6:11,22
    7:1 13:8 16:22
    23:17 25:12 26:2
    26:6,8,11 27:12
    28:2 31:1 33:19
    33:21 34:7
restructure 35:19
result 37:19
return 3:1 6:13 7:3
    12:3,4 21:19
    26:21 27:3
returned 11:7,16
    14:19
returns 6:9
return-to-work 7:4
    11:8 25:2
review 2:8
right 2:16 9:23 17:2
    18:15,22 19:16
    20:16 22:7 28:1
    30:10
rights 12:7 14:5
    19:3 22:23
Rotary 17:15
Rucker 17:14
rule 4:1
run 17:22

**S**

Samuel 4:3
saw 30:10
saying 5:7,9 13:13
    28:19 30:22 31:4
    35:15
says 20:11 35:15
schedule 29:16
scheduled 4:10
scheduler 10:7 11:3
    11:23 19:8,22
    20:3
screwdriver 31:21
seated 3:15

second 5:9
secure 9:10
sedentary 11:21
    27:21
see 13:12 19:11
seek 7:5 10:5 11:17
senior 30:15
seniority 7:19 14:8
September 8:6,8
    21:10
short-term 5:21 6:9
    17:20,23 18:2,6
silent 3:22
sir 5:3,16 9:1,5 10:1
    11:1 17:8,11,16
    17:19 18:4,21,23
    19:4,9,15,17,20
    19:23 21:5 23:8
    32:20 33:1,13,16
sitting 27:7
situations 13:14
six 17:23 24:18
slip 7:4 11:9 25:2
sorry 35:13
speak 4:6 5:11
specific 32:22 33:7
specifically 27:18
    30:2,3
speed 10:14
spent 23:9
standing 3:13 27:6
starting 2:4
state 1:2 7:23 15:19
    37:4
stated 7:8 9:22
    27:18
statement 7:22
    11:13 14:17 25:1
statements 9:21
    27:15
states 7:9,14 11:15
stays 20:21 32:1
stenographic 37:8
steps 13:15 15:3
Street 1:9
submit 7:15 16:18
submitted 7:3 27:16
suggested 7:4 11:16
    11:22
supervision 37:11
supervisor 23:13
Support 4:4 5:23
    8:16 14:7
supposed 35:4

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
471

**MERRILL LEGAL SOLUTIONS**
**Court Reporting * Legal Videography * Trial Services**

Page 4

sure 20:19 25:14
sworn 4:6
system 2:10

———————
**T**
tabbed 6:15
tail 31:18
take 13:16 35:18
taken 37:7
talking 22:22
tell 5:5
telling 13:21
tells 30:2
ten 2:4
terminated 5:8,10
  5:14,19 15:18,20
  15:22 16:1,12
  28:11
termination 14:4,6
terms 20:18 21:2
testified 4:8 5:18
testify 19:6
testimony 8:20 9:4
  10:4 29:5
Thank 4:23 36:12
Tharpe 4:23 24:4
  24:10,17,23 25:5
  25:16,19,22 27:23
  28:9,21 29:3
  31:13 32:5,8,14
  32:18 33:17,20
  34:1,4,9,15 35:5
  35:13,16,20 36:1
  36:4
thing 15:12 19:21
  20:2 31:20
things 19:14
think 20:20 29:4
thirty 10:9,14,17
thirty-six 32:9
thought 10:15
  34:11
TH67 31:16
time 2:6 7:2 12:2,6
  13:7 14:10 35:2
  37:15
times 23:22
today 2:19,22 3:8
  22:18 29:5
told 10:7,19 20:5
top 26:23
transcript 37:10,13
tried 26:4
true 19:15 37:13

truth 4:6,7,8
try 2:5
turn 3:21
twenty-four 23:10
two 27:14,15 31:22
type 10:8 23:15,19
typing 10:13,13
  12:1

———————
**U**
undergo 13:14
understand 9:21
  17:13
unemployed 36:7
unemployment 2:8
  36:7
unfair 26:8
unilaterally 26:7
union 6:19 15:7
  18:10,12 22:12
  24:7
unionized 6:1
union's 25:23
unit 18:17,18
use 3:10 26:5
usually 31:21

———————
**V**
vacancy 31:3
vacant 16:21
veteran 23:9

———————
**W**
Wait 18:15
waiting 28:15
want 3:18 16:17
  19:11 20:11 21:1
  25:14 29:9 36:6
wanted 10:6 11:3
  19:7,22 20:3
wants 19:12 36:5
wasn't 16:1
way 13:12
ways 24:6
Wednesday 1:11
weeks 2:22
Welcome 2:1
went 10:10
we'll 2:5 3:8,17
  4:16,21
we're 2:4 4:19
  28:15
we've 4:20
Whitney 5:13,16,20

8:5,8,10,13 9:1,5
11:1,12 12:19,22
13:2,5,10,19,23
14:3 15:21 16:3
16:10,15,23 17:7
17:11,16,19,22
18:4,9,13,21,23
19:4,9,15,17
20:15 21:4,11,15
21:18,22 22:3,9
22:15,21 24:5,16
24:22 26:15 27:11
28:12,18 30:6,12
31:8 32:1,19,20
33:1,5,8,13,16
Wing 17:15
words 10:9,14
word-per-minute
  10:18
work 6:13 7:10 8:4
  8:6 12:1 14:15,19
  16:8 21:19 23:7
  23:15 26:10,21
  27:1,3,20,21 29:7
  32:6,8,12 34:13
  35:9 36:5
worked 8:9,10
  21:10,13 23:6
  29:15 32:8 34:23
worker 23:12
workforce 6:1
working 16:2
writing 24:1
written 7:22 11:13
wrote 27:2

———————
**Y**
Yeah 29:13 32:11
  35:17
years 8:12 14:8
  23:10 32:9
y'all 22:1
y'all's 31:11

———————
**0**
04 8:6,8 21:10
05 21:22,23
07 20:21

———————
**1**
1 22:15
12/1/03 8:18
126 1:9
13 1:11

14 21:22,23 27:4
14th 11:7
1714 6:8,12 30:9

———————
**2**
2 8:6,8 21:10 25:8
2/25/02 8:14
2005 1:11 4:11 24:8
  27:4
2007 14:9 17:1
226 33:1
25 27:5

———————
**3**
35.1 7:13,14 16:18
  30:20

———————
**4**
4.7 6:15,17 30:13
4.7(B)(4) 6:18 7:9

———————
**5**
5 4:11

———————
**7**
7 14:5

———————
**9**
9 4:3

**1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Sam Houston v. L3
Communications
472