# ARMY FLEET SUPPORT

## RETURN TO WORK SLIP


PLAINTIFF'S EXHIBIT 10

CONFIDENTIAL

DATE: 6-28-04     TIME: 1:05 pm     Last Day Worked: 12-31-03

[X] Short-Term Disability     [X] FMLA     [ ] OTJ Injury (use only if no Medical Pass)     [ ] Other

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
| P—— D—— | 014311 | A/C Mech | Hanchey-1 |

[ ] Authorized to return to work with **NO RESTRICTIONS** on _____
[ ] Presently working and released from **RESTRICTED/LIGHT DUTY** on _____
[X] Authorized to return to work on 6-29-04 with the following **RESTRICTION/LIGHT DUTY**: No lift/push/pull >20#, No outstretched reach, No overhead work, No repetitive motion w/arms + neck.

[X] Able to Accommodate Medical Restriction(s)?   [X] Can   [ ] Cannot
- Per Field Representative (name/title): George Anderson, Field Mgr.
- Date 6-28-04
- Comments Work until 8-3-04, Surgery 8-5-04  Recrd # 04-0010

[ ] Prescribed Medications  N/A
- Non Narcotics: _____
- Narcotics: _____

**Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift**

Employee Initials: _____

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

Manager, Personnel Services   J. Addison 12948

Benefits / Worker's Comp Representative   ACA 020078 6-28-04

Original: Personnel File
Copies: Finance & Accounting
        Department Head
        Employee

Form 01-288
Rev. 1/30/04

Sam Houston v. L3 Communications
194

ield Notified
Date: _____     Method: [ ] Email   [ ] Fax   [ ] Phone
POC: _____

Encl 2/1