# ARMY FLEET SUPPORT

## RETURN TO WORK SLIP



PLAINTIFF'S
EXHIBIT
11

DATE: 02-22-05        TIME: _____    Last Day Worked: 08-10-04

☒ Short-Term Disability    ☐ FMLA    ☐ OTJ Injury (use only if no Medical Pass)    ☐ Other

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
| ~~Doxxxx, Rxxxx~~ | 014311 | A/C Mech | Hanley-1 |

☐ Authorized to return to work with **NO RESTRICTIONS** on _____

☐ Presently working and released from **RESTRICTED/LIGHT DUTY** on _____

☒ Authorized to return to work on _02-23-05_ with the following **RESTRICTION/LIGHT DUTY:** No lifting over 25 lbs - No climbing - No excessive bending

☐ Able to Accommodate Medical Restriction(s)?  ☒ Can  ☐ Cannot
   - Per Field Representative (name/title): _George Anderson_
   - Date _____
   - Comments _Rec # 05-0149_

☐ Prescribed Medications
   - **Non Narcotics:** _____
   - **Narcotics:** Morphine Sulfate

   ***Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift***
   **Employee Initials:** _RD_

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

**Manager, Personnel Services** _____  020314

**Benefits / Worker's Comp Representative** _____

Original:    Personnel File
Copies:      Finance & Accounting
             Department Head
             Employee

Form 01-288
Rev. 1/30/04

Sam Houston v. L3
Communications
199

**Field Notified**

Date: _____    Method: ☐ Email  ☐ Fax  ☐ Phone    Encl 4/3

POC: _____