PLAINTIFF'S EXHIBIT 12

```
                         FORT RUCKER DIVISION
                      PERSONNEL STATUS CHANGE REQUEST
                            03/15/05   10:07
NAME: HOUSTON      SAMUEL    P     EMPLOYEE NUMBER: 014332

EFFECTIVE DATE: 03/14/05 LOCATION: INACTIVE DEPT-DONNE HIREDATE: 02/25/02
          THRU:
DEPARTMENT: 40-INACTIVE EMPLOYEES-EXTENDED ILLNESS DIRECT
CLASSIFICATION: 01A-AIRCRAFT MECHANIC

RECLASSIFICATION:
          FROM   -
          TO     -
TRANSFER:
    FROM   -             VAC PREV APPROVED:    REST. DUTY:
    TO     -             PREV SHIFT START :
SHIFT CHANGE: FROM         TO
PROBATIONARY EMPLOYEE:     (REFERENCE CBA OVERTIME PROVISIONS)

OT PROJECT TRANSFER - HOURS TRANSFERRED:  0.0  FROM:    TO:

CURRENT HOME PHONE:(850) 682-6482

HOURS =  0.0

TERMINATION: S   LAST DAY WORKED:

REASON FOR CHANGE: 9 INVOLUNTARY TERMINATION


APPROVED:                      APPROVED: [signature]
         SUPERVISOR                      DEPARTMENT HEAD

************************ CLEARANCE RECORD ************************

THIS SECTION MUST BE COMPLETED PRIOR TO TERMINATION OR TRANSFER OF AN
EMPLOYEE FROM ONE DEPT. OR AREA TO ANOTHER.  TRANSFERRING EMPLOYEE MUST
PRESENT A COPY OF THIS FORM TO GAINING ACTIVITY

1. DEPARTMENT                       2. PERSONNEL:
   SUPPLY                              ID BADGE
   TOOL CRIB                           OPERATOR PERMITS
   INSPECTOR STAMP                     AUTHORIZATIONS
   KEYS/EQUIPMENT                      SECURITY/TAP
   PUBLICATIONS
   FLIGHT CLOTHING

3. CHARGES:

REMARKS

DATE: 3/15/05            EMPLOYEE SIGNATURE: [signature]

DISTRIBUTION:
   FILE
   EMPLOYEE
   GAINING ACTIVITY
   TERMINATION ONLY
```

Sam Houston v. L3 Communications 073