PLAINTIFF'S
EXHIBIT
13
PENGAD-Bayonne, J.

ARMY FLEET SUPPORT LLC
PERSONNEL ACTION
03/15/05 10:04

NAME: SAMUEL    P HOUSTON
BADGE NUMBER: 014332                SUPERVISOR: REDDICK       RD

SKILL:  01A  AIRCRAFT MECHANIC

DEPARTMENT: 40   INACTIVE  EMPLOYEES-EXTENDED ILLNESS DIRECT
LOCATION: 02  INACTIVE DEPT-DONNEL SHIFT: 2
PAYROLL DATE: 03/14/05   EFFECTIVE DATE: 03/14/05

REASON FOR ACTION: 9    ADMINISTRATIVE  TERMINATION EFF 03/14/05
                   LMB

TERMINATION CODE: S
BASE RATE: 19.26000  +  BONUS:  0.00  =  HRLY RATE: 19.26000 ANN SAL:
FED TAX CODE: 101 = M01            EXTRA FED TAX:     0.00
STATE TAX CODE: 102 = M02          EXTRA STATE TAX:    0.00
COMPANY HIRE DATE: 12/01/03        SENIORITY DATE: 02/25/02
ACCUMULATED HRS TO AUTO INC:  1120.0   ABSENT HOURS: 977.5
AUTOMATIC INCREASE DATE:           RECLASSIFICATION DATE: 02/25/02
RESERVE/GUARD:                     UNIT CODE:
MILITARY RANK: E
VETERAN: H                         MILITARY ERA:      VETERAN OTHER:
GOVERNMENT SERVICE:                TEMPORARY EMPLOYEE:
BIRTHDATE: 02/28/55
SEX: A1
BLOOD TYPE: O+
HANDICAPPED:
MARITAL STATUS: M
LEADER:
AIRFRAME:                          EFFECTIVE DATE:
POWERPLANT:                        EFFECTIVE DATE:
FLIGHT MECH:
CREW CHIEF:
FCC LIC:
CREW MEMBER:
TAXI RUNUP:
AACFC UNION AMT:   0.00            ACCT NO:
MISCELLANEOUS DED AMT:     0.00    PLEDGE AMT:      0.00
IAMAW CREDIT UNION AMT:   0.00     ACCT NO:
BENEVOLENCE AMT:   0.50            ELIGIBILITY   DATE:
IAMAW MEMBER: A                    PENSION ELIGIBILITY   DATE:
LTD INS:    LTDI  AFTER TAX IND:   ELIGIBILITY   DATE:
EMPLOYEE STOCK PURCHASE PLAN DED AMT:     .00
RETIREMENT FUND-MUTUA FUND PERCENT:  0 %
RETIREMENT FUND-AFS LLC STK PERCENT:  0 %
OPT DEP INS: A      VISION PLN: 2      DEP HEALTH INS:
BASIC DEP INS:                      DEP DENTAL INS: 9
BOND DED AMT 1:    0.00  2:    0.00  3:    0.00  4:    0.00  5:    0.00
UNITED WAY DED AMT:    0.00     PLEDGE AMT:    0.00
MGT CLUB:
BAS EMP LIFE:     OPT LIFE INS:  A  OPT AD/D INS:
MNPL DEDUCT AMT:  0.00        DPAC DEDUCT AMT:  0.00
PERSONAL ACCIDENT INSURANCE STATUS: G  BENEFIT AMT: 300,000.00
DEP CARE FLX: 0       HTH CARE FLX: 0       CREDIT HC:  0%  DC:  0%
HOME PHONE: (850) 682-6482   WORK PHONE: (000) 000-0000
              HOME ADDRESS                       CHECK ADDRESS

4765 CORONADO CIRCLE                  4765 CORONADO CIRCLE
CRESTVIEW           FL 325395718      CRESTVIEW          FL 325395718
APPROVED: _____ED BROWN    _____DARLENE SANDERS
                    COMPANY CONFIDENTIAL
                  ARMY FLEET SUPPORT LLC 01-212