PLAINTIFF'S EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON )<br>    Plaintiff )<br> )<br>v. )<br> )<br>ARMY FLEET SERVICES, L.L.C., )<br>    Defendant ) | CASE NUMBER 1:06-cv-243-MEF<br><br>(JURY DEMAND) |

### AFFIDAVIT OF BRIGITTE HOUSTON

Before me, the undersigned authority, a Notary Public in and for the State of Florida and the County of Walton, personally appeared Brigitte Houston who is known to me and who being first duly sworn, deposes and says as follows:

1) My name is Brigitte Houston. I am the wife of the plaintiff in this action; of more than nineteen years of age; a resident of Florida; and make this statement from my personal knowledge. I understand that my statement may be used as evidence in this lawsuit.

2) I accompanied my husband, Sam Houston, to the offices of Army Fleet Services on March 15, 2005 to assist him in processing the paperwork for his termination of employment.

3) On this date, I specifically recall that he asked to be allowed to reclassify as an aircraft scheduler. He was refused. He also asked to be reinstated in his old job as an aircraft mechanic for long enough to submit a request to be reclassified as an aircraft scheduler. This was also refused.

4) My husband had previously discussed with me that he

might be allowed to transfer to another job at Fort Rucker, but that he had to work on his typing skills. He went to the Jobs Plus center to improve his typing to thirty words a minute.

FURTHER SAITH AFFIANT NOT.

_____
Brigitte Houston

SWORN to and SUBSCRIBED before me on this the 1st day of May, 2007.

_____
NOTARY PUBLIC
My commission expires Aug 21, 2010

NAN A. FRENCH
Notary Public - State of Florida
My Commission Expires Aug 21, 2010
Commission # DD 582782
Bonded By National Notary Assn.