**RECORD OF INITIAL CONTACT**
**EQUAL EMPLOYMENT OPPORTUNITY - EGLIN AFB, FL**

PRIVACY ACT STATEMENT: Authority: Title VII, United States Code, Privacy Act of 1974, (5USC 552a), Full Privacy Act

COMPLAINANT: Samuel P. Houston    SSAN: 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
ORGANIZATION: Former Army Fleet Support    WORK PHONE: Home (850) 682-6482
POSITION TITLE, SERIES/GRADE: Aircraft Mechanic    E-MAIL: Jollyhouse@cox.net
Defense Contract employee with Army Fleet support at Fort Rucker, AL

**CONTACT**
METHOD: ☐Telephone ☒Office Visit ☐Other

REASON: ☒ For INFORMATION ONLY
☐ Establish INITIAL contact within 45 days of event
☐ File an INDIVIDUAL PRE-COMPLAINT
☐ File a CLASS COMPLAINT

**BASIS(ES)**
☒RACE: White    ☒RELIGION: Catholic    ☒SEX: Male    ☒AGE (DOB): 02/21/55 (50)
☐COLOR:    ☐NATIONAL ORIGIN:
☐MENTAL DISABILITY:    ☒PHYSICAL DISABILITY: Lower Back Injury Restrictions
☐REPRISAL (State Prior to EEO Activity):

**ISSUE(S)**
☐Appointment    ☒Termination    ☐Awards    ☐Time/Attendance
☐Non-Selection    ☐Terms of Employment    ☐Duty Hours    ☐Reassignment
☐Reinstatement    ☐Appraisal    ☐Reprimand    ☐Harassment
☐Sexual Harassment    ☐Suspension    ☐Demotion
☐OTHER:

**INCIDENT(S)**
DATE OF INCIDENT(S): March 14, 2005
DETAILS: Army Fleet Support was unable to accommodate my medical restrictions that are permanent and I was terminated from Army Fleet Support as an aircraft mechanic at Aztec Field

REMEDY: Reinstate my aircraft mechanic or reclassified into another Job with Army Fleet Support

TODAY, (Date) 03/17/05    THE EEO COUNSELOR EXPLAINED THE EEO COMPLAINT PROCESS, AND THE BENEFITS OF ALTERNATE DISPUTE RESOLUTION (ADR).

COMPLAINANT'S SIGNATURE: [signature]
LENGTH OF MEETING: FROM: 1600 TO: 1700    # OF HOURS: 1
EEO COUNSELOR'S SIGNATURE: [signature]

I advised Mr. Houston to seek guidance from the Lead EEO Specialist, EEO office at Fort Rucker, Alabama.

AAC/CCD FORM REVISED DEC 01

---

PLAINTIFF'S EXHIBIT 15

CERTIFIED AND TRUE COPY OF ALA. DEPT OF INDUSTRIAL RELATIONS RECORDS.

AUG 2 8 2006

[signature]
Neil Smart, Jr.
CUSTODIAN OF RECORDS

Sam Houston v. L3 Communications
869