

PLAINTIFF'S EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON **Plaintiff** | ) ) ) |
| v. | ) CASE NUMBER 1:06-cv-243-MEF ) |
| ARMY FLEET SERVICES, L.L.C., **Defendant** | ) (JURY DEMAND) ) |

### AFFIDAVIT OF SAMUEL HOUSTON

Before me, the undersigned authority, a Notary Public in and for the State of Florida and the County of Walton, personally appeared Samuel Houston who is known to me and who being first duly sworn, deposes and says as follows:

1) My name is Samuel Houston. I am the plaintiff in this action; of more than nineteen years of age; a resident of Florida; and make this statement from my personal knowledge. I understand that my statement may be used as evidence in my lawsuit.

2) I have read the affidavit of Mr. Edward Brown submitted by the lawyers for Army Fleet Support and I dispute its truthfulness in two areas.

3) I visited the offices of AFS on April 7, 2005 and gave Mr. Brown a letter I had written to request a copy under the Freedom of Information Act of all personnel and personal information maintained about me by AFS. I was sent to the AFS office by the Fort Rucker Judge Advocate's office because my request was for information from a federal contractor instead of from a federal agency. Mr. Brown refused my

1

request, saying that all the information AFS had was proprietary information and that I could not receive it under the FOIA. Any claim by Mr. Brown that he was not aware that I was complaining about my termination when AFS told the Alabama Department of Industrial Relations that I had quit my job and then that I was still an employee is not true.

4) I also asked Mr. Brown to sign the paperwork from the Bank of America to obtain the unemployment insurance on my home mortgage. He told me that I was not authorized to receive unemployment insurance because I had quit work. Mr. Brown's statement that he learned that a "mistake" had been made in telling the Department of Industrial Relations that I had "quit" my job only after they approved my application on April 8, 2005 is simply not true. He told me on April 7, 2005, that I could not get unemployment because I had quit.

FURTHER SAITH AFFIANT NOT.

_____
Samuel Houston

SWORN to and SUBSCRIBED before me on this the 1st day of May, 2007.



_____
NOTARY PUBLIC
My commission expires 10-25-2010

2 |