

PLAINTIFF'S EXHIBIT 17

MEMORANDUM FOR: To Whom It May Concern            April 4th, 2005

C/C: see attached

FROM: Samuel P. Houston, MSgt, USAF, Retired

SUBJECT: Formal Complaint for Wrongful Job Termination due to
Permanent Physical Disability

I am a Veteran of the United States Air Force, honorably discharged after 24 faithful years of service with a current Veterans Administration Disability Rating of 70%.

On August 11th, 2004, I injured my lower back. I was put on short-term disability on September 7th 2004 by Army Fleet Support LLC a defense contractor at Fort Rucker, Alabama. Timothy J. Kosmatka M.D, Major, MC, Flight Commander of Family Health at Eglin AFB, Florida, saw me for a possible ruptured disc. I was referred to Dr. Thomas Manski, neurosurgeon at Fort Walton Beach Medical Center, Florida. After reviewing my MRI, surgery was elected. I had surgery on November 10th, 2004. I was convalescing until March 10th, 2005.

I returned to the Human Resources Office to inprocess back to my work at ATTC at Fort Rucker, Alabama. At that time, I was informed that Dr. Manski's note did not have a "return to work" date and could not inprocess. I was also told that my short-term disability would end on March 14th 2005, and if I did not returned to work by that date I would be automatically terminated. During that discussion with my Human Resource officer, I was told that I could be reclassified into another job, like an aircraft maintenance scheduler, but I had to be able to type at least 30 wpm. It was suggested to go and practice my typing skills and return on March 14th. On March 14th 2005, I returned to the Human Resource Office with a dated note from Dr Manski. My representative made a phone call to Mr. Don Donley, my Airfield Manager at ATTC, and read the doctor's restrictions. Mr. Donley did not give her the time to read the entire note and let her know that he could not accommodate my disabilities. I was then notified that I was not able to return to my old job as an aircraft mechanic; neither could I reclassify into any positions. At that time, I was simply told that I was administratively terminated.

I believe that I was wrongfully terminated because of my disabilities.

I want to bring this matter to your attention in hope of preventing this type of discrimination from happening to any other disabled person who is willing to work.

Sincerely,

*[signature]*

Samuel P. Houston

Sam Houston v. L3
Communications
014

Organizations that will received a formal written discrimination complaint

**Military Organizations**

Secretary of the Army Inspector General

Chief of Staff United States Army

**Military Organizations Fort Rucker Alabama**

Post Contracting Office

Post Inspector General

Post EEOC Office

Post JAG Office

**All Military Veteran Organizations all 38 groups**

**News Media**

Fox News

Mr. Bill O'Reilly "The O'Reilly Factor"

Mr. Sean Hannity "Hannity and Colmes"

ABC 20/20

NBC Dateline

CBS 48 Hours

**Civilian Organizations**

AARP

NAACP