

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

AUG 2 8 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS