**PLAINTIFF'S EXHIBIT 20**

## Fact Finding

**Claimant Name:** HOUSTON/SAMUEL PETER    **Claimant SSN:** 262279543    **Claim Date:** 03/13/05

Tabs: Statements | Discharge-Emp | Discharge-Clmt | Quit | Absent/Tardy | Summary | Attempts

### Statements

**BEN241 Status:** ○ Timely Received  ○ Timely Mailed, Late Received  ○ Mailed Late  ○ Not Received

Left message on _____ return call no later than _____ or decision will be made based on available information.

### Claimant's Statement

Separation resulted from: ○ Voluntary Quit  ○ Discharge  ○ No Work Available  ○ Other

032805 6003 THF MAILED CLMT BEN 6 DUE 040105
040405 6003 THF I HAD BEEN OUT ON DISABILITY FOR A NON WORK RELATED INJURY SINCE 09/07/04. IT RAN OUT ON 03/14/05. THE CO. COULD NOT ACCOMMODATE MY RESTRICTIONS. I DID ASK BOB WHITNEY IF I COULD BE RECLASSIFIED. THEY SAID NO, BUT I CAN DO CLERICAL WORK. I HAVE EXPERIENCE IN IT. ONE OF THE REQUIREMENTS WAS TO TYPE 30 WPM & I DID THAT. IF I WAS SITTING, I WOULD JUST STAND UP AFTER AN HOUR & A HALF, & VICE VERSA. I WAS AN AIRCRAFT MECHANIC.

### Employee's Statement

032405 6003 THF LEFT MSG W/ LIZ LIGIEZA FOR SEP INFO DUE 032805 BY 1:30
033105 6003 THF CLAIMANT HAD BEEN OUT ON DISABILITY FOR A NON WORK RELATED INJURY FOR 6 MO. HIS DISABILITY RAN OUT ON 03/14/05. WE GOT A NOTE FROM HIS DR. W/HIS RESTRICTIONS, BUT WE COULD NOT ACCOMMODATE THOSE RESTRICTIONS. HE DID ASK BOB WHITNEY/SUPERVISOR IF HE COULD RECLASSIFY INTO ANOTHER POSITION, EVEN CLERICAL, BUT HIS RESTRICTIONS SAID HE COULD NOT SIT FOR OVER AN HOUR. WE HAD NO OTHER POSITION AVAILABLE FOR HIM. HE WAS AN AIRCRAFT MECHANIC.

**Person Interviewed:** BONNIE WOFFORD    **Phone Number:** _____
**Interviewer:** TROY FISHER    **Title:** PERSONNEL SPECIALIST    **Date:** 03/31/2005

[Print] [Save] [Cancel]

CERTIFIED AND TRUE COPY OF ALA. DEPT OF INDUSTRIAL RELATIONS RECORDS.

AUG 2 8 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS