# STATE OF ALABAMA
## DEPARTMENT OF INDUSTRIAL RELATIONS
## UNEMPLOYMENT COMPENSATION AGENCY

**PLAINTIFF'S EXHIBIT 21**

**Contact Hours: Monday through Friday 8:00am-4:30pm**

**SAMUEL HOUSTON**
**765 CORONADO CIRCLE**
**CRESTVIEW, FL 32539**

SSAN: XXX-XX-9543
CLAIM DATE: 03/13/05
MAILING DATE: 03/28/05
CALL CENTER: 6003

**TO THE CLAIMANT:** This notice is a request for you to provide additional information concerning your claim for unemployment compensation benefits. Read the checked section(s) and the important instructions below.

☒ Section A: This agency has received information from ARMY FLEET SUPPORT LLC concerning your most recent separation from work due to VOLUNTARY QUIT DUE TO HEALTH CONDITIONS.

☐ Section B: Your former employer, ,
has indicated you have or will receive ☐ Wages, or ☐ Vacation or Holiday pay in the amount of $ for the period covering to .

☒ Section C: Additional information is needed regarding YOUR ABILITY/AVAILABILITY TO WORK.

**IMPORTANT INSTRUCTIONS:** You have the right to provide information you wish to have considered with regard to the above subject before a determination is made as to whether or not you are qualified for benefits. You may provide information by telephoning this number: **251-665-3430**. You must call this office during our normal business hours as soon as possible, but no later than 4 business days from the mail date above. If you do not respond by telephone by **04/01/05**, a determination will be made based upon available information. This determination could result in a disqualification, holding you ineligible for benefits and require repayment of any benefits that have been issued to you for the period covered by the disqualification. **(NOTE: If the representative is not available when you call, please leave a voice mail message including a number where you can be reached, and your call will be returned before a determination is made.)**

**TROY FISHER**
U C Representative

CERTIFIED AND TRUE COPY OF ALA. DEPT OF INDUSTRIAL RELATIONS RECORDS.

AUG 28 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS

BEN-6-CC
ELECTRONIC
(07/04) SDL

Sam Houston v. L3
Communications
871