NA-7

**STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
HEARINGS AND APPEALS DIVISION
MONTGOMERY, ALABAMA  36130**


PLAINTIFF'S EXHIBIT 22

## DECISION ON UNEMPLOYMENT COMPENSATION CLAIM

| CLAIMANT | EMPLOYER |
|---|---|
| SAMUEL P HOUSTON<br>765 CORONADO CIRCLE<br>CRESTVIEW FL 32539 | ARMY FLEET SUPPORT LLC<br>PO BOX 620309<br>FORT RUCKER AL 36362-0309 |

APPELLANT : EMPLOYER  
LOCATION : MONTGOMERY (TELEPHONE)  
OC NO. : MS-12  

DATE MAILED : 05/12/05  
CASE NO. : MS-04747-AT-05  
S. S. NO. : 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  
HEARING DATE : 05/05/05  

**APPEARANCES AT THE HEARING:** Claimant (No testimony taken)

**ISSUE(S):** Voluntarily leaving most recent bona fide work without good cause connected with such work. Section 25-4-78(2) Code of Alabama 1975

Whether the claimant is able to work. Section 25-4-77(a)(3) Code of Alabama 1975

**FINDINGS:** The nonappearance of the appellant and the absence of additional evidence requires the Administrative Hearing Officer to make a decision based upon the evidence contained in the file which consists of prior statements not under oath.

**CONCLUSIONS:** Having examined and considered the evidence available and the applicable provisions of the Unemployment Compensation Law pertaining to the issue under consideration, the Administrative Hearing Officer finds no basis for any change in the Examiner's determination.

**DECISION:** The Examiner's determination is affirmed. The claimant is eligible for benefits without disqualification. The employer's experience rating account is chargeable for this period of employment.

The Examiner's determination is affirmed. No disqualification is imposed under the provisions of Section 25-4-77(a)(3) of the Law.

**APPEAL RIGHTS:** This decision becomes final unless an application for leave to appeal to the Board of Appeals is received in writing at the Department address above or by fax at 334-242-2084 on or before the **FINAL DATE OF May 27, 2005.**

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

H. P. Rowland
Administrative Hearing Officer

HPR/ars      AUG 2 8 2006

Neil Smart Jr.
CUSTODIAN OF RECORDS

Sam Houston v. /L3
Communications
1726