May 23 05 05:20p    AFS HR    5980476    p.2

PLAINTIFF'S EXHIBIT 23

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ►  /

To: Al Unemployment Agency    From: AFS
Dept./Agency    Phone #: 334/598-0418
Fax #:    Fax #: 334-598-5911

NSN 7540-01-317-7368    5099-101    GENERAL SERVICES ADMINISTRATION

# ARMY FLEET SUPPORT

P. O. Box 620309
Fort Rucker, AL 36362

Alabama Department of Industrial Relations    23 May 2005
Via Fax: 334-242-2084

SS# 262-27-954.

Re:  Decision on Unemployment Compensation Claim
     Employer No.: 0029775280
     Claimant: Samuel Peter Houston

To Whom It May Concern:

Respectfully request a right to appeal the Decision on Unemployment Compensation Claim on the above-mentioned Claimant. Mr. Samuel Houston is currently inactive due to a medical condition, based upon his physician's advice, and has reinstatement rights until March 14, 2007. Your consideration regarding this request is greatly appreciated.

Sincerely,

Ed Brown
Human Resources Manager
334-598-0418

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

AUG 28 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS

2005 MAY 21 D 3:33
PP3:--

Sam Houston v. L3
Communications
927