**PLAINTIFF'S EXHIBIT 24**

**Bill Grosvenor**

**From:** Whelan, Darlene [wheland@frmaint.com]
**Sent:** Monday, May 23, 2005 1:05 PM
**To:** Bill Grosvenor
**Subject:** Fw: Sam Houston

Fyi--see Ed's note below. just got out of one session of my conference. You'll have to email me if you need me.
-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Ed <browne@frmaint.com>
To: Whelan, Darlene <wheland@frmaint.com>
Sent: Mon May 23 12:50:27 2005
Subject: Sam Houston

Darlene, Penny told me you were looking for Sam Houston's file. Eventhough you reviewed his file, I have his Unemployment Compensation Claim paperwork on my desk. I also received a call from the VA on Thursday giving us a heads up that he has filed claim with the VA for unfair termination practices. He's the individual who has been admin termed for medical accomidations. Ed

Ed Brown
Manager, Human Resources

Sam Houston v. L3
Communications
2710