


**L-3 Communications Corporation**
600 Third Avenue
New York, NY 10016
212-805-5667  Fax: 212-490-0731

**Kenneth W. Manne**
Vice President - Human Resources

May 27, 2005

Samuel P. Houston
4765 Coronado Circle
Crestview, FL 32539

Dear Mr. Houston:

You letter of April 4, 2005 regarding a complaint for wrongful job termination was forwarded to me. After investigating the facts, I have found that your employment has not been terminated, but you have been placed on an administrative leave of absence for two years. In accordance with the CBA (Collective Bargaining Agreement) this is called an "administrative term". This means that you retain certain rights under the CBA and can return to work anytime during the two-year period you are physically able to do so. Apparently, Army Fleet Support has been willing (and remains so) to work with you to attempt to find a suitable classification into which you can be moved, based on seniority, that will accommodate your permanent mobility restrictions. These permanent restrictions prevent you from returning to your original classification as an aircraft mechanic.

As mentioned above, Army Fleet Support is more than willing to work with you to try to find a suitable classification that will also accommodate your restrictions. Further, if you do not think you have been treated fairly or in accordance with the CBA you are free to file a grievance, as per the terms of the CBA. I am turning your case over to Army Fleet Support for further handling.

I wish you much success in your future endeavors.

Sincerely,

Kenneth W. Manne

cc. Frank Lanza
    Darlene Whelan
    Bill Grosvenor