

**ARMY FLEET SUPPORT**

P.O. Box 620309 Fort Rucker, AL 36362-0309

PLAINTIFF'S EXHIBIT 30

B.C. Gibbard
Service Center Manager
Veteran's Administration Regional Office
PO Box 1437
St. Petersburg, FL. 33731-1437

September 6, 2005

Dear Service Center Manager

Mr. Samuel Houston has requested a clarification of his current employment status with Army Fleet Support (AFS) for your office. As a current employee, Mr. Houston is eligible for employment reinstatement under Article 4.6(d) of our Collective Bargaining Agreement until March 14, 2007. Until that time Mr. Houston's employment status remains as inactive on extended leave of absence and is eligible for employee benefits at full cost. Based on Mr. Houston's medical condition as reported to us by his treating physician, <u>Mr. Houston is unable to perform the primary functions required of an aircraft mechanic, and due to specific sections of the Collective Bargaining Agreement, must be able to do so in which to vie for an alternate position.</u>

We fully intend to respect the limitations placed on Mr. Houston by his treating physician, which are intended to protect his health, however we are also bound to comply with the specific language in our Collective Bargaining Agreement, which only allows active employees to be able to compete for alternate positions.

Please feel free to contact my office should you require any additional information concerning Mr. Houston's employment status.

Respectfully,

*Darlene Whelan*
Darlene Whelan
Director, Human Resources
Army Fleet Support
334-503-2757

Sam Houston v. L3
Communications
249