PLAINTIFF'S
EXHIBIT
31

UNITED STATES DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS
on behalf of the
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

NOTICE OF RIGHT TO SUE
UNDER TITLE I OF THE AMERICANS WITH DISABILITIES ACT (ADA)
(Dismissal)

| TO: [Complainant's Name and Address] | FROM: [OFCCP Office Name and Address] |
|---|---|
| Samuel P. Houston 4765 Coronado Circle Crestview, Florida 32539 | USDOL/ESA/OFCCP Birmingham District Office 950 22nd Avenue N  Suite 660 Birmingham, Alabama 35203 |
| [_] On behalf of a person whose identity is confidential [29 C.F.R. 1601.7(a)] | OFCCP Representative: Linda J. Henderson |
| Complaint/Charge Number I00124113 | Telephone Number (601) 965-4668 |

(See the additional information on the reverse side of this form.)

TO THE COMPLAINANT/CHARGING PARTY: This is your NOTICE OF RIGHT TO SUE under Title I of the ADA. It is issued because OFCCP has dismissed your complaint/charge for the following reason.

[x] The Agency's investigation found insufficient evidence that the nondiscrimination provisions of the ADA had been violated.

[_] OFCCP has determined that you are not a "qualified individual with a disability" within the meaning of Title I of the ADA.

The issuance of this NOTICE OF RIGHT-TO-SUE concludes OFCCP's processing of your complaint/charge. If you wish to pursue your complaint/charge further, you have the right to sue the employer named in your complaint/charge in United States District Court. IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN NINETY (90) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE; OTHERWISE, YOUR RIGHT TO SUE IS LOST.

An information copy of this Notice has been sent to the following employer named in your complaint charge:

[Employer's Name and Address]
Army Fleet Support LLC
P.O. Box 620309
Fort Rucker, Alabama 36362-0309

FOR THE U. S. DEPARTMENT OF LABOR:

[x] Copy of complaint/ charge enclosed

_____    12/22/05
District Director          Date