PLAINTIFF'S EXHIBIT 33

**Samuel P. Houston**
**4765 Coronado Circle**
**Crestview, FL, 32539**
**Tel: (850) 682-6482**
**E-mail:** Jollymon@cox.net

CERTIFIED AND TRUE COPY OF ALA. DEPT OF INDUSTRIAL RELATIONS RECORDS.

AUG 28 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS

MEMORANDUM FOR: Director Phyllis Kennedy

June 3, 2005

FROM: Samuel P. Houston

SUBJECT: Formal Complaint for Wrongful Job Termination due to Permanent Physical Disability

I would like your office to investigate why Army Fleet Support at Fort Rucker AL has failed to support the Americans with Disabilities Act.

I feel that I have been discriminated against as a special disable veteran by Army Fleet Support LLC. The Americans with Disabilities Act says that an employer has to make reasonable accommodations to an employee with a disability. I have a permanent disability, the Human Resource office at Army Fleet Support made it very clear to me, that the company would not allow me to go back into my old job as an aircraft mechanic for just one day. I consider this situation the turning point where Army Fleet Support Human Resource representative became totally unreasonable. At that point in our conversation, I told Mr. Whitney at I was a disable veteran and was rated by the VA at 70%. Mr. Whitney replied that he too was a disable veteran and was rated at 80%. Mr. Whitney just didn't understand the significance of what I was saying to him about me being rated by the VA at 70%. Then I asked if I could be allowed to go back into my old job of just one-day. So I would be able to reclassify into a sedentary job like an aircraft scheduler. My Human Resource representative refused my request. Army Fleet Support H.R. Office has a history of accommodating other employees but not me, that is discrimination.

Because of the permanent physical restriction place upon me by my neurosurgeon, The Human Resource personnel said that I was not allowed back into my old job due to my permanent physical restrictions. My Human Resource representative told me since I could not go back into my old job because of my disabilities prohibited me to function as an aircraft mechanic, which meant I could not reclassify into an aircraft scheduler job. I feel that Army Fleet Support did not want to reasonably accommodate my newly acquired disability from a recent back surgery in November 2004. I feel that Army Fleet Support made no effort in being reasonable with me. I understand that the word reasonable has many shades of gray. But in this case it is clear that Army Fleet Support is in the wrong and is in violation of various Federal Acts to include Americans with Disabilities Act, Family Medical Leave Act and Civil Rights Act of 1964.

The bottom line is I've lost my job due to having back surgery and working for Army Fleet Support and their unreasonable attitude toward my disability. As for the IAM Union my Union Rep Mr. Tony Blevins told me that I was outside of the CBA (Collective Bargaining Agreement). Which means no help from the Union, maybe you can help me

Sincerely,
Sam Houston

Sam Houston v. L3 Communications
893