**PLAINTIFF'S EXHIBIT 34**

## RETURN TO WORK SLIP

DATE: 1-21-04        TIME: _____        FROM: Human Resources

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION |
|---|---|---|---|
| Houston, Sam | 4332 | A/C Mech | ATTC |

☐ Authorized to return to work with **NO RESTRICTIONS** on _____

☐ Presently working and released from **RESTRICTED/LIGHT DUTY** on _____

☑ Authorized to return to work on __1/12/04__ with the following **RESTRICTION/LIGHT DUTY**: No repetive use of hands/upper extremetis No lifting > 20 lbs — OK per Ray Reddick

☐ Company Cannot Accommodate Medical Restriction(s). Date _____

☐ Comments _____

☐ Prescribed Medications — None —

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty should be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

Original: Personnel File
Copies:  Finance & Accounting
         Department Head
         Employee

Employee cleared Personnel 1/21/04

Form 01-288
Rev. 09-02-97

Sam Houston v. L3 Communications 2541