# TERMINATION CHECKLIST

AME: Samuel Houston    BADGE: 014332    EFF DATE: 03/14/05    CODE: S

### COMPLETE

212-PRISM (PACU) Input payroll and effective dates, term code & verify forwarding address (Payroll date is Monday on/or before eff date) Give/Mail employee copy.
229 – Complete & send original to F&A
Verify forwarding address.
PRISM (PDED) Cancel all deductions except credit union.
PRISM (PABQ & PAPQ) Print absentee records for past two years & file in 201 file.
Log on Termination Report
Email ITS Help Desk
Email Medical Services regarding Medical Term Exam
Label – Type Terminated, Effective Date and Reason for termination on label.
I9 (Eligibility Verification) File in terminated I9s.
M-213 (Personnel Termination Exit Interview) ☐ Type top of form ☐ Employee completes bottom. Sign Interviewer & forward to EEO Officer. (Exclude Military Leave)

### COMPLETE FOLLOWING

☒ Badge, Get from employee
☒ Military Driver's License – Send to Prod Control
☒ Authorization – Get from employee & send to Dir, Quality
☒ Insurance ID Card – Can keep if continuing coverage
☒ Security – See Security Office (Excludes Military Leave)

### MILITARY LEAVE

☐ File military orders in 201 file
☐ Copy to F&A
☐ Complete Accruals Statement: ☐ Retain ☐ Pay Out

### LAYOFF

☐ Receipt for Benefits Information Letter
☐ Add volunteers to layoff roster
☐ Make yellow 226 for job held at time of layoff.

### INSURANCE

☐ Pull Insurance Card. Indicate date terminated and give card to Insurance Department.

### PACU INPUT CODES

1. Employee Request
9. Involuntary Term
a. Indefinite Layoff

## TERMINATION CODES

A   Military (accruals are paid off)
B   Death
C   Voluntary
D   Total Disability – Employee on medical leave for time equal to employment, but not to exceed five years.
E   Early Retirement – 9-1-04 through 11-30-04 Company pays health premium for 3 years.
F   Discharged
G   Layoff
H   Retired – Employee retiring who cannot elect to retain or do not elect their insurance coverage (ages 62 thru 64 excluded)
I   Retiree under "E" dies, but has dependents for health care under early retirement program.
J   Released – Without Prejudice
  1. Probationary employees who are laid off.
  2. Employees laid off for time equal to employment, but not to exceed five years.
  3. Employees who do not answer or refuse recall.
  4. Employees on leaves (other than medical and layoff) whose reinstatement rights have expired.
K   Early Retirement 02-28-97 – 04-30-97

L   Leave of Absence (retain accruals)
M   Mobilization (retain accruals)
N   When "K" retirees die, term code changed to N for dependents
O   Public Office
P   Mobilization (pay accruals)
Q   Early Retiree under age 65 (08-00 to 05-05-02)
R   Retirement – 08-24-94 – 09-30-95 age 62-65; company pay health premium for 3 years or until age 65.
S   Physical Disability
T   Retirees under "R" dies but has eligible dependents for health care under early retiree programs.
U   Union Leave
V   1999 Retiree under Age 65
W   1999 Retiree over Age 65
X   Military – (Without accrual payoff; retains accruals)
Y   Retired Code "V" or "W", employee deceased and spouse still covered
Z   Employee retired under "Q", deceased and spouse still covered

Revised – 12-03-04

Sam Houston v. L3
Communications
2505