NATIONAL LABOR RELATIONS BOARD

NOTICE OF APPEARANCE

SAMUEL P. HOUSTON, AN INDIVIDUAL
CRESTVIEW, FLORIDA

AND

ARMY FLEET SUPPORT
FORT RUCKER, ALABAMA

CASE NO. 15-CA-17750

**PLAINTIFF'S EXHIBIT 36**

TO: (Check One Box Only)[1]

[✓] REGIONAL DIRECTOR

[ ] EXECUTIVE SECRETARY
NATIONAL LABOR RELATIONS BOARD
Washington, DC 20570

[ ] GENERAL COUNSEL
NATIONAL LABOR RELATIONS BOARD
Washington, DC 20570

THE UNDERSIGNED HEREBY ENTERS APPEARANCE AS REPRESENTATIVE OF _Army Fleet Support LLC_

IN THE ABOVE-CAPTIONED MATTER.

CHECK THE APPROPRIATE BOX(ES) BELOW:

[ ] REPRESENTATIVE IS AN ATTORNEY

[ ] IF REPRESENTATIVE IS AN ATTORNEY, IN ORDER TO ENSURE THAT THE PARTY MAY RECEIVE COPIES OF CERTAIN DOCUMENTS OR CORRESPONDENCE FROM THE AGENCY IN ADDITION TO THOSE DESCRIBED BELOW, THIS BOX MUST BE CHECKED. IF THIS BOX IS NOT CHECKED, THE PARTY WILL RECEIVE ONLY COPIES OF CERTAIN DOCUMENTS SUCH AS CHARGES, PETITIONS AND FORMAL DOCUMENTS AS DESCRIBED IN SEC. 11842.3 OF THE CASEHANDLING MANUAL.

(REPRESENTATIVE INFORMATION)

NAME: _Darlene Whelan_
MAILING ADDRESS: _Post Box 620309_
_Ft. Rucker AL 36362_
E-MAIL ADDRESS: _wheland@frmaint.com_
OFFICE TELEPHONE NUMBER: _334-503-3222_
CELL PHONE NUMBER: _334-498-0486_   FAX: _334-598-5698_
SIGNATURE: _[signed]_
(Please sign in ink.)
DATE: _5/21/05_

Sam Houston v. L3
Communications
2592

[1] IF CASE IS PENDING IN WASHINGTON AND NOTICE OF APPEARANCE IS SENT TO THE GENERAL COUNSEL OR THE EXECUTIVE SECRETARY, A COPY SHOULD BE SENT TO THE REGIONAL DIRECTOR OF THE REGION IN WHICH THE CASE WAS FILED SO THAT THOSE RECORDS WILL REFLECT THE APPEARANCE.