IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Dismiss Count Two of the Complaint (Doc. #39) filed on May 3, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before May 16, 2007 as to why the motion should not be granted.

DONE this the 7th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE