IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON        ) | |
|     **Plaintiff**        ) | |
| ) | |
| v.        ) | CASE NUMBER 1:06-cv-243-MEF |
| ) | |
| ARMY FLEET SERVICES, L.L.C.,     ) | (JURY DEMAND) |
|     **Defendant**        ) | |

**JOINT STATUS STATEMENT ON PLAINTIFF'S MOTION TO COMPEL**

COME NOW counsel for the parties and submit their joint list of interrogatories and requests for production that are still at issue, as directed by the Court in its Order of May 2, 2007. Counsel have been able to dispense entirely with some matters presented in the Motion to Compel and have reached a partial resolution of their differences upon others. Those matters which are still in dispute are listed below:

> Interrogatory 7. Identify by name and job title and every employee who has ever complained that he or she was being discriminated against on the basis of illness or disability.

The defendant has produced the names of six individuals who filed formal complaints with third party agencies, such as the EEOC or OFCCP, and has agreed to search its records for any additional records of informal or formal internal complaints and will provide same to the plaintiff in a timely fashion.

> **Interrogatory 11**. State the total net worth of the defendant company from December 1, 2003 to the present.

The parties were unable to reach any agreement on this request.

> **Interrogatory 24**. Identify each employee of AFS who submitted a request for job reclassification from December 1, 2003 to the present.

The defendant has agreed to speak with the Human Resources supervisor in an

attempt to resolve this request prior to the date of the hearing on the motion.

**Interrogatory 25**.  Identify each employee of AFS who submitted a "Return to Work" slip from December 1, 2003 to the present.

The parties have been unable to reach any agreement on this request.

**Request 4**:    Provide a copy of the personnel file for every employee of the defendant who has been accommodated from December 1, 2003 to the present.

The parties have been unable to reach agreement on this request as of this date. They are continuing to attempt resolution and will advise the court if the issue is resolved prior to the hearing on the motion.

**Request 13**: Provide a copy of all documents showing the net worth of the defendant company from December 1, 2003 to the present along with all applicable insurance agreements.

The parties have been unable to come to any agreement regarding this request.

**Request 14**: Provide a copy of all documents relative to the placement on, or removal from, short-term disability and/or medical leave status for each employee identified in interrogatory number 20 above.

The parties have been unable to come to any agreement regarding this request.

**Request 16**: Provide a copy of all documents related to the placement in, or removal from, "administrative termination" classification status for each employee identified in interrogatory number 22 above.

The parties have been unable to come to any agreement regarding this request as of this date.  They are continuing to attempt resolution and will advise the Court if the issue is resolved prior to the hearing on the motion.

**Request 18**: Provide a copy of all documents relative to request for job reclassification for each employee identified in interrogatory number 24 above.

The parties have been unable to reach an agreement on this request as of this date. They are continuing to attempt resolution and will advise the Court if the issue is

resolved prior to the hearing on the motion.

**Request 19**: Provide a copy of the "Return to Work" slip for each employee identified in interrogatory number 25 above.

The parties have been unable to reach an agreement on this request as of this date. They are continuing to attempt resolution and will advise the Court if the issue is resolved prior to the hearing on the motion.

Respectfully submitted this 11th day of May 2007.

/S/ **JIMMY JACOBS**
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

Respectfully submitted this 11th day of May 2007.

/S/ **MONICA GRAVELINE**
MONICA G. GRAVELINE(GRA100)
Attorney for Defendant
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
(205) 226-8722

Case 1:06-cv-00243-MEF-CSC    Document 42    Filed 05/11/2007    Page 4 of 4