IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | CASE NUMBER 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, L.L.C., | ) | (JURY DEMAND) |
|     **Defendant** | ) | |

## MOTION TO CONTINUE MOTION HEARING

COMES NOW THE PLAINTIFF, by and through undersigned counsel, and submits his Motion to Continue the Hearing on his Motion to Compel now set for Monday, May 14, 2007 at 11:00 a.m. Counsel has a trial scheduled in the Montgomery County Circuit Court for the date and time now set.

Counsel has consulted with the defendant's counsel and there is no objection to this motion. Counsel for the defendant has advised that she has conflicts in her schedule for next week and Monday of the following week and asks the Court's consideration in rescheduling the hearing.

Respectfully submitted this 11th day of May 2007.

                                                   /S/ **JIMMY JACOBS**
                                                   JIMMY JACOBS (JAC051)
                                                   Attorney for Plaintiff
                                                   4137 Carmichael Rd, Ste 100
                                                   Montgomery, Alabama 36106
                                                   (334) 215-1788

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 11th day of May, 2007.

/s/JIMMY JACOBS
Jimmy Jacobs (JAC051)
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
(334)215-1788

COUNSEL OF RECORD:

M. Jefferson Starling (STA062)
Brent T. Cobb (COB020)
Monica G. Graveline (GRA100)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306