IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) CV 06-243-MEF |
| | ) |
| ARMY FLEET SERVICES, LLC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ARMY FLEET SUPPORT, LLC'S SUPPLEMENTAL EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Army Fleet Support, LLC hereby submits this supplemental evidentiary submission in support of its contemporaneously filed Reply in support of its Motion for Summary Judgment:

### INDEX

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit A: | Excerpts of Certified Records of the Department of Veterans Administration |
| Exhibit B: | Affidavit of Penny Westrick with attached exhibits |
| Exhibit C: | Affidavit of Ken Demarko with attached exhibits |

Respectfully submitted this 11th day of May, 2007.

/s/ Monica G. Graveline
One of the Attorneys for Defendant
Army Fleet Support, LLC

906945.1

**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jimmy Jacobs(JAC051)
> 4137 Carmichael Road, Suite 100
> Montgomery, Alabama 36106

> s/ Monica G. Graveline
> OF COUNSEL

906945.1

2