# EXHIBIT B

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| DALE COUNTY | ) |

### AMENDED AFFIDAVIT OF PENNY WESTRICK

1. My name is Penny Westrick. I am over 21 years of age and I am employed with Army Fleet Support, LLC ("AFS"). I currently serve as Program Coordinator of Benefits for AFS's operations at Fort Rucker. I have held my current position since October 2004. Prior to holding my current position, I was a personnel specialist assigned to the benefits area. The facts in this affidavit are based upon my own personal knowledge and/or review of documents kept in the normal course of business by AFS.

2. In January 2004, P▓▓ D▓▓▓, an Aircraft Mechanic, was involved in a motor vehicle accident. Ms. D▓▓▓ suffered neck injuries that required on-going treatment. Subsequent to that accident, Ms. D▓▓▓ was placed on short-term disability leave.

3. Ms. D▓▓▓ returned to work on June 29, 2004. Ms. D▓▓▓ was released to return to work, with temporary retrictions, until August 5, 2004 when she would have surgery. Field Manager George Anderson determined Ms. D▓▓▓'s temporary restrictions could be accomodated through her scheduled surgery date. Attached hereto as Exhibit 1 are true and accurate copies of documents related to Ms. D▓▓▓'s return to work on June 29, 2004.

4. On August 11, 2004, Ms. D▓▓▓ was placed on short-term disability leave for surgery and subsequent recovery. She returned to work on February 23, 2005 with work restrictions of "no lifting over 25 pounds, no climbing and no excessive bending." There was no indication these restrictions were permanent. Mr. Anderson determined Ms. D▓▓▓'s temporary medical restrictions could be accommodated. Attached hereto as Exhibit 2 are true

907160.1

and accurate copies of documents related to Ms. D████'s return to work on February 23, 2005.

5.  Ms. D████ went out on short-term disability leave on July 15, 2005. She returned to work on January 12, 2006 with temporary work restrictions. Lowell Green, Field Manager, determined that Ms. D████'s temporary restrictions could be accommodated. Attached hereto as Exhibit 3 are true and accurate copies of documents related to Ms. D████'s return to work on January 12, 2006.

6.  On April 5, 2006, Ms. D████ was again placed on short-term disability leave. Ms. D████'s short-term disability leave expired on October 12, 2006. At this time, Ms. D████ was unable to return to her job as an Aircraft Mechanic. Accordingly, Ms. D████ was placed on Administrative Leave. Attached hereto as Exhibit 4 is a true and accurate copy of the letter that was sent to Ms. D████ advising her that she would be placed on administrative leave.

7.  As Program Coordinator of Benefits, I review return to work paperwork generated by the personnel specialists assigned to the benefits area. In March of 2005, I reviewed the return to work forms generated by Cathy Jeffers, the personnel specialist that met with Samuel P. Houston when he attempted to return to work. I did not meet with Mr. Houston regarding his return to work issues in March 2005 and I did not call the field managers listed on the "Return To Work Slip" attached hereto as Exhibit 5. Ms. Jeffers completed this form. My signature on this form simply indicates that I reviewed the form after Ms. Jeffers completed it.

8.  I have read the foregoing affidavit and it is true and correct.

_Penny Westrick_  
Penny Westrick

5-11-2007  
Date

STATE OF ALABAMA        )

DALE COUNTY             )

    Before me the undersigned Notary for the said County and State did appear Penny Westrick, who being known to me did swear and affirm that the foregoing is true and complete, on this the _11th_ day of _May_____, 2007.


NOTARY PUBLIC: _James B Sanders_

My Commission Expires: _11-20-2007_

## ARMY FLEET SUPPORT

### RETURN TO WORK SLIP


EXHIBIT 1

DATE: 6-28-04    TIME: 1:05 pm    Last Day Worked: 12-31-03

[X] Short-Term Disability    [X] FMLA    [ ] OTJ Injury (use only if no Medical Pass)    [ ] Other

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
| P___ D___ | 014311 | A/C Mech | Hanchey-1 |

[ ] Authorized to return to work with **NO RESTRICTIONS** on ___

[ ] Presently working and released from **RESTRICTED/LIGHT DUTY** on ___

[X] Authorized to return to work on 6-29-04 with the following **RESTRICTION/LIGHT DUTY**: No lift/push/pull >20#, No outstretched reach, No overhead work, No repetitive motion w/arms + neck.

[X] Able to Accommodate Medical Restriction(s)?   [X] Can   [ ] Cannot
- Per Field Representative (name/title): George Anderson, Field Mgr.
- Date 6-28-04
- Comments Work until 8-3-04, Surgery 8-5-04 [Recd # 04-00l0]

[ ] Prescribed Medications N/A
- Non Narcotics: ___
- Narcotics: ___
  **Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift**
  Employee Initials: ___

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

Manager, Personnel Services   J. Addison 12948

Benefits / Worker's Comp Representative   ___ 020078 6-28-04

Original:  Personnel File
Copies:   Finance & Accounting
          Department Head
          Employee

Form 01-288
Rev. 1/30/04

Sam Houston/L3 Communications
4448

eld Notified
Date: ___    Method: [ ] Email  [ ] Fax  [ ] Phone
POC: ___

ARMY FLEET SUPPORT LLC
PERSONNEL ACTION
06/29/04 10:18

NAME: P▮▮▮▮▮   D▮▮▮▮▮
BADGE NUMBER: 014311                SUPERVISOR: ANDERSON, JR   GT
SKILL: 01A  AIRCRAFT MECHANIC
BONUS:  ALIC: A   PLIC: P
DEPARTMENT: 11   AIRCRAFT MAINTENANCE-DIRECT
LOCATION: 11  HANCHEY FIELD              SHIFT: 1
PAYROLL DATE: 06/28/04    EFFECTIVE DATE: 06/29/04

REASON FOR ACTION:   RESTRICTIONS - NO LIFT/PUSH/PULL>20 LBS - NO OUTSTRETCHED
                REACH, NO OVERHEAD WORK, NO REPETITIVE MOTION W/ARMS & NECK

RESTRICTED DUTY  : R
APPROVED: _____ROBERT A. WHITNEY    _____ DARLENE SANDERS

COMPANY CONFIDENTIAL
ARMY FLEET SUPPORT LLC 01-212

Rec # 04-0010

*Temp Restrictions, Aws*
*t. 11 surg*

Sam Houston/L3 Communications
4449



# HUGHSTON

Employee Name: ▓▓▓▓▓▓  Employer: _____
Date of injury: _____  Date of visit: _____

Diagnosis: _____

## FOLLOW-UP:

____ Return for follow-up on _____ at _____ am/pm.
____ Return to company nurse for follow-up.
____ Discharged. No further treatment anticipated at this time.
____ Scheduled for following test: _____ on _____ at _____.

## WORK STATUS:

____ Return to regular duty (today unless noted different).

____ Unable to work because:
   ____ Unable to be up > 4 hours continuously.
   ____ Needs complete bed rest.
   ____ Severe pain or medication effect.
   ____ Other (specify) _____
____ Unable to work until:
   ____ ( ) days (see restrictions below for work return)
   ____ Next clinic visit

✓ Return to modified duty with the following restrictions (today unless noted different, restrictions are good through next appointment): 6/29/04

✓ No lifting > than 20 lbs.
✓ No pushing or pulling > 20 lbs.
____ May increase lifting/pushing/pulling as pain decreases
____ Alternate standing & sitting to decrease pain
✓ Sitting job only
____ No standing/walking > ____ minutes per hour
✓ No outstretched reaching or work above shoulder level
____ No truck driving
____ Elevate affected area as needed

____ No use of right/left _____
____ No excessive bending at waist
____ No excessive kneeling/crawling/squatting on knees.
____ Limit shifts to 8/4 hours per 24
____ Must wear brace/splint at work
____ Use crutches/cane for walking
____ No ladder or repetitive stair climbing
____ No repetitive wrist movement or forceful finger grasping
____ Must keep affected area/cast clean and dry

COMMENTS: No repetitive motion w/ arms + neck - pt. having surgery 8-5-04, allow pt to work until 8-5-04.

Examiner: _____
Time out: _____

Auburn Office
1 E. University Drive • Auburn, Alabama • 36832-6725
334/826-2090 • Nationwide WATS: 1-800-331-2910 • FAX: 334/821-3191 • http://www.hughston.com

Sam Houston/L3 Communications
4450

# ARMY FLEET SUPPORT

## RETURN TO WORK SLIP


EXHIBIT
2

**DATE:** 02-22-05   **TIME:** _____   **Last Day Worked:** 08-10-04

☒ **Short-Term Disability**   ☐ **FMLA**   ☐ **OTJ Injury** (use only if no Medical Pass)   ☐ **Other**

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
| D███████, P███ | 014311 | A/C Mech | Hanchey-1 |

☐ Authorized to return to work with **NO RESTRICTIONS** on _____

☐ Presently working and released from **RESTRICTED/LIGHT DUTY** on _____

☒ Authorized to return to work on __02-23-05__ with the following **RESTRICTION/LIGHT DUTY:** No lifting over 25 lbs - No climbing - No excessive bending

☐ Able to Accommodate Medical Restriction(s)?   ☒ Can   ☐ Cannot
- Per Field Representative (name/title): George Anderson
- Date _____
- Comments  Rec # 05-0149

☐ Prescribed Medications
- Non Narcotics: _____
- Narcotics: Morphine Sulfate

   **\*\*Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift\*\***
   **Employee Initials:** PD

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

**Manager, Personnel Services** _[signature]_   020314

**Benefits / Worker's Comp Representative** _____

Original:   Personnel File
Copies:     Finance & Accounting
            Department Head
            Employee

Form 01-288
Rev. 1/30/04

**ield Notified**
Date: _____   Method: ☐ Email  ☐ Fax  ☐ Phone
POC: _____

Sam Houston/L3 Communications
4451

# HUGHSTON
## The Hughston Clinic, P.C.

| | | |
|---|---|---|
| Albany Office 229/483-0055 | Cordele Office 229/276-0107 | Valdosta Office 229/333-9736 |
| Auburn Office 334/826-2090 | LaGrange Office 706/812-2693 | Vidalia Office 912/538-0333 |
| Columbus Main Office 706/324-6661 | St. Francis I, Bldg. G 706/323-5717 | |

Updated 07/03

DATE 2/10/05
NAME ▓▓▓▓
ADDRESS ▓▓▓▓

Rx

She can return to
work as of 2/15/05
No lifting above 25 lbs.
No climbing, no excessive bending



Label ___
Refill ___ Times
No Refill ___
Generic Substitution Permitted ___

_____ M.D. Dispense As Written

Sam Houston/L3 Communications
4452



Sam Houston/L3 Communications
4453

# ARMY FLEET SUPPORT

## RETURN TO WORK SLIP



EXHIBIT 3

DATE: 01-11-06   TIME: 12:41   Last Day Worked: 07-15-05

☐ Short-Term Disability   ☐ FMLA   ☐ OTJ Injury (use only if no Medical Pass)   ☐ Other

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
| ███████ | 014311 | A/c Mech | Hanchey-1 |

☐ Authorized to return to work with **NO RESTRICTIONS** on _____

☐ Presently working and released from **RESTRICTED/LIGHT DUTY** on _____

☒ Authorized to return to work on 12-27-05 with the following **RESTRICTION/LIGHT DUTY**: No lifting over 20 lbs - No repetitive bending for 3 months

☒ Able to Accommodate Medical Restriction(s)?  ☒ Can  ☐ Cannot   Record # 06-0350

- Per Field Representative (name/title): Donnell Green
- Date 01-11-06
- Comments Mr Green had previously denied accommodation for restrictions on 12-22-05

☐ Prescribed Medications
- Non Narcotics: _____
- Narcotics: _____

   **Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift**
   **Employee Initials:** _____

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

Manager, Personnel Services _____

Benefits / Worker's Comp Representative  Penny Westrick 015702

Original: Personnel File
Copies: Finance & Accounting
        Department Head
        Employee

Form 01-288
Rev. 1/30/04

**Field Notified**
Date: _____   Method: ☐ Email  ☐ Fax  ☐ Phone
POC: _____

Sam Houston/L3 Communications
4454

# HUGHSTON

## John D. Dorchak, M.D.

December 22, 2005

RE: P█ D█
Chart No: 497498

To: Whom It May Concern

P█ D█ is a patient of mine at The Hughston Clinic in Columbus, Ga. She underwent an anterior cervical fusion on 8/12/04. She can return to work as of 12/27/05 with no lifting greater than 20 pounds and no repetitive bending. These restrictions are in effect until three months from now.

If you have any further questions, you can contact me at (706) 494-3257.

Sincerely,

John D. Dorchak, M.D.

Columbus Main Clinic
6262 Veterans Parkway ~ P.O. Box 9517 ~ Columbus, Georgia 31908-9517
706/324-6661 ~ WATS: 800/331-2910 ~ http://www.hughston.com

Sam Houston/L3 Communications
4455

**Army Fleet Support, LLC**

October 19, 2006

Ms. P████ ██ D█████

**REDACTED**

Certified Mail – Return Receipt Requested

Dothan, AL

**EXHIBIT 2**

Dear Ms. D█████,

Your status will be changed effective 10/12/06, from medical leave of absence to administrative termination. This change is for administrative reasons only and will not affect your rights in accordance with article 4.6(d) of the Collective Bargaining Agreement.

In accordance with Article 25.10(d) of the Collective Bargaining Agreement, you are eligible for extended insurance benefits until on or around 04/05/2011, by paying the full cost of premiums. Following is a list of your insurance. You may continue all or part of this coverage. *Please Note:* You can only keep life if you keep the health insurance through the company*.

| | |
|---:|:---|
| Health (Employee Only): | $306.00 |
| RX Card (Employee Only): | $ 12.00 |
| Vision (Employee Only): | $   6.29 |
| Safety Eyewear (Employee Only): | $   1.24 |
| Dental (Enhanced Employee): | $ 35.93 |
| Personal Accident (Employee - $300,000): | $   6.00 |
| **Basic Employee Life: | $ 14.15 |
| Accidental Death & Dismemberment: | $   0.95 |
| **Optional Employee Life: | $ 19.40 |
| **TOTAL Monthly Premium:** | **$401.96** |

*Please complete the enclosed Employee Continuation Enrollment Form, indicating the coverage you elect to continue or decline, and return to our office as soon as possible.* If we do not receive this form back within 10 days, we will assume you do not wish to continue any coverage and your insurance will be cancelled. However, please be advised that your insurance account is currently past due for May-October in the amount of $546.08. Attached you will find a detailed payment history indicating same. In accordance with article 25.10(b) of the Collective Bargaining Agreement, this amount must be paid in full immediately to avoid cancellation of benefits.

*Once you receive a Waiver of Premium, your life insurance benefits continue to the age of 65 (if you remain disabled) whether or not you continue your health insurance benefits.

**If you were under age 60 at the time your leave of absence began, a request for Waiver of Premium has been submitted to Minnesota Life for your life insurance coverage. Upon receipt of an approval letter from Minnesota Life we will notify you by mail, and you will no longer be required to pay your life insurance premiums.

You also have a legal entitlement to continue your medical, dental and vision coverages under COBRA by paying 102% of the above premium costs for 18 months. If you remain disabled at the end of 18 months, you would be eligible for extended COBRA coverage for up to a total of 29 months, assuming disability continues for this period. From the 19th to the 29th month, disability coverage under COBRA costs up to 150% of the full cost of the coverages. If you choose to elect coverage under the CBA instead of COBRA, your COBRA entitlement period will run concurrently with CBA coverage for the length of your COBRA entitlement. If you elect CBA coverage and that coverage ends for any reason prior to the end of your COBRA entitlement, you would be eligible for COBRA coverage for the balance of your COBRA entitlement. You will be provided more detailed information on COBRA under separate cover.

If you have any questions regarding this matter please call 334-598-0413.

Sincerely,

*Lisa Beasley*

Lisa M. Beasley
Personnel Specialist

cc: IAM Local 2003
    Manager, Hanchey
    Personnel File

Sam Houston/L3 Communications
4456

P O Box 620309 - Fort Rucker, AL  36362-0309 - (334) 598-0413 - Fax (334) 598-0476

# ARMY FLEET SUPPORT

## RETURN TO WORK SLIP


EXHIBIT 5

DATE: 03-14-05   TIME: _____   Last Day Worked: 09-02-04

☒ Short-Term Disability   ☒ FMLA   ☐ OTJ Injury (use only if no Medical Pass)   ☐ Other

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
| Houston, Samuel | 014332 | A/C Mech. | ATTC 2 |

☐ Authorized to return to work with **NO RESTRICTIONS** on _____

☐ Presently working and released from **RESTRICTED/LIGHT DUTY** on _____

☒ Authorized to return to work on 03-14-05 with the following **RESTRICTION/LIGHT DUTY**: See attached

☐ Able to Accommodate Medical Restriction(s)?   ☐ Can   ☒ Cannot
- Per Field Representative (name/title): Don Dooley - ATTC
  Bill Parsons - Lowe
  Larry Larkin - Cairns
- Date _____
- Comments _____
  Bob Chipman - Knox

☐ Prescribed Medications
- Non Narcotics: Valium - Fl_
- Narcotics: Valium - Flexiril - Motrin 800mg

**Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift**

Employee Initials: _SH_

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is not charged.

**Manager, Personnel Services** _____

**Benefits / Worker's Comp Representative** Penny Westrick  015702

Original: Personnel File
Copies: Finance & Accounting
  Department Head
  Employee

Form 01-288
Rev. 1/30/04

**Field Notified**
Date: _____   Method: ☐ Email  ☐ Fax  ☐ Phone
POC: _____

Sam Houston v. L3
Communications
026