IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is plaintiff's motion to continue oral argument presently set for May 14, 2007 (doc. # 43). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to continue be and is hereby GRANTED and the oral argument be and is hereby RESET to May 22, 2007, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 14th day of May, 2007.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE