IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | CV 06-243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS COUNT TWO OF HIS COMPLAINT

Defendant Army Fleet Support, LLC ("AFS") responds to Plaintiff Samuel P. Houston's Motion to Dismiss Count Two of his Complaint by stating that it has no objection to the dismissal of Count Two, with prejudice.

Respectfully submitted this 16th day of May, 2007.

                                                        s/ Monica G. Graveline
                                                        One of the Attorneys for Defendant
                                                        Army Fleet Support, LLC

**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs(JAC051)
4137 Carmichael Road, Suite 100
Montgomery, Alabama 36106

s/ Monica G. Graveline
OF COUNSEL