IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SAMUEL HOUSTON,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. |
| v. ) | CV 06-243-MEF |
| ) | |
| **ARMY FLEET SERVICES, LLC.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

M. Jefferson Starling, III of Balch & Bingham LLP hereby gives notice of his appearance as counsel for Defendant Army Fleet Support, LLC. in the above styled matter, and requests that copies of all orders, notices and pleadings be served at the address below.


s/ M. Jefferson Starling
One of the Attorneys for Defendant
Army Fleet Support, LLC


**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs(JAC051)
4137 Carmichael Road, Suite 100
Montgomery, Alabama 36106

s/ M. Jefferson Starling
OF COUNSEL