**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE (334) 954-3600

May 16, 2007

## NOTICE OF NON-COMPLIANCE

To:　　ALL COUNSEL OF RECORD

**Case Style:**　Samuel Houston v. Army Fleet Services, LLC
**Case Number:**　1:06-cv-243-MEF

**Referenced Pleading(s):**　Notice of Appearance
**Docket Entry Number(s):** 51

**The referenced pleading which was electronically filed on 5/16/2007 in this case is being STRICKEN as a docketing error pursuant to a request from counsel.**

**The pleading is hereby STRICKEN from the record as it was filed in the wrong case and the parties are instructed to disregard the entry of this pleading on the court's docket. The referenced attorney is already an attorney of record in this case and is to remain on the docket sheet.**