IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Plaintiff's Motion to Dismiss Count Two of the Complaint (Doc. #39) filed on May 3, 2007 and Defendant's response thereto, it is hereby ORDERED that Plaintiff's Motion to Dismiss Count Two of the Complaint is GRANTED and the claims set forth in Count Two are hereby DISMISSED.

DONE this the 16th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE