IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the three motions to strike (Doc. # 46, # 47, and # 48) filed by defendant on May 11, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before May 25, 2007 as to why the motion should not be granted.

DONE this the 17th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE