IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMUEL HOUSTON,                          )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )     CIVIL ACTION NO.  1:06cv243-MEF
                                         )
ARMY FLEET SERVICES, LLC.,               )
                                         )
          Defendant.                     )

## ORDER

For good cause, it is

ORDERED that oral argument presently set for May 22, 2007, at 2:00 p.m. be and

hereby RESET to June 5, 2007, at 2:00 p.m. in Courtroom 4B, United States Courthouse

Complex, One Church Street, Montgomery, Alabama.

Done this 21st day of May, 2007.


          _____/s/Charles S. Coody_____
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE