IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON,   ) | |
| ) | |
| Plaintiff,   ) | |
| v.   ) | CASE NO. 1:06-cv-243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC,   ) | |
| ) | |
| Defendant.   ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Submit Corrected Declaration of Bill Vinson (Doc. #57) filed on May 18, 2007, it is hereby

ORDERED that the motion is GRANTED

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE