IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO.: 1:06-cv-243-MEF-CSC |
| | ) |
| ARMY FLEET SERVICES, L.L.C., | ) |
| | ) |
|     DEFENDANT. | ) |

## **ORDER**

This Court has carefully considered the Motion to Strike Defendant's Summary Judgment Reply Exhibits and Argument (Doc. # 54) filed by Plaintiff on May 17, 2007 and the Defendant's response to that motion (Doc. # 60). It is hereby ORDERED as follows:

(1) Motion to Strike Defendant's Summary Judgment Reply Exhibits and Argument (Doc. # 54) is DENIED.

(2) Plaintiff is granted leave to file a sur-reply and exhibits in opposition to the Defendant's Motion for Summary Judgment. If Plaintiff elects to file a sur-reply, he shall file it no later than **May 31, 2007**.

DONE this the 25th day of May, 2007.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE