**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL HOUSTON,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. |
| v. | ) | CV 06-243-MEF |
| | ) | |
| **ARMY FLEET SERVICES, LLC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR EXHIBIT LIST

Army Fleet Support, L.L.C. ("AFS") files this motion to extend the deadline for the exchange of trial exhibits. In support thereof, the AFS states as follows:

1.     Pursuant to this Court's Scheduling Order, the parties must exchange trial exhibits by June 11, 2007.

2.     AFS's motion for summary judgment is still pending.

3.     The outcome of the summary judgment motion could significantly impact the preparation for trial in this case. For instance, if the plaintiff's ADA discrimination claims are dismissed, a large volume of medical records will no longer be relevant, or needed at trial.

4.     The preparation of the exhibit list in this case is particularly expensive because the parties have exchanged over 4500 documents. Therefore, the exhibit list must be culled from an unusually large volume of documentation.

5.     In order to save the expense of trial preparation on claims that may not remain in the case, AFS seeks an extension of the deadline to exchange trial exhibits until ten days after a summary judgment ruling is issued, or June 29, 2007, whichever comes first.

912178.1

6.     AFS is not seeking an extension of any other deadline. As the deadline for the parties to file objections to trial exhibits will remain the same, the Court will not be prejudiced by this request.

7.     Plaintiff does not oppose this motion.

Based on the foregoing, AFS seeks an extension of the deadline to disclose trial exhibits from June 11, 2007 to ten days after a summary judgment ruling is entered or June 29, 2007, whichever come first.

                                        s/ Monica Graveline
                                        One of the Attorneys for Defendant
                                        Army Fleet Support, LLC

**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jimmy Jacobs(JAC051)<br>
4137 Carmichael Road, Suite 100<br>
Montgomery, Alabama 36106

       /s/ Monica Graveline
      Of Cou