IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:06-cv-243-MEF |
| ARMY FLEET SERVICES, LLC, | ) ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time to File Exhibit List (Doc. #69) filed on June 8, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 8th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE