## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | CV 06-243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT ARMY FLEET SUPPORT LLC'S WITNESS LIST

Defendant Army Fleet Support, LLC, in accordance with the Court's Uniform Scheduling Order, submits the following list of witnesses that may be used during the trial of this matter:

### WITNESSES

**A.   WITNESSES AFS WILL CALL**:

1. Robert Whitney
   c/o Counsel for Defendant
   Balch & Bingham, LLP
   1710 Sixth Avenue North
   Birmingham, Alabama 35203
   (205) 251-8100

2. Darlene Whelan
   c/o Counsel for Defendant
   Balch & Bingham, LLP
   1710 Sixth Avenue North
   Birmingham, Alabama 35203
   (205) 251-8100

3. Cathy Jeffers
   Army Fleet Support, HR
   234 Donnell Blvd.
   Daleville, Alabama  36322
   (334) 503-3518

4. Edwin Brown
c/o Counsel for Defendant
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
(205) 251-8100

5. Jo Ann Camarata
Army Fleet Support, HR
234 Donnell Blvd.
Daleville, Alabama 36322
(334) 598-0407

6. Elizabeth Legieza
c/o Counsel for Defendant
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
(205) 251-8100

7. Penny Westrick
c/o Counsel for Defendant
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
(334) 598-0433

B. **WITNESSES AFS MAY CALL**:

1. Bill Grosvenor
c/o Counsel for Defendant
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
(205) 251-8100

2. Kenneth Manne
c/o Counsel for Defendant
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
(205) 251-8100

3. Don Donley
c/o Counsel for Defendant
Balch & Bingham, LLP

        1710 Sixth Avenue North
        Birmingham, Alabama 35203
        (205) 251-8100

4.    Bill Parsons
        c/o Counsel for Defendant
        Balch & Bingham, LLP
        1710 Sixth Avenue North
        Birmingham, Alabama 35203
        (205) 251-8100

5.    Larry Larkin
        c/o Counsel for Defendant
        Balch & Bingham, LLP
        1710 Sixth Avenue North
        Birmingham, Alabama 35203
        (205) 251-8100

6.    Bob Chipman
        c/o Counsel for Defendant
        Balch & Bingham, LLP
        1710 Sixth Avenue North
        Birmingham, Alabama 35203
        (205) 251-8100

7.    Lisa Beasley
        Army Fleet Support, HR
        234 Donnell Blvd.
        Daleville, Alabama  36322
        (334) 598-0413

8.    Ken DeMarco
        c/o Counsel for Defendant
        Balch & Bingham, LLP
        1710 Sixth Avenue North
        Birmingham, Alabama 35203
        (205) 251-8100

9.    Dr. Thomas Manski
        350 Racetrack Road N.W.
        Ft. Walton Beach, FL 35747
        (850) 863-2300

10.   Dr. Timothy Kosmatku
        96th Medical Group SGSTO
        307 Boatner Road, Ste. 114
        Family Health Clinic

        Eglin Air Force Base, Florida  32542
        (856) 883-9198

11.    Dr. Leo Chen
        339 NW Racetrack Road Ste. 12
        Fort Walton Beach, Florida 32547
        (850) 864-3339

12.    Dr. Juan Cruz
        96th Medical Group SGSTO
        307 Boatner Road, Ste. 114
        Family Health Clinic
        Eglin Air Force Base, Florida  32542
        (856) 883-9198

13.    Dr. Lamvien Nguyen
        151 Mary Ester Blvd.  Ste. 303
        P.O. Box 699
        Gulf Breeze, FL  32562
        (850) 729-7714

14.    Custodian of Records for Dr. Thomas Manski
        350 Racetrack Road N.W.
        Ft. Walton Beach, FL 35747
        (850) 863-2300

15.    Custodian of Records for Dr. Timothy Kosmatku
        96th Medical Group SGSTO
        307 Boatner Road, Ste. 114
        Family Health Clinic
        Eglin Air Force Base, Florida  32547
        (856) 883-9198

16.    Custodian of Records for Dr. Leo Chen
        339 NW Racetrack Road Ste. 12
        Fort Walton Beach, Florida 32547
        (850) 864-3339

17.    Custodian of Records for Dr. Juan Cruz
        96th Medical Group SGSTO
        307 Boatner Road, Ste. 114
        Family Health Clinic
        Eglin Air Force Base, Florida  32547
        (856) 883-9198

18.    Custodian of Records for Novacare Rehabilitation
        340 West Redstone Avenue

    Crestview, FL  32536
    (850) 689-3127

19. Custodian of Records for the Veterans Administration
   U.S. Department of Veterans Affairs
   Regional Office
   P.O. Box 1437
   St. Petersburg, FL  33731
   (727) 319-7810

20. Custodian of Records for the Department of Veterans Affairs
   VA Gulf Coast Veterans
   Healthcare System
   400 Veterans Avenue
   Biloxi, MS  39531
   (228) 523-5000

21. Custodian of Records for the Social Security Administration
   111-B Racetrack Rd. N.W.
   Ft. Walton Beach, FL  32547-1644
   (850) 664-6194 x 222

22. Samuel Houston
   4765 Coronado Circle
   Crestview, FL  32539-5718
   (850) 682-6482

23. Bridgette Houston
   4765 Coronado Circle
   Crestview, FL  32539-5718
   (850) 682-6482

24. Custodian of Records for Dr. Lamvien Nguyen
   151 Mary Ester Blvd.  Ste. 303
   P.O. Box 699
   Gulf Breeze, FL  32562
   (850) 729-7714

25. Custodian of Records for the Alabama Department of Industrial Relations
   Unemployment Division
   Alabama Department of Industrial Relations
   649 Monroe Street
   Montgomery, Alabama 36131
   (334) 242-8025

26. Any witness needed for rebuttal or impeachment.

27.     Any witness needed to authenticate documents.

28.     Any and all witnesses designated by the plaintiff not objected to by the defendant.

Defendant AFS, by so listing a witness, does not consent to the testimony of such witness offered by the plaintiff and the foregoing is not a waiver of any objection which Defendant may make to any testimony attempted to be offered by the plaintiff at trial.

Defendant reserves the right to amend this witness list in the event the identity of any additional witnesses are discovered.

                                             s/ Monica G. Graveline_____
                                             One of the Attorneys for Defendant
                                             Army Fleet Support, LLC


**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
(205)251-8100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs(JAC051)
4137 Carmichael Road, Suite 100
Montgomery, Alabama 36106

                                              s/ Monica G. Graveline
                                              OF COUNSEL