IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, | ) |
|     PLAINTIFF, | ) ) ) |
| v. | ) CASE NO.: 1:06-cv-243-MEF-CSC |
| ARMY FLEET SERVICES, L.L.C., | ) ) ) |
|     DEFENDANT. | ) |

**<u>ORDER</u>**

In conjunction with the submissions relating to Defendant's Motion for Summary Judgment, both Plaintiff and Defendant have filed a series of motions seeking to strike various evidentiary submissions to the Court made in support of or in opposition to the Motion for Summary Judgment. The Court has carefully considered the relevant and appropriate evidence in this case in making its decision on the Motion for Summary Judgment and finds that it can address all issues in the Motion for Summary Judgment without considering any of the challenged evidentiary submissions. In the interest of judicial economy, this Court will not painstakingly analyze the various challenges made in this case to evidence that is not implicate by this Court's decision. Accordingly, the following motions are DENIED as MOOT:

    1. The Motion to Strike Portions of Affidavit of Robert Whitney in Support of Defendant's Motion for Summary Judgment (Doc. # 23) filed by Plaintiff on April 10, 2007.

    2. The Motion to Strike Portions of Affidavit of Darlene Whelan in Support of

Defendant's Motion for Summary Judgment (Doc. # 24) filed by Plaintiff on April 10, 2007.

3. The Motion to Strike Affidavit of Plaintiff Samuel Houston (Doc. # 46) filed by Defendant on May 11, 2007.

4. The Motion to Strike Affidavit of Bridgette Houston (Doc. # 47) filed by Defendant on May 11, 2007.

5. The Motion to Strike Declaration of Bill Vinson (Doc. # 48) filed by Defendant on May 11, 2007.

DONE this the 18th day of June, 2007.

                                 /s/ Mark E. Fuller
                             CHIEF UNITED STATES DISTRICT JUDGE