IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | CASE NUMBER 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, L.L.C., | ) | (JURY DEMAND) |
|     Defendant | ) | |

**PLAINTIFF'S LIST OF PROPOSED TRIAL EXHIBITS**

1. Plaintiff's Personnel Records

2. Army Fleet Support letter to Plaintiff; 10/15/04

3. Dr. Kosmatka letter To Whom It May Concern; 12/17/04

4. Dr. Manski letter To Whom It May Concern; 1/13/05

5. Army Fleet Support letter to Plaintiff; 2/8/05

6. Affidavit of Joanne Cammarata

7. Affidavit of Ed Brown

8. Affidavit of Robert Whitney

9. Affidavit of Lisa Beasley

10. Affidavit of Cathy Jeffers

11. Affidavit of Darlene Whelan

12. Affidavit of Ken Demarko

13. Army Fleet Support Human Resources Manual, Chapter 46

14. Army Fleet Support Human Resources Manual; p. 70 (12/01/03)

15. Plaintiff's Medical Clearance; 3/10/05

16. Plaintiff's Return To Work form; 3/14/05

17. Department of Industrial Relations (DIR) Hearing Transcript

18. DeFrank Return To Work form; 6/28/04

19. DeFrank Return To Work form; 2/22/05

20. DeFrank Return To Work form; 12/26/05

21. Plaintiff's Personnel Status Change Request form

22. Plaintiff's Personnel Action form

23. Eglin AFB EEO Record of Initial Contact

24. Plaintiff letter dated April 4, 2005 with list of recipients

25. Plaintiff OFCCP Complaint of Discrimination 4/11/06

26. DIR New Claim Record; 3/16/05

27. DIR Notice of Claim and Request for Separation Information

28. DIR Fact Finding Record of Statements

29. DIR Notice of Determination; 3/28/05

30. DIR Decision of Unemployment Compensation Claim; 5/5/05

31. Brown letter to DIR; 5/23/05

32. Brown email to Whelan; 5/23/05

33. DIR Notices of Determination of Overpayment; 8/15/05

34. Whelan email to Grosvenor dated 5/20/05

35. Whelan email to Grosvenor dated 5/25/05

36. Grosvenor email to Ledbetter dated 7/8/05

37. Manne letter to Plaintiff; 5/27/05

38. Whelan letter to OFCCP; 6/21/05

39. Whelan letter to Houston; 7/5/05

40. Whelan letter to OFCCP; 7/26/05

41. OFCCP letter to Whelan; 8/17/05

42. Whelan letter to EEOC; 9/1/05

43. Whelan letter to Veteran Administration; 9/6/05

44. Whelan letter to OFCCP; 9/15/05

45. Whelan letter to OFFCCP; 11/7/05

46. OFCCP Notice of Right To Sue

47. Vocational Report of Bill Vinson

48. Plaintiff Memo to Phyllis Kennedy; 6/3/05

49. Plaintiff's Return To Work form; 1/21/04

50. Plaintiff's Army Fleet Support Termination Checklist

51. Nation Labor Relations Board Notice of Appearance; 5/21/05

52. Army Fleet Support Human Resources Manual, p. 70

53. VA Statement in Support of Claim; 1/20/05

54. VA Statement in Support of Claim; 2/16/05

55. Army Fleet Support Grievance Answer: Bennett

56. EEOC Charge of Discrimination: Bennett

57. AFS response to Bennett Charge of Discrimination

58. OFCCP Complaint of Discrimination: Brannon

59. AFS response to Brannon Complaint of Discrimination

60. OFCCP Complaint of Discrimination: Hussey

61. AFS response to Hussey Complaint of Discrimination

62. Deposition of Army Fleet Support, L.L.C.

63. OFCCP letter to Army Fleet Support; 5/31/05

64. OFCCP letter to Army Fleet Support; 6/17/05

65. Any documents provided to the Plaintiff pursuant to the Court's Order dated 6/6/07

66. Any documents provided to the Plaintiff pursuant to his Rule 45 Subpoena to the Alabama Department of Industrial Relations

Additionally, the plaintiff may utilize and offer into evidence any materials necessary for evidentiary foundation or rebuttal purposes and/or any materials designated by the defendant as potential exhibits in the trial of this matter.

Respectfully submitted this 29th day of June 2007.

/S/ **JIMMY JACOBS**
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd.; Ste 100
Montgomery, Alabama 36106
(334) 215-1788

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 29th day of June, 2007.

/s/JIMMY JACOBS
Jimmy Jacobs (JAC051)
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
(334)215-1788

COUNSEL OF RECORD:

M. Jefferson Starling (STA062)
Brent T. Cobb (COB020)
Monica G. Graveline (GRA100)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306