**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL HOUSTON** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NUMBER 1:06-cv-243-MEF** |
| | ) | |
| **ARMY FLEET SERVICES, L.L.C.,** | ) | **(JURY DEMAND)** |
| **Defendant** | ) | |

**PLAINTIFF'S LIST OF PROSPECTIVE WITNESSES**

The Plaintiff submits the following as prospective witnesses at the trial of this

matter:

Will Call

1. Samuel P. Houston
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Road, Ste 100
   Montgomery, AL 36106
   (334)215-1788

2. Brigitte Houston
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Road, Ste 100
   Montgomery, AL 36106
   (334)215-1788

3. Bill Vinson
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Road, Ste 100
   Montgomery, AL 36106
   (334)215-1788

4. Paula DeFrank
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Road, Ste 100
   Montgomery, AL 36106
   (334)215-1788

5. Wilmer Tharpe
   c/o Jimmy Jacobs, L.L.C.

1

4137 Carmichael Road, Ste 100
Montgomery, AL 36106
(334)215-1788

6.    Christine Bennett
c/o Jimmy Jacobs, L.L.C.
4137 Carmichael Road, Ste 100
Montgomery, AL 36106
(334)215-1788

7.    Byron D. Dozier
c/o Jimmy Jacobs, L.L.C.
4137 Carmichael Road, Ste 100
Montgomery, AL 36106
(334)215-1788

8.    Joseph R. Hudson
c/o Jimmy Jacobs, L.L.C.
4137 Carmichael Road, Ste 100
Montgomery, AL 36106
(334)215-1788

9.    Custodian of Records
Alabama Department of Industrial Relations
649 Monroe Street
Montgomery, AL 36130

May Call:

10.    Lisa Beasley
c/o Counsel for Defendant
Balch & Bingham, [UP
1710 Sixth Avenue North
Birmingham. Alabama 35203
(205) 251-8100

11.    Edwin Brown
c/o Counsel for Defendant
Balch & Bingham, [UP
1710 Sixth Avenue North
Birmingham. Alabama 35203
(205) 251-8100

12.    Ron Danford
County Road 610
Enterprise, AL 36330

13.    Ken Demarko
       c/o Counsel for Defendant
       Balch & Bingham, [UP
       1710 Sixth Avenue North
       Birmingham. Alabama 35203
       (205) 251-8100

14.    Bill Grosvenor
       c/o Counsel for Defendant
       Balch & Bingham, [UP
       1710 Sixth Avenue North
       Birmingham. Alabama 35203
       (205) 251-8100

15.    Elizabeth Legieza
       c/o Counsel for Defendant
       Balch & Bingham, [UP
       1710 Sixth Avenue North
       Birmingham. Alabama 35203
       (205) 251-8100

16.    Kenneth Manne
       c/o Counsel for Defendant
       Balch & Bingham, [UP
       1710 Sixth Avenue North
       Birmingham. Alabama 35203
       (205) 251-8100

17.    Darlene Whelan
       c/o Counsel for Defendant
       Balch & Bingham, [UP
       1710 Sixth Avenue North
       Birmingham. Alabama 35203
       (205) 251-8100

18.    Robert Whitney
       c/o Counsel for Defendant
       Balch & Bingham, [UP
       1710 Sixth Avenue North
       Birmingham. Alabama 35203
       (205) 251-8100

    The Plaintiff may also call any person or entity proposed by the defendants as
prospective witnesses, as well as any person, representative or entity as necessary for
evidentiary foundation and/or rebuttal purposes at the trial of the matter.

    Respectfully submitted this 29th day of June 2007.

3

/S/ **JIMMY JACOBS**

JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 29th day of May, 2007.

/s/JIMMY JACOBS

Jimmy Jacobs (JAC051)
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
(334)215-1788

COUNSEL OF RECORD:

M. Jefferson Starling (STA062)
Brent T. Cobb (COB020)
Monica G. Graveline (GRA100)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100

4