## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **SAMUEL HOUSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| **v.** | ) | **CV 06-243-MEF** |
| | ) | |
| **ARMY FLEET SERVICES, LLC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT ARMY FLEET SUPPORT LLC'S EXHIBIT LIST

Defendant Army Fleet Support, LLC, in accordance with the Court's Uniform Scheduling Order, submits the following list of exhibits that may be used during the trial of this matter:

### EXHIBITS AFS EXPECTS TO OFFER AT TRIAL

1.     July 7, 2005 letter from Darlene Whelan to Sam Houston (PL Initial Disclosure & RFP 057-058).

2.     February 8, 2005 letter from Darlene Sanders to Sam Houston (Sam Houston v. L3 Communications 022).

3.     March 14, 2005 AFS Return to Work Slip (Sam Houston v. L3 Communications 026).

4.     January 13, 2005 letter from Thomas J. Manski to To Whom It May Concern regarding assessment of Sam Houston (Sam Houston v. L3 Communications 027-028).

5.     March 10, 2005 doctor note from Dr. Thomas Manski (Sam Houston v. L3 Communications 029).

6.      December 17, 2004 Letter from Dr. Thomas Kosmatka to To Whom It May Concern (Sam Houston v. L3 Communications 030).

7.      May 2002 CBA Sections 17.12(a) – 17.16 (Sam Houston v. L3 Communications 052).

8.      May 2002 CBA Sections 25.7 and 25.8 (Sam Houston v. L3 Communications 053).

9.      May 2002 CBA Section 4.7 (Sam Houston v. L3 Communications 339-341).

10.     May 2002 CBA Article 35 (Sam Houston v. L3 Communications 056-057).

11.     May 2002 CBA Article 7 (Sam Houston v. L3 Communications 068-071).

12.     September 19, 2005 letter to Dr. Chen from Sam Houston (Sam Houston v. L3 Communications 160).

13.     2002 Job Description for Aircraft Mechanic (Sam Houston v. L3 Communications 173).

14.     2002 General Requirements for All Classifications (Sam Houston v. L3 Communications 175).

15.     Army Fleet Support, LLC Status Change Request Form (Sam Houston v. L3 Communications 182-183).

16.     September 6, 2005 email from Sam Houston to Robert Whitney regarding letter of support for the VA (Sam Houston v. L3 Communications 239).

17.     September 21, 2005 email from Sam Houston to Robert Whitney regarding VA letter (Sam Houston v. L3 Communications 240).

18.     September 21, 2005 email from Sam Houston to Robert Whitney regarding lower back procedure (Sam Houston v. L3 Communications 241).

19.     October 7, 2005 email from Sam Houston to Robert Whitney regarding VA letter (Sam Houston v. L3 Communications 242).

20.     October 17, 2005 email from Sam Houston to Robert Whitney regarding VA Letter (Sam Houston v. L3 Communications 243).

21.     December 23, 2005 email from Sam Houston to Robert Whitney regarding 1005 disability rating from VA (Sam Houston v. L3 Communications 244).

22.     September 6, 2005 letter from Darlene Whelan to B. C. Gibbard (Sam Houston v. L3 Communications 249).

23.     December 13, 2004 Fortis Supplementary Report for Benefits with Attending Physician Statement (Sam Houston v. L3 Communications 252-253).

24.     September 10, 2004 Application for Family or Medical Leave (Sam Houston v. L3 Communications 256-259).

25.     March 14, 2005 Medical Records Chart from Dr. Chen (Sam Houston v. L3 Communications 695).

26.     Chapter 46 Medical Leave from AFS HR Manual (Sam Houston v. L3 Communications 2015-2016).

27.     AFS Equal Employment Opportunity Policy (Sam Houston v. L3 Communications 2460).

28.     October 10, 2003 Army Fleet Support Application of Sam Houston (Sam Houston v. L3 Communications 2479-2486).

29.     Resume of Samuel Peter Houston (Sam Houston v. L3 Communications 2488-2490).

30.     October 10, 2003 AFS Applicant Qualifications of Sam Houston Mechanics/Avionics Candidate (Sam Houston v. L3 Communications 2491-2492).

31.     October 10, 2003 AFS Applicant Qualifications of Sam Houston Administrative/Supply Candidate (Sam Houston v. L3 Communications 2493-2494).

32.     November 8, 2003 AFS Employment Documents Receipt (Sam Houston v. L3 Communications 2507).

33.     November 9, 2003 AFS Minimum Conditions for Hire (Sam Houston v. L3 Communications 2508).

34.     September 20, 2004 Fortis Short-Term Disability Claim Statement for Houston (Sam Houston v. L3 Communications 2527-2528).

35.     Ch. 46 Medical Leave from AFS HR Manual (Sam Houston v. L3 Communications 2765-2768).

36.     December 9, 2004 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 3925-3939).

37.     March 15, 2005 Veteran's Application for Increased Compensation Based on Unemployability (Sam Houston v. L3 Communications 3996-4004).

38.     May 17, 2005 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 4031-4044).

39.     September 22, 2005 memorandum to B. C. Gibbard from Sam Houston regarding individual unemployability for Mr. Houston (Sam Houston v. L3 Communications 4068).

40.     September 22, 2005 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 4076).

41.     September 21, 2005 memorandum from Dr. Juan A. Cruz to Veterans

Administration regarding Individual Unemployability for Mr. Houston (Sam Houston v. L3

Communications 4075).

42.     December 6, 2005 Rating Decision by Department of Veterans Affairs on Sam

Houston (Sam Houston v. L3 Communications 4137-4141).

43.     May 2002 Collective Bargaining Agreement (Sam Houston v. L3

Communications 323-431).

## EXHIBITS AFS MAY USE AT TRIAL IF NEEDED

44.     Facsimile from Bridgette Houston to Personnel Department regarding Stephanie

Houston (Sam Houston v. L3 Communications 186-188).

45.     Medication List (PL Initial Disclosure & RFP 001-005).

46.     March 15, 2005 AFS Personnel Action Sheet  (Sam Houston v. L3

Communications 2557).

47.     September 8, 2005 letter from Merilyn L. Campbell to Sam Houston (PL Initial

Disclosure & RFP 033).

48.     June 14, 2005 EEOC Charge of Sam Houston (Sam Houston v. L3

Communications 2676).

49.     March 30, 2006 EEOC Dismissal and Notice of Rights (PL Initial Disclosure &

RFP 056).

50.     Organizational Name Spreadsheet List (PL Initial Disclosure & RFP 080-081).

51.     December 22, 2005 OFCCP Notice of Right to Sue (Sam Houston v. L3

Communications 005).

52.    Memorandum from Sam Houston to Ladies and Gentlemen regarding formal complaint for wrongful job termination (Sam Houston v. L3 Communications 013).

53.    April 4, 2005 Memorandum from Sam Houston to To Whom It May Concern regarding formal complaint for wrongful job termination due to permanent physical disability (Sam Houston v. L3 Communications 014-016).

54.    June 21, 2005 1-Stop Mail Service Fax Cover Page from Sam Houston to AFS-Personnel (Sam Houston v. L3 Communications 024).

55.    March 15, 2005 Hourly Employee Insurance Continuation Enrollment Form for Sam Houston (Sam Houston v. L3 Communications 025).

56.    March 2, 2005 Minnesota Life Attending Physician's Statement signed by Dr. Thomas Manski (Sam Houston v. L3 Communications 092-093).

57.    June 3, 2005 NovaCare Rehabilitation Evaluation/Plan of Care for Sam Houston (Sam Houston v. L3 Communications 313-314).

58.    September 29. 2005 NovaCare Rehabilitation Evaluation/Plan of Care for Sam Houston (Sam Houston v. L3 Communications 140).

59.    December 1, 2005 NovaCare Rehabilitation Daily Treatment Note (Sam Houston v. L3 Communications 141).

60.    November 22, 2005 NovaCare Rehabilitation Daily Treatment Note (Sam Houston v. L3 Communications 142).

61.    November 15, 2005 NovaCare Rehabilitation Daily Treatment Note (Sam Houston v. L3 Communications 143).

62.    November 8, 2005 NovaCare Rehabilitation Daily Treatment Note (Sam Houston v. L3 Communications 144).

63.    October 13, 2005 NovaCare Rehabilitation Daily Treatment Note (Sam Houston v. L3 Communications 145).

64.    November 29, 2005 NovaCare Rehabilitation Re-Evaluation/Plan of Care/Status Report (Sam Houston v. L3 Communications 146-147).

65.    September 29, 2005 NovaCare Rehabilitation Re-Evaluation/Plan of Care/Status Report (Sam Houston v. L3 Communications 148-149).

66.    October 3, 2006 letter from Dr. Leo Chen to To Whom It May Concern (Sam Houston v. L3 Communications 152-153).

67.    February 13, 2006 Medical Records Chart from Dr. Leo Chen (Sam Houston v. L3 Communications 158).

68.    February 2, 2005 letter from Sam Houston to Dr. Chen (Sam Houston v. L3 Communications 163-164).

69.    2005 Job Description for Aircraft Scheduler (Sam Houston v. L3 Communications 2149).

70.    August 30, 2006 letter from Mary Lou Reed, Executive Director of Workforce Development Board of Okaloosa and Walton Counties in Florida to Balch & Bingham, LLP (Sam Houston v. L3 Communications 261).

71.    December 7, 2004 Follow Up Office Visit note from Dr. Manski (Sam Houston v. L3 Communications 296-297).

72.    March 10, 2005 Follow Up Office Visit note from Dr. Manski (Sam Houston v. L3 Communications 301-302).

73.    May 13, 2005 and June 8, 2005 phone calls logs from Dr. Thomas Manski's office (Sam Houston v. L3 Communications 307).

74.     Sam Houston resume (Sam Houston v. L3 Communications 2487).

75.     Records Custodian Certification form from Chromalloy Gas Turbine Corporation (Sam Houston v. L3 Communications 483).

76.     September 28, 2001 Employment Summary of Sam Houston from Chromalloy Florida (Sam Houston v. L3 Communications 487).

77.     Sam Houston Application with Chromalloy Florida (Sam Houston v. L3 Communications 516-519).

78.     Records Custodian Certification form for Dr. Leo Chen's office (Sam Houston v. L3 Communications 604).

79.     March 14, 2005 Patient Information Sheet signed by Sam Houston for Dr. Leo Chen (Sam Houston v. L3 Communications 608).

80.     March 21, 2003 office note of Dr. Chen (Sam Houston v. L3 Communications 646-647).

81.     September 14, 2005 Medical Records Chart from Dr. Leo Chen (Sam Houston v. L3 Communications 664).

82.     June 10, 2005 Medical Records Chart from Dr. Chen (Sam Houston v. L3 Communications 666).

83.     September 29, 2005 NovaCare Rehabilitation Evaluation/Plan of Care (Sam Houston v. L3 Communications 754-755).

84.     October 14, 2003 Certificate to Return to School or Work from Dr. Chen's office (Sam Houston v. L3 Communications 765).

85.     2005 Job Description for Aircraft Mechanic (Sam Houston v. L3 Communications 2145-2146).

86.    May 27, 2003 CUNA Mutual Group Initial Claim Report for Disability Insurance (Sam Houston v. L3 Communications 800-803).

87.    Attending Physician Statement of Dr. Chen (Sam Houston v. L3 Communications 804).

88.    Records Custodian Certification page for Open MRI of Fort Walton (Sam Houston v. L3 Communications 818).

89.    June 16, 2005 MRI Lumbar Spine With and Without Gadolinium (Sam Houston v. L3 Communications 821-822).

90.    Records Custodian Certification form for Dr. Lamvien Q. Nguyen (Sam Houston v. L3 Communications 827).

91.    June 14, 2005 History and Physical from Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 832-835).

92.    August 1, 2005 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 839).

93.    August 16, 2005 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 840).

94.    October 4, 2005 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 843).

95.    October 25, 2005 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 845).

96.    November 29, 2005 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 847).

97.    March 8, 2006 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 849).

98.    August 24, 2006 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 850).

99.    September 11, 2006 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 852).

100.    September 21, 2006 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 854).

101.    October 5, 2006 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 857).

102.    October 24, 2006 office note of Dr. Lamvien Nguyen (Sam Houston v. L3 Communications 858).

103.    November 29, 2005 Emerald Coast Pain Physicians Record (Sam Houston v. L3 Communications 169).

104.    Records Custodian Certification Form for Advance Auto Parts (Sam Houston v. L3 Communications 964).

105.    May 8, 2001 Sam Houston Application at Discount Auto Parts (Sam Houston v. L3 Communications 973-974).

106.    Records Custodian Certification Form for NovaCare Rehabilitation (Sam Houston v. L3 Communications 999).

107.    June 3, 2005 NovaCare Rehabilitation Past Medical History Form for Houston (Sam Houston v. L3 Communications 1029-1030).

108.    December 12, 2005 NovaCare Rehabilitation Daily Treatment Note (Sam Houston v. L3 Communications 1043).

109.    November 1, 2005 NovaCare Rehabilitation Daily Treatment Note (Sam Houston v. L3 Communications 1048).

110.    October 27, 2005 NovaCare Rehabilitation Re-Evaluation/Plan of Care/Status Report (Sam Houston v. L3 Communications 1059-1060).

111.    Records Custodian Certification form for Dr. Thomas Manski (Sam Houston v. L3 Communications 1076).

112.    October 13, 2004 Neurological Consultation by Dr. Thomas Manski (Sam Houston v. L3 Communications 1078-1081).

113.    Records Certification form for the Department of Veterans Affairs VA Gulf Coast Veterans Health Care System in Biloxi, MS (Sam Houston v. L3 Communications 1124).

114.    September 5, 2006 Psychology Initial Evaluation Note of Dr. Vincent Kelley at Biloxi VAMC (Sam Houston v. L3 Communications 1148-1150).

115.    June 16, 2004 Primary Care Outpatient Note of Neela G. Mani at Biloxi VAMC (Sam Houston v. L3 Communications 1153-1156).

116.    October 11, 2006 Psychology Initial Evaluation Note of Dr .Vincent Kelley at Biloxi VAMC (Sam Houston v. L3 Communications 1157-1158).

117.    January 12, 2007 Psychology Initial Evaluation Note by Dr. Vincent D. Kelley at Biloxi VAMC (Sam Houston v. L3 Communications 1170-1172).

118.    Consult Request Form for Sam Houston at Biloxi VAMC (Sam Houston v. L3 Communications 1215-1216).

119.    Consult Request Form for Sam Houston at Biloxi VAMC (Sam Houston v. L3 Communications 1217-1218).

120.    February 16, 2007 Order Summary for Sam Houston at VAMC (Sam Houston v. L3 Communications 1230-1234).

121.    August 7, 2006 Compensation and Pension Exam Report for Genitourinary Examination at Biloxi VAMC (Sam Houston v. L3 Communications 1238-1241).

122.    July 4, 2006 Compensation and Pension Exam Report for Mental Disorders at Biloxi VAMC (Sam Houston v. L3 Communications 1242-1245).

123.    August 24, 2002 Sleep Disorder Center Polysomnography Interpretation (Sam Houston v. L3 Communications 1250).

124.    Records Custodian Certification form for the 96th Medical Group (Sam Houston v. L3 Communications 1251).

125.    January 31, 2007 Chronological Record of Medical Care from 96th Medical Group (Sam Houston v. L3 Communications 1257-1258).

126.    December 13, 2005 Emergency Care and Treatment Sheet from 96th Medical Group (Sam Houston v. L3 Communications 1323).

127.    December 12th Eglin AFB Regional Hospital Emergency Physician Record (Sam Houston v. L3 Communications 1327-1328).

128.    September 20, 2005 Telephone Consultation Note from 96th Medical Group (Sam Houston v. L3 Communications 1334-1335).

129.    September 13, 2005 Telephone Consultation Note from 96th Medical Group (Sam Houston v. L3 Communications 1336).

130.    July 21, 2005 Neurology Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1341-1342).

131.    June 7, 2005 Internal Medicine Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1348).

132.    June 6, 2005 Telephone Consultation Note from 96th Medical Group (Sam Houston v. L3 Communications 1350).

133.    May 18, 2005 Internal Medicine Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1355).

134.    May 18, 2005 Internal Medicine Clinic Patient Encounter Form (Sam Houston v. L3 Communications 1356).

135.    December 14, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1373-1374).

136.    October 27, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1379-1380).

137.    October 1, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1382-1383).

138.    September 20, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1385).

139.    September 12, 2004 Telephone Consultation Note from 96th Medical Group (Sam Houston v. L3 Communications 1388).

140.    September 7, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1394-1395).

141.    August 24, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1397-1398).

142.    August 11, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1402-1403).

143.    January 13, 2004 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1429-1430).

144.    October 7, 2003 Family Health Clinic Note from 96th Medical Group (Sam Houston v. L3 Communications 1443-1444).

145.    Outpatient Mental Health Clinic Chronological Record of Medical Care from 96th Medical Group (Sam Houston v. L3 Communications 1519).

146.    Records Custodian Certification form for the Department of Veterans Affairs, VA Gulf Coast Veterans Health Care System, Biloxi, MS (Sam Houston v. L3 Communications 1648).

147.    June 16, 2006 Primary Care Outpatient Note of Dr. Neela Mani (Sam Houston v. L3 Communications 1654-1657).

148.    April 11, 2005 OFCCP Complaint of Sam Houston (Sam Houston v. L3 Communications 1720-1723).

149.    Records Custodian Certification Form for the Social Security Administration (Sam Houston v. L3 Communications 1728).

150.    September 29, 2006 Disability Report Form SSA-3367 (Sam Houston v. L3 Communications 1737-1739).

151.    May 12, 2005 North Okaloosa Medical Center Initial Assessment Form for Sam Houston (Sam Houston v. L3 Communications 1800).

152.    October 12, 2005 letter from Dr. Chen to To Whom It May Concern (Sam Houston v. L3 Communications 1857-1858).

153.    December 12, 2006 SSA Function Report-Adult (Sam Houston v. L3 Communications 1875-1882).

154.    December 11, 2006 DH DDD Form M-44P (Sam Houston v. L3 Communications 1909-1913).

155.    December 11, 2006 Work History Report-Form SSA-3369 (Sam Houston v. L3 Communications 1916-1924).

156.    January 26, 2007 DFS Walk-In Clinic report of Dr. Efiong Andem (Sam Houston v. L3 Communications 1941-1944).

157.    February 19, 2007 Report of Peter T. Oas, Ph.D. P.A. (Sam Houston v. L3 Communications 1949-1952).

158.    February 22, 2007 Psychiatric Review Technique on Houston by Dr. Thomas Conger (Sam Houston v. L3 Communications 1958-1971).

159.    February 22, 2007 Physical Residual Functional Capacity Assessment (Sam Houston v. L3 Communications 1980-1991).

160.    Occupational Description and Requirements for Counter Clerk, Automotive Parts (Sam Houston v. L3 Communications 1993-1995).

161.    March 2, 2007 SSA Disability Determination and Transmittal (Sam Houston v. L3 Communications 1996-2002).

162.    Rules for SSI Disability and Blindness (Sam Houston v. L3 Communications 2006).

163.    EEOC Certification of Records page (Sam Houston v. L3 Communications 2017-2018).

164.    U.S. Department of Labor Records Authentication Certificate (Sam Houston v. L3 Communications 2354).

165.    October 1, 2004 Non-Military School/Work Excuse for Sam Houston from Dr. Timothy Kosmatka (Sam Houston v. L3 Communications 2526).

166.    Quarters Authorization Form signed by Dr. Timothy Kosmatka (Sam Houston v. L3 Communications 2530).

167.    September 7, 2004 Non-Military School/Work Excuse for Sam Houston from Dr. Timothy Kosmatka (Sam Houston v. L3 Communications 2531).

168.    Affidavit of Custodian of Records for North Okaloosa Medical Center (Sam Houston v. L3 Communications 2780).

169.    Records Certification Page from Brent C. Gibbard at the U.S. Department of Veterans Affairs, Regional Office in St. Petersburg, Florida (Sam Houston v. L3 Communications 2893).

170.    March 13, 2001 Patient Encounter Form from 96th Medical Group (Sam Houston v. L3 Communications 3087).

171.    November 13, 1992 record entry by John L. Banks from the Department of Veterans Affairs records (Sam Houston v. L3 Communications 3537)

172.    September 30, 2004 Statement in Support of Claim and September 7, 2004 Crestview Open MRI results by Sam Houston (Sam Houston v. L3 Communications 3884-3885).

173.    October 19, 2004 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 3886-3890).

174.    December 7, 2004 Compensation and Pension Exam Report for Sam Houston (Sam Houston v. L3 Communications 3911-3912).

175.    Ratings Decision from the Department of Veterans Affairs (Sam Houston v. L3 Communications 3913).

176.    January 7, 2005 letter to Sam Houston from B. C. Gibbard regarding entitlement amount and payment start date (Sam Houston v. L3 Communications 3917-3919).

177.    December 17, 2004 Rating Decision by Department of Veterans Affairs for Sam Houston (Sam Houston v. L3 Communications 3921-3924).

178.    December 10, 2004 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 3944).

179.    Chronological Record of Medical Care for Sam Houston from 96th Medical Group (Sam Houston v. L3 Communications 3963-3964).

180.    April 16, 2001 Mental Health Clinic Note (Sam Houston v. L3 Communications 3966).

181.    August 27, 2001 Outpatient Record Note (Sam Houston v. L3 Communications 3968).

182.    January 13, 2004 Family Health Clinic Note (Sam Houston v. L3 Communications 3970).

183.    December 17, 1999 and December 23, 1999 notes from Nicole L. Frazer, Clinical Health Psychologist at 96th Medical Group (Sam Houston v. L3 Communications 3973).

184.    December 3, 1999 and December 10, 1999 notes from Nicole L. Frazer, Clinical Health Psychologist at 96th Medical Group (Sam Houston v. L3 Communications 3974).

185.    January 20, 2005 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 3975-3977).

186.    February 16, 2005 Statement in Support of Claim and February 10, 2005 note from Dr. Thomas J. Manski (Sam Houston v. L3 Communications 3992-3993).

187.    May 5, 2005 Compensation and Pension Exam Report on Sam Houston for Peripheral Nerves Exam (Sam Houston v. L3 Communications 4019-4021).

188.    May 5, 2005 Compensation and Pension Exam Report on Sam Houston for Mental Disorders (Sam Houston v. L3 Communications 4022-4025).

189.    May 19, 2005 letter from B.C. Gibbard at Department of Veterans Affairs to Army Fleet Support regarding Sam Houston (Sam Houston v. L3 Communications 4029).

190.    August 22, 2005 letter to Sam Houston from B.C. Gibbard regarding decision on claim for service connected compensation received on December 14, 2004 regarding entitlement amount and payment start date (Sam Houston v. L3 Communications 4055-4060).

191.    July 26, 2005 Rating Decision by Department of Veterans Affairs for Sam Houston (Sam Houston v. L3 Communications 4061-4066).

192.    September 8, 2005 letter from Merilyn L. Campbell at Army Fleet Support fo Sam Houston and To Whom It May Concern regarding employment information on Houston (Sam Houston v. L3 Communications 4071).

193.    October 12, 2005 letter from Dr. Leo Chen to To Whom It May Concern (Sam Houston v. L3 Communications 4090-4091).

194.    September 20, 2005 office visit note from Dr. Lamvien Q. Nguyen (Sam Houston v. L3 Communications 4099).

195.    November 22, 2005 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 4124).

196.    December 6, 2005 Rating Decision by Department of Veterans Affairs on Sam Houston (Sam Houston v. L3 Communications 4128-4131).

197.    January 26, 2006 letter from B. C. Gibbard to Sam Houston regarding decision on claim for service connected compensation received on September 27, 2005 and entitlement amount and payment start date (Sam Houston v. L3 Communications 4132-4136).

198.    February 21, 2006 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 4157).

199.    July 3, 2006 C & P Exam Results for Mental Disorders (Sam Houston v. L3 Communications 4172-4174).

200.    August 25, 2006 Rating Decision by Department of Veterans Affairs (Sam Houston v. L3 Communications 4181-4184).

201.    August 25, 2006 Rating Decision by Department for Sam Houston (Sam Houston v. L3 Communications 4185-4191).

202.    Letter from Barry M. Barker to Honorable Mel Martinez, U.S. Senator (Sam Houston v. L3 Communications 4200-4201).

203.    March 2, 2006 letter from Sam Houston to Representative Jeff Miller regarding Veteran Administration Rating Decision (Sam Houston v. L3 Communications 4217).

204.    March 21, 2006 letter from Barry M. Barker at the Department of Veterans Affairs to Honorable Jeff Miller (Sam Houston v. L3 Communications 4219-4220).

205.    December 14, 2006 Statement in Support of Claim by Sam Houston (Sam Houston v. L3 Communications 4232).

206.    February 1, 2007 Employment Questionnaire of Sam Houston (Sam Houston v. L3 Communications 4241).

207.    Records Custodian Certification form from Ft. Walton Beach Medical Center (Sam Houston v. L3 Communications 4307).

208.    October 13, 2004 Neurosurgical Consultation by Dr. Thomas Manski (Sam Houston v. L3 Communications 4325-4328).

209.    November 4, 2004 Ft. Walton Beach Medical Center Pre-Anesthetic Questionnaire form for Houston (Sam Houston v. L3 Communications 4369-4370).

210.    April 7, 2003 Fortis Short Term Disability Claim Statement of Sam Houston with attached attending physician statement (Sam Houston v. L3 Communications 813-814).

211.    January 21, 2004 Return to Work Slip for Sam Houston (Sam Houston v. L3 Communications 2541).

212.    May 2002 Job Description for Aircraft Scheduler (Sam Houston v. L3 Communications 4688).

213.    Progress Note by Vincent Kelley (Sam Houston v. L3 Communications 1141).

214.    Chronological Record of Medical Care dated August 21, 2006 (Sam Houston v. L3 Communications 1292).

215.    All exhibits to the deposition of Sam Houston.

216.    All exhibits to the deposition of Robert Whitney.

217.    All exhibits to the affidavit of Darlene Whelan.

218.    All exhibits to the affidavit of Robert A. Whitney.

219.    All exhibits to the affidavit of Edwin B. Brown.

220.    All exhibits to the affidavit of Penny Westrick.

221.    All exhibits to the affidavit of Ken Demarko.

222.    Plaintiff Responses to AFS's interrogatories.

223.    Plaintiff's Responses to AFS's Requests for Production.

224.    Any exhibit listed on the plaintiff's exhibit list not objected to by the defendant.

225.    Any and all documents needed for impeachment or rebuttal purposes.

AFS reserves the right to amend this exhibit list in the event that new documents are produced by the plaintiff or otherwise discovered prior to trial.

AFS, by so listing an exhibit, does not consent to the use or introduction of such exhibit by the plaintiff, and the foregoing is not a waiver of any objection which AFS may make to any exhibit attempted to be utilized by the plaintiff.


s/ Monica G. Graveline
One of the Attorneys for Defendant
Army Fleet Support, LLC


**OF COUNSEL:**
M. Jefferson Starling (STA062)
Monica G. Graveline (GRA100)
Brent T. Cobb (COB020)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
(205)251-8100

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs(JAC051)
4137 Carmichael Road, Suite 100
Montgomery, Alabama 36106

s/ Monica G. Graveline
OF COUNSEL