IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

This cause is before the Court on Defendant's Motion to Strike Compensatory and Punitive Damages, to Strike the Jury Demand, and for Separate Bench Trial of ADA Retaliation Claim (Doc. # 72) filed on June 14, 2007. The relief sought by Defendant relates to Plaintiff's ADA retaliation claim. Because Defendant has been granted summary judgment on that claim, it is hereby ORDERED that Defendant's Motion is DENIED AS MOOT.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE