IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Reconsider Denial of Summary Judgment (Doc. #75) filed on June 29, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE