IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-243-MEF |
| | ) | |
| ARMY FLEET SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the trial set for July 30, 2007 is continued generally.

2. That the parties file a joint stipulation of dismissal on or before August 13, 2007.

DONE this the 12th day of July, 2007.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE