IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL HOUSTON | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | CV 06-243-MEF |
| | ) | |
| v. | ) | |
| | ) | |
| ARMY FLEET SERVICES, LLC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### REPORT OF MEDIATION SETTLEMENT

Comes now the undersigned Mediator and reports to the Court that the above-styled case was mediated on July 11, 2007, and the parties entered a Confidential Mediation Agreement at the conclusion of the mediation. Pursuant to the Mediation Agreement, this lawsuit will be dismissed in approximately thirty (30) days.

Respectfully submitted,

s/Robert D. Segall
Robert D. Segall (SEG003)
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Facsimile: 334-834-3172
Email: segall@copelandfranco.com

**MEDIATOR**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Brentley Tyler Cobb**
  bcobb@balch.com drutledge@balch.com

- **Monica Grace Graveline**
  mgraveli@balch.com bwashington@balch.com;monicagraveline@hotmail.com

- **Jimmy Douglas Jacobs**
  jacobslawoffice@charter.net

- **M. Jefferson Starling, III**
  jstarling@balch.com mthompson@balch.com

                s/Robert D. Segall
                Mediator