## IN THE DISTRICT COURT OF LIMESTONE COUNTY, ALABAMA

| | |
|---|---|
| SHOALS HEATING & COOLING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) DV Case No.: 2007- 0092 |
| | ) |
| LAKE BUILDERS ON THE | ) |
| TENNESSEE, LLC; SHANE H. GIBBS, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Plaintiff Shoals Heating and Cooling, LLC. voluntarily moves to dismiss its claims against all defendants based on the parties' resolution of this matter through settlement.


                      s/ Monica G. Graveline
                      Attorney for Shoals Heating and Cooling, LLC

Of Counsel:
Monica G. Graveline
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: 205-251-8100
Fax: 205-226-8798
Email: mgraveli@balch.com

919642.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing a copy of the same in the U.S. Mail properly addressed and postage prepaid and by using the CM/EFC system on this the 27th day of July, 2007:

> Richard F. Matthews, Jr
> The Anderson Law Firm, L.L.C.
> 7515 Halcyon Pointe Drive
> Montgomery, Alabama 36117

> s/ Monica G. Graveline
> Of Counsel