**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 3, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Samuel Houston v. Army Fleet Services, LLC**
**Case Number: 1:06-cv-243-MEF**

**Pleading : #84 - Joint Stipulation of Dismissal**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 8/2/2007 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**