# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SAMUEL HOUSTON,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | CV 06-243-MEF |
| ) | |
| **ARMY FLEET SERVICES, LLC.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Samuel Houston and Defendant Army Fleet Support, LLC, by and through their counsel, hereby give notice to the Court that they have reached a settlement of the claims in the above-referenced action, and it is hereby stipulated that Mr. Houston's claims be dismissed with prejudice, costs taxed as paid.

Respectfully submitted this 2nd day of August, 2007.


/s/ Jimmy Jacobs (w/ consent)  
Attorney for Plaintiff  
Jimmy Jacobs  
143 Eastern Boulevard  
Montgomery, Alabama 36117  

/s/ Monica G. Graveline  
One of the Attorneys for Defendant  
M. Jefferson Starling, III  
Monica G. Graveline  
Balch & Bingham LLP  
1710 6th Avenue North  
Birmingham, Alabama 35201  

918911.1