IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL HOUSTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | CV 06-243-MEF |
| ) | |
| ARMY FLEET SERVICES, LLC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Samuel Houston and Defendant Army Fleet Support, LLC, by and through their counsel, hereby give notice to the Court that they have reached a settlement of the claims in the above-referenced action, and it is hereby stipulated that Mr. Houston's claims be dismissed with prejudice, costs taxed as paid.

Respectfully submitted this 2nd day of August, 2007.

/s/ Jimmy Jacobs (w/ consent)
Attorney for Plaintiff
Jimmy Jacobs
143 Eastern Boulevard
Montgomery, Alabama 36117

/s/ Monica G. Graveline
One of the Attorneys for Defendant
M. Jefferson Starling, III
Monica G. Graveline
Balch & Bingham LLP
1710 6th Avenue North
Birmingham, Alabama 35201

918911.1