**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 3, 2007

# NOTICE OF DOCKETING ERROR

**From:   Clerk's Office**

**Case Style: Samuel Houston v. Army Fleet Services, LLC**
**Case Number: 1:06-cv-243-MEF**

**Pleading : #84 - Joint Stipulation of Dismissal**

**The above referenced pleading was docketed by counsel on 8/2/2007 with the wrong pdf document attached. Upon realizing her error counsel re-filed said Joint Stipulation attaching the correct pdf document (see docket entry #85).**

**Therefore pleading #84 is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**